CLOSED

# U.S. District Court
## District of Hawaii (Hawaii)
### CRIMINAL DOCKET FOR CASE #: 1:23-mj-01277-RT-1

| | |
|---|---|
| Case title: USA v. Wenger | Date Filed: 08/17/2023 |
| Other court case number: CR 23-00269 AMO Northern District of California | Date Terminated: 08/22/2023 |

Assigned to: MAGISTRATE JUDGE ROM TRADER

**Defendant (1)**

**Devon Christopher Wenger**　　　　represented by　**Maximilian J. Mizono**
*TERMINATED: 08/22/2023*　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　　　　PJKK Federal Building
　　　　　　　　　　　　　　　　　　　　　　　　　　　300 Ala Moana Blvd Rm 7-104
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honolulu, HI 96850
　　　　　　　　　　　　　　　　　　　　　　　　　　　808-541-2521
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: max_mizono@fd.org
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

18:241.F -- CONSPIRACY AGAINST RIGHTS OF CITIZENS, 18 U.S.C. 241, Deprivation of Rights Under Color of Law, 18 U.S.C. 242

**Plaintiff**

**USA** represented by **Michael F. Albanese**
United States Attorney
District of Hawaii
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
808-541-2850
Fax: 808-541-2958
Email: michael.albanese@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2023 | | Arrest (Rule 5) of Devon Christopher Wenger (eta) (Entered: 08/17/2023) |
| 08/17/2023 | 1 | DECLARATION of Steel Stewart - by USA as to Devon Christopher Wenger (Attachments: # 1 Exhibit 1 (Indictment), # 2 Exhibit 2 (Arrest Warrant Executed))(eta) (Entered: 08/17/2023) |
| 08/18/2023 | 2 | EO: as to Devon Christopher Wenger - An Initial Appearance - Rule 5 is set for 8/21/2023 at 01:30 PM in Courtroom 7 before MAGISTRATE JUDGE WES REBER PORTER. (Attorney Maximilian J. Mizono and the Office of the Federal Public Defender are appointed as counsel pending approval of Defendant's financial affidavit form.)<br><br>(MAGISTRATE JUDGE WES REBER PORTER)<br>(jo) (Entered: 08/18/2023) |
| 08/21/2023 | 3 | EP: RULE 5 INITIAL APPEARANCE as to Defendant Devon Christopher Wenger held.<br><br>AUSA Michael Albanese appeared on behalf of the United States.<br><br>Mr. Max Mizono appeared on behalf of Defendant.<br><br>Defendant present and in custody.<br><br>Defendant sworn to Financial Affidavit. The Court appointed Mr. Mizono and the Office of the Federal Public Defender as counsel for the Defendant.<br><br>The Court held a Rule 5 Initial Appearance.<br><br>Defendant waives an identity and probable cause hearing. A Waiver of Rule 5 & 5.1 |

| | | | |
|---|---|---|---|
| | | | Hearings signed and filed. Government did not file a Motion to Detain. Discussion held regarding detention. The Court took judicial notice of the U.S. Pretrial Services' Report, other documents on file and found the conditions recommended by Pretrial Services sufficient to reasonably assure the appearance of the defendant as required and the safety of the community. Court adopted the recommendations of Pretrial Services and ordered the Defendant released on an **unsecured bond in the amount of $50,000.00** with conditions. (*See attached minutes for details.*) The conditions of release, the court's advisory that the defendant could be brought back before the court for any violations and that defendant could be detained pending trial thereafter were affirmed by the Court with defendant along with the consequences of violating these conditions. The Court also informed the defendant that the Pretrial Service officer will have, and can go over these conditions as well. **These minutes will stand as the conditions of bond. IT IS SO ORDERED.** Order Requiring A Defendant to Appear in the District Where Charges Are Pending and Transferring Bail - signed and filed. EO: The Court reminds the government of its obligations under Rule 5(f) and as set out in this Court's General Order dated February 1, 2021: <blockquote>The Court orders the prosecution to comply with its disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in consequences, including, but not limited to: exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, court sanctions, and/or referral to disciplinary counsel.</blockquote> Abstract of Release filed. Defendant ordered released forthwith and placed on pretrial release. (FTR-CT 7 / 1:34 pm - 1:39 pm)<br>(MAGISTRATE JUDGE WES REBER PORTER)<br>(jo)<br>Additional attachment(s) added on 8/21/2023: # 1 Amended EP (jo)<br>(Entered: 08/21/2023) |
| | 08/21/2023 | 4 | CJA 23 Financial Affidavit - by Devon Christopher Wenger (eta) (Entered: 08/21/2023) |
| | 08/21/2023 | 5 | WAIVER of Rule 5 & 5.1 Hearings - by Devon Christopher Wenger. (eta) (Entered: 08/21/2023) |
| | 08/21/2023 | 6 | Abstract of Release as to Devon Christopher Wenger (eta) (Entered: 08/21/2023) |

| 08/21/2023 | 7 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Devon Christopher Wenger - Signed by MAGISTRATE JUDGE WES REBER PORTER on 8/21/2023. (eta) (Entered: 08/21/2023) |
| --- | --- | --- |
| 08/22/2023 | 8 | Clerk's Office Transmittal Letter to the Northern District of California (Oakland) regarding Rule 5 proceedings as to Devon Christopher Wenger, dated August 22, 2023. (eta) (Entered: 08/22/2023) |