CLARE E. CONNORS
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 17, 2023, 5:13 pm
Lucy H. Carrillo, Clerk of Court

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 23-01277 RT |
| | ) | (District of Hawaii) |
| Plaintiff, | ) | |
| | ) | CR. NO. 23-00269 AMO |
| vs. | ) | (Northern District of California) |
| | ) | |
| DEVON CHRISTOPHER WENGER, | ) | DECLARATION OF STEEL |
| | ) | STEWART; EXHIBITS 1 and 2 |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF STEEL STEWART

I, STEEL STEWART, declare and state as follows:

1.    I am a Special Agent with Federal Bureau of Investigation.

2.      I am informed and believe that on August 16, 2023, an Indictment was

filed in the Northern District of California in Cr. No. 23-00269 AMO, charging

DEVON CHRISTOPHER WENGER, the defendant, with violations of Title 18,

United States Code, Sections 241, 242 and 1519.   Attached hereto as Exhibit 1 is a

true and correct copy of the unsealed Indictment filed in the Northern District of

California.

3.      I am informed and believe that on August 16, 2023, the Honorable

Lisa J. Cisneros, U.S. Magistrate Judge, in the United States District Court,

Northern District of California, issued a warrant for the defendant's arrest.

4.      Pursuant to this warrant, FBI agents arrested the defendant in this

District on August 17, 2023.   Attached hereto as Exhibit 2 is a true and correct

copy of the Arrest Warrant filed in the Norther District of California, with the

"Return" section completed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2023, at Honolulu, Hawaii.


STEEL STEWART
SPECIAL AGENT, FBI


2

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

**FILED**

Aug 16 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

MORTEZA AMIRI,
ERIC ALLEN ROMBOUGH, and
DEVON CHRISTOPHER WENGER

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 241 – Conspiracy Against Rights (one count)
18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (seven counts)
18 U.S.C. § 1519 – Destruction, Alteration, and Falsification of Records in Federal Investigations (one count)

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 16th day of

August

Brittany Sims, Clerk

Bail, $ NO BAIL

Hon. Magistrate Judge Lisa J. Cisneros

**EXHIBIT 1**

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

```
┌─────────────────────────────────────┐
│                                      │
│            FILED                     │
│                                      │
│          Aug 16 2023                 │
│                                      │
│          Mark B. Busby               │
│     CLERK, U.S. DISTRICT COURT       │
│   NORTHERN DISTRICT OF CALIFORNIA    │
│          SAN FRANCISCO               │
│                                      │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-00269 AMO |
| Plaintiff, | VIOLATIONS: |
| | 18 U.S.C. § 241 – Conspiracy Against Rights; |
| v. | 18 U.S.C. § 242 – Deprivation of Rights Under |
| | Color of Law; |
| MORTEZA AMIRI, | 18 U.S.C. § 1519 – Destruction, Alteration, and |
| ERIC ALLEN ROMBOUGH, and | Falsification of Records in Federal Investigations |
| DEVON CHRISTOPHER WENGER, | |
| | OAKLAND VENUE |
| Defendants. | |
| | **FILED UNDER SEAL** |

I N D I C T M E N T

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment, except where otherwise stated:

1.      The Antioch Police Department ("APD") was the police department for the city of Antioch, located in the Northern District of California.  The APD and its officers were charged with the duty of enforcing the Constitution and laws of the State of California in accordance with the Constitution and laws of the United States.  APD formed the Problem-Oriented Policing (POP) team in approximately July 2020 and disbanded it in approximately October 2021.

2.      Defendant **Morteza AMIRI** was employed as a police officer with APD beginning in approximately November 2017.  In 2018, **AMIRI** was partnered with police service dog (K9) "Purcy"

INDICTMENT

and assigned to APD's Canine Unit.  Between approximately March 2019 and November 2021, **AMIRI** deployed K9 Purcy to bite at least 28 subjects in and around Antioch.  In early 2022, APD temporarily suspended K9 Purcy and removed **AMIRI** from the Canine Unit.

3.      Defendant **Eric Allen ROMBOUGH** was employed as a police officer with APD beginning in approximately February 2017.  **ROMBOUGH** also held assignments on APD's SWAT team, Gang Unit, and Problem-Oriented Policing (POP) team.  **ROMBOUGH** served as an operator of the 40mm less lethal launcher in each of these assignments.  In less than one year between November 2020 and August 2021, **ROMBOUGH** deployed the 40mm less lethal launcher to shoot at least eleven subjects in and around Antioch.  In early 2022, **ROMBOUGH** resigned from the Gang Unit and the SWAT team.

4.      **Devon Christopher WENGER** was employed as a police officer with APD beginning in approximately July 2018.

<u>APD Policies and Training</u>

5.      APD disseminated a Policy Manual for which all its employees, including APD officers, were responsible for knowing and understanding the policies and procedures contained within.  APD's Policy Manual contained policies on *Use of Force* (Policy 300), which identified in relevant part, among other things:

a.      *Duty to intercede* (300.2.1): "Any officer present and observing another law enforcement officer or an employee using force that is clearly beyond that which is necessary, as determined by an objectively reasonable officer under the circumstances, shall, when in a position to do so, intercede to prevent the use of unreasonable force";

b.      *Duty to report excessive force* (300.2.3): "Any officer who observes a law enforcement officer or an employee use force that potentially exceeds what the officer reasonably believes to be necessary shall promptly report these observations to a supervisor as soon as feasible", effective no later than January 2021;

c.      *De-escalation requirement* (300.3.1): "Officers shall, when feasible and while considering officer and public safety, employ de-escalation techniques to decrease the likelihood of the need to use force during an incident and to increase the likelihood of voluntary compliance

1    and/or peaceful resolution", effective no later than January 2021;

2         d.    *Factors used to determine the reasonableness of force* (300.3.2);

3         e.    *Reporting the use of force* (300.5): "Any use of force by a member of this

4    department shall be documented promptly, completely and accurately in an appropriate report,

5    depending on the nature of the incident."

6         6.    APD's Policy Manual also contained policies on specific applications of force, including

7    *Canines* (Policy 311), applicable to police canines, and *Kinetic Energy Projectile Guidelines* (Policy

8    302.9), applicable to the 40mm less lethal launcher.

9         7.    APD's Policy Manual also contained policies on *Personal Communication Devices*

10   (Policy 701), which identified in relevant part, among other things:

11        a.    *Personally owned PCD* (701.5): "Members may carry a personally owned PCD

12   while on-duty, subject to the following conditions and limitations: … (d) The device should not

13   be used for work-related purposes except in exigent circumstances (e.g., unavailability of radio

14   communications). … (e) The device shall not be utilized to record or disclose any business-

15   related information, including photographs, video or the recording or transmittal of any

16   information or material obtained or made accessible as a result of employment with the

17   Department".

18        8.    **AMIRI** and other APD officers received K9 training while assigned to APD's Canine

19   Unit.  For example, **AMIRI** reported receiving over hundreds of hours of K9 basic and maintenance

20   training courses between 2018 and 2021.  Such training covered APD policies and proper deployment,

21   *i.e.*, when it is appropriate to deploy a police canine, and relevant legal standards.

22        9.    **AMIRI**, **ROMBOUGH**, **WENGER**, and other APD officers received 40mm less lethal

23   training and qualification while employed at APD.  This training covered relevant APD policies,

24   nomenclature and munitions, recommended target areas, announcements, documentation, and other

25   topics.  Among other things, the training advised APD officers that certain areas of the body are

26   "potentially lethal" when targeted by the 40mm less lethal launcher, including the head, neck, portions

27   of the chest, groin area, and portions of the back and lower back.

28

INDICTMENT                                3

<u>The Scheme to Violate Civil Rights</u>

10.     While employed at APD, Defendants **AMIRI**, **ROMBOUGH**, and **WENGER** ("Defendants") conspired and agreed together and with each other, and with others known and unknown to the Grand Jury, to injure, oppress, threaten, and intimidate residents of Antioch, California and the Northern District of California in the free exercise and enjoyment of rights secured to them by the Constitution or laws of the United States, that is, to be free from the use of unreasonable force by a law enforcement officer.

<u>Manner and Means</u>

*Agreement and Encouragement*

11.     As part of the scheme to violate civil rights, Defendants communicated with one another and with others known and unknown to the Grand Jury about their actual and intended uses of force, including about specific violent acts that constituted excessive uses of force by a police officer against individuals in and around Antioch.

12.     As a further part of the scheme, Defendants agreed with one another and with others known and unknown to the Grand Jury to carry out such violent acts against individuals in and around Antioch even where the force was excessive, knowing that certain of their actions were excessive uses of force by a police officer, including in the communications identified in this Indictment.

*Collecting Trophies and Touting Deployments*

13.     As part of the scheme to violate civil rights, Defendants communicated with each other and with others known and unknown to the Grand Jury after specific deployments of excessive force and touted their applications of force, including in the communications identified in this Indictment.

14.     As a further part of the scheme, after each canine deployment of K9 Purcy, **AMIRI** captured photographs and videos of each subject's injuries from the corresponding dog bite. While APD required official documentation of injuries from such uses of force, **AMIRI** captured additional photographs and shared them on his personal cell phone with individuals and officers not involved with the incident, contrary to APD policy. For example, following a deployment of K9 Purcy to bite a subject on December 19, 2019, **AMIRI** stated: "I'm gonna take more gory pics. gory pics are for personal stuff. cleaned up pics for the case 😂".

INDICTMENT                                    4

15.     After each bite, **AMIRI** also messaged multiple recipients from his personal cell phone, including in some instances **ROMBOUGH** and **WENGER**, about the bite, often with a consecutive number memorializing the number of dog bites he had accumulated up to that point (for instance, "bite #1", "#2", "just got #3", "#4 on fire rn.. lol", "#5 this morning", "Purcy #6", etc., through "#28") along with photographs and/or videos of each subject's injuries, contrary to APD policy.

16.     As a further part of the scheme, after **ROMBOUGH**'s deployment of the 40mm less lethal launcher, he likewise secured photographs of the subject's injuries.  While APD again required official documentation of such injuries, **ROMBOUGH** shared photographs of the injuries on his personal cell phone with officers who were not otherwise involved with the incident and other individuals in and around Antioch, contrary to APD policy.

17.     **ROMBOUGH** also collected the spent 40mm munitions following each deployment and, instead of disposing or processing them, kept them for himself.  **ROMBOUGH** collected the spent munitions to create a display; specifically, he told others at APD that he was collecting munitions for "the mantle" and creating a trophy "flag," that is, in which the munitions were used among the stars and stripes to commemorate his 40mm deployments.

18.     As a further part of the scheme, Defendants deployed uses of force as "punishment" to subjects beyond any punishment appropriately imposed by the criminal justice system, and/or made repeated reference to or suggestion of "violating civil rights", including in the communications identified in this Indictment.

***Concealments to Further Perpetuate the Scheme***

19.     As a further part of the scheme, Defendants also concealed and hid, and caused to be concealed and hidden, the acts done and the purpose of the acts done in furtherance of the scheme, including to further perpetuate the scheme.  These concealments included:

a.     After each of their involvement in incidents involving uses of force, Defendants authored police reports containing false and misleading statements to suggest that the force they used was necessary or justifiable.  In truth and in fact, and as Defendants well knew, Defendants willfully used excessive force in numerous incidents, including those identified in this Indictment.

b.      Upon learning of each other's participation in incidents involving violent acts that constituted excessive uses of force, including as identified in this Indictment, Defendants declined to intercede and/or report the incidents to APD superiors, including as required by APD policies.  Instead, Defendants encouraged one another to continue the scheme to deprive the individuals in and around Antioch of their constitutional rights.

<u>Agreement to Use Force</u>

20.     Beginning in or about 2019, Defendants discussed with one another their plans and intentions to deploy force against, and inflict harm upon, individuals in and around Antioch, including through excessive uses of force.  Such communications include those set forth below and elsewhere in this Indictment.

21.     For instance, **AMIRI** and **ROMBOUGH** exchanged the following messages on February 12, 2019 about "fuck[ing] some people up" and "hopefully get[ing] [**AMIRI**] a bite":

| | |
|---|---|
| **ROMBOUGH**: | Yeah buddy we gonna fuck some people up […]<br>I'll roll with u and Percy […]<br>Didn't know if<br>You were already there |
| **AMIRI**: | LOL! no i was planning on enjoying the day off but fuck them for fucking with [an officer] |
| **ROMBOUGH**: | Me too and exactly I'm gonna fuck someone up and hopefully get you a bite |
| **AMIRI**: | exactly!  blood for blood |
| **ROMBOUGH**: | Liked "exactly!  blood for blood" |

22.     As an additional example, **AMIRI**, **ROMBOUGH**, and **WENGER** exchanged the following messages on April 21, 2019 about an individual in Antioch:

| | |
|---|---|
| **WENGER**: | Please find this guys and fuck him in the ass |
| **ROMBOUGH**: | Deal |
| **WENGER**: | [IMG_0897, a screenshot of identification records]<br>He's the fuck face that ran. Wants are 108 and 2800[1] |
| **AMIRI**: | ill bite em |

---

[1] *See* Cal. Vehicle Code § 10851 (theft of a vehicle); 2800 (disobeying a peace officer).

23.     As an additional example, **AMIRI** and **ROMBOUGH** exchanged the following messages on December 27, 2019 about an individual in Antioch:

| | | |
|---|---|---|
| **AMIRI**: | | wtf happened?! |
| **ROMBOUGH**: | | lol with what? |
| **AMIRI**: | | [an officer] |
| **ROMBOUGH**: | | Oh lol 83[2] with a vehicle on fire, found the suspect walking and had a gun on him |
| **AMIRI**: | | he beat his ass? |
| **ROMBOUGH**: | | I don't think so Just dumped him |
| **AMIRI**: | | 😒 You and i would have broke him lol |
| **ROMBOUGH**: | | Hell yeah and got bit |

24.     As an additional example, **AMIRI** and **ROMBOUGH** exchanged the following messages on February 24, 2020 about individuals in and around Antioch:

| | | |
|---|---|---|
| **AMIRI**: | | sorry for the delay bro. had a mess on sycamore i was cleaning. copy just read it all |
| **ROMBOUGH**: | | Lol what did you get? Gorillas |
| **AMIRI**: | | basically 😑😑😑 |
| **ROMBOUGH**: | | Lmao Dog bite |
| **AMIRI**: | | no they didn't push it that far. bunch of gorillas surrounding us and taunting a fight since we were hooking [a subject]. they were all pussies and didn't do shit. i wish they did |
| **ROMBOUGH**: | | I can shoot a few on Sunday I better be riding with you turd |

25.     As an additional example, **AMIRI** and **ROMBOUGH** exchanged the following messages on March 21, 2020 about an individual in Antioch:

---

[2] Police Code 11-83 refers to a traffic accident.

INDICTMENT                                                    7

| | | |
|---|---|---|
| 1 | **AMIRI**: | surprised you didn't use force on the bank burglar! |
| 2 | **ROMBOUGH**: | We didn't get him |
| | | I couldn't bro he gave up |
| 3 | | |
| | **AMIRI**: | would it have been a bite if i was there or did he |
| 4 | | immediately coward up? |
| 5 | **ROMBOUGH**: | He sprawled out but if you were there we would have |
| | | gotten u a bite |
| 6 | | |
| | **AMIRI**: | 😐😐😐 |
| 7 | | they need to request me back on patrol since we are |
| | | code red and y'all could use me |
| 8 | | I'm so annoyed |

9    26.    As an additional example, **AMIRI** and **ROMBOUGH** exchanged the following

10   messages on November 26, 2021, about an individual in Antioch:

| | | |
|---|---|---|
| 11 | **ROMBOUGH**: | Nice stop on the "211"[3] turd |
| 12 | **AMIRI**: | thanks bro. throat bite |
| 13 | **ROMBOUGH**: | Lmao fucking perfect |
| 14 | **AMIRI**: | don't share |
| | | [Photograph from body-worn camera video] |
| 15 | **ROMBOUGH**: | [...] |
| 16 | | I won't |
| | | Going for the jugular |
| 17 | | |
| | **AMIRI**: | imagine fat ass purcy on your fucking throat 😂 |
| 18 | | |
| | **ROMBOUGH**: | That's perfect I love it |
| 19 | | |
| | **AMIRI**: | i shit myself when i saw that. i thought he was gonna |
| 20 | | kill her |
| 21 | **ROMBOUGH**: | Oh well one less gorilla pro-curating |
| | | [Image of smiling gorilla with lips making kissing face] |
| 22 | | |
| | **AMIRI**: | lmao! |
| 23 | | |
| | **ROMBOUGH**: | Stay safe bro. |
| 24 | | |
| 25 | // | |
| 26 | // | |
| 27 | | |
| 28 | | |

---

[3] California Penal Code 211 prohibits robbery.

**AMIRI**'s Uses of Force, Including Canine Deployments and Communications about Them

*July 24, 2019: AMIRI's Canine Deployed to Bite A.A. [19-6775]*

27.     At about 1:45 a.m. on July 24, 2019, A.A. rode a bicycle along San Jose Drive in Antioch.  **AMIRI** initiated a traffic enforcement stop of A.A., specifying later that A.A.'s bicycle failed to have lights on while it was dark outside.  **AMIRI** ultimately exited his patrol vehicle and ordered A.A. to stop.  In the course of apprehending A.A., **AMIRI** punched him multiple times; K9 Purcy then bit A.A. in the arm, injuring him.

28.     Officer-1, a police officer from a neighboring police department and **AMIRI**'s roommate, was present during this incident in **AMIRI**'s vehicle.  **AMIRI** had scheduled a "ride-along" for Officer-1 a day earlier.

29.     **AMIRI** sent numerous individuals a description of the bite and/or photographs of the bite after the incident, including the following:



a.      For instance, minutes after the bite, at about 1:59 a.m., **AMIRI** sent a photograph from the incident labeled IMG_6207 to Officer-1, who responded "Haha".

b.      Less than an hour after the incident, at about 2:41 a.m., **AMIRI** sent two photographs from the incident to **ROMBOUGH** labeled IMG_6207 and IMG_6213.  **ROMBOUGH** replied, "Yeah buddy good boy purcy".  **ROMBOUGH** later wrote to **AMIRI**, "Lol you bit [A.A.]" and "Fuck that turd" at about 4:12 p.m.

c.      At about 5:03 a.m. on July 24, **AMIRI** sent the following messages to Officer-2:

> **AMIRI**:      [Officer-1] helped me get a bike on a ride along just
>                     now lol
>                     *bite

INDICTMENT                                                                 9

|  |  |
|---|---|
| | i took an SUV since he can't fit in my car and i don't have a door pop for this car so he opened my door and sent purcy in for a bite |
| | [IMG_6207] [IMG_6213] |
| Officer-2: | Lol nice |

d.     At about 8:17 a.m., **AMIRI** sent Officer-3, a police officer from a neighboring police department, "Purcy #6 …" and a photograph from the incident, and stated the following:

|  |  |
|---|---|
| **AMIRI**: | this one was different... i had a lateral ride along (my roommate) and i was driving someone else's car so my door pop wasn't matched up... sooo i had my ride along open my door 😂 |
| | i did not mention that in the report |
| Officer-3: | Wow lol |
| **AMIRI**: | hey we made it work lo 😂 |
| Officer-3: | Nice good job<br>What cut the dogs face? |
| **AMIRI**: | that's a piece of the suspect's flesh lol |

30.     Shortly thereafter, at about 9:14 a.m., **AMIRI** exchanged the following messages with his roommate, Officer-1, remarking that the incident was a "weak ass 69" and "stretch of a 69" in reference to California Penal Code 69 (resisting an officer) and explaining how he would get out of "go[ing] to court for the bite":

|  |  |
|---|---|
| **AMIRI**: | bro that's was badass. Thanks for your help. You got to see purcy in action lol. That was a weak ass 69 but the bosses were cool with it. Detectives already called PRCS and got him a 45 day violation and we are gonna leave it at that so i don't have to go to court for the bite. easy |
| Officer-1: | Hahaha anytime !! That was cool..I wanted to help but you know how that goes lol….that's good saves you hella shit having to go through |
| **AMIRI**: | right! yea it wasn't even really a fight and more of just a resisting and making it a stretch of a 69 lol. I'm sure if he started kicking my ass you'd jump in |

31.     Following this incident, **AMIRI** authored a police report that differed from the description **AMIRI** privately provided to others in his text messages, including that the report made no

reference to Officer-1's participation in the deployment of K9 Purcy.

***December 19, 2019: AMIRI Deploys Canine to Bite R.S. [19-10816]***

32.     On December 19, 2019, APD officers initiated a traffic stop on a car associated with R.S., who was wanted in connection with five armed robberies.  After the car fled, officers tracked it to a housing development.  R.S. fled into the housing complex, where he fell face-first on some wet grass, got up, and fell again.  As officers—including **AMIRI** and Officer-4—converged on R.S., and with two officers within five feet of R.S., **AMIRI**'s K9 Purcy bit R.S. while he was in a prone position on the ground, injuring him.

33.     After the incident, **AMIRI** sent numerous individuals photographs, a video, and/or a description of the bite, including the following:



a.     At 4:30 p.m., **AMIRI** exchanged the following messages with another APD officer, Officer-5:

| | |
|---|---|
| **AMIRI**: | bro you see that armpit? |
| Officer-5: | Lol for sure did . Good shit |
| **AMIRI**: | i did something different this time that i think might have helped<br>as purcy was on the bite i pulled his harness which i think helped with the bite |
| Officer-5: | Yeah that will lock him in for sure. Makes them bite down more |

b.     Later that day, at 7:13 p.m., **AMIRI** and **ROMBOUGH** had the following text exchange about R.S. being "proned out" and "give[n] up" when he was bit:

INDICTMENT                                    11

| | | |
|---|---|---|
| **ROMBOUGH**: | Fuck I just want to punch the shit out of someone lol | |
| **AMIRI**: | do it bro | |
| **ROMBOUGH**: | Don't have my road dog out here | |
| **AMIRI**: | the guy i bit today was proned out. no fucks given. you don't take us on a high speed and rob people and gun point and crash into cars during a footbail and just give up... bite on | |
| **ROMBOUGH**: | Lol agreed | |
| **AMIRI**: | I hate not having you on the streets with me | |
| **ROMBOUGH**: | i know bro. not even the same | |

c.      The next day, on December 20, 2019 at about 8:57 a.m., **AMIRI** exchanged text messages with Officer-6, a police officer at a neighboring police department.  **AMIRI** sent photographs and a video, requesting he "don't share the video lol" and referring to the bite as "the real punishment compared to the soft DA" (District Attorney):

| | |
|---|---|
| **AMIRI**: | #10<br>armed robbery with a pursuit to a foot bail to a bite |
| Officer-6: | Nice work! Damn Purcy likes going for the armpit, looks so painful lol |
| **AMIRI**: | haha yea idk what's with the armpit bites lol<br>IMG_8597.MOV<br>don't share the video.. lol |
| Officer-6: | I don't share anything lol not even the pics bro! It's good that even though the laws don't keep them in jail they still get fucked up by the dog |
| **AMIRI**: | haha i know right. i feel like this is the real punishment compared to the soft DA |

34.      Following this incident, **AMIRI** authored a police report that differed from the description **AMIRI** privately provided to others in his text messages.

***May 6, 2020: AMIRI Deploys Canine to Bite X.B. [20-3380]***

35.      On May 6, 2020, APD officers, including **AMIRI** and **ROMBOUGH**, planned an operation to arrest wanted individuals in Antioch, including X.B.  At about 8:35 a.m., **AMIRI** and Officer-5 exchanged the following messages:

| | | |
|---|---|---|
| 1 | **AMIRI**: | yea [X.B.] was trying to take it down last night |
| 2 | Officer-5: | [X.B.] needs to get his ass whooped too |
| 3 | **AMIRI**: | they are planning an [X.B.] ass whooping today |
| 4 | Officer-5: | Lol good |

36.  **AMIRI** and **ROMBOUGH** rode together during this operation, as they described in text messages at about 10:19 a.m.:

>          **ROMBOUGH**:   Riding with u turd
>
>          **AMIRI**:   Loved "Riding with u turd"

37.  At about 11:20 a.m., **AMIRI**'s K9 Purcy bit X.B. and **ROMBOUGH** assisted with X.B.'s arrest.  After the arrest, **AMIRI** sent numerous individuals photographs, a video, and/or a description of the bite.  At about 1:38 pm **AMIRI** and **WENGER** exchanged the following text messages:

>          **WENGER**:   Pics of [X.B.] please my dude!!! That bitch […] has talked so much shit to me! Thank you for biting that piece of shit!
>
>          **AMIRI**:   [IMG_1072; IMG_1067; IMG_1070; IMG_1066; IMG_1069]
>
>          **WENGER**:   You're my hero

38.  The next day, on May 7, 2020 at about 6:50 am, AMIRI wrote to **ROMBOUGH** "bro yesterday was sooooo fun".  **ROMBOUGH** "liked" **AMIRI**'s message.  They then exchanged the following messages at about 7:10 am:

>          **AMIRI**:   can't believe [X.B.].... his bitch ass is still at county tell your wifey to have him discharged
>
>          **ROMBOUGH**:   Lmao fuck that hopefully he dies

39.  On May 11, 2020, **AMIRI** sent a video excerpt showing K9 Purcy's bite of X.B. to **ROMBOUGH**.  **ROMBOUGH** responded "Lol love it".

***August 23, 2020: AMIRI Deploys Canine to Bite D.R. [20-7084]***

40.  On August 21, 2020 at about 11:23 p.m., **AMIRI** and **WENGER** assisted Agency-1 with the pursuit of a subject.  **AMIRI** deployed K9 Purcy to bite the subject.  About an hour later, at about

12:35 a.m., **AMIRI** exchanged the following text messages with **WENGER**:

| **AMIRI**: | if [Agency-1] didn't have all those body cams and that was us… we would have fucked him up more. He didn't get what he deserved |

| **WENGER**: | I agree
That's why I don't like body cams |

| **AMIRI**: | Emphasized "That's why I don't like body cams" |

41.    **WENGER** later sent the following messages at about 6:25 p.m. on August 22, 2020:

| **WENGER**: | We need to get into something tonight bro!! Lets go 3 nights in a row dog bite!!! |

| **AMIRI**: | Emphasized "We need to get into something tonight bro!! Lets go 3 nights in a row dog bite!!!" |

| **WENGER**: | Lets get faggot ass [a lieutenant] something to stress out about lol |

42.    At about 6:50 p.m., APD officers—including **AMIRI** and **WENGER**—conducted a vehicle stop of another subject in Antioch, in which the subject was pulled from the vehicle and taken to the ground.  At about 7:06 p.m., **AMIRI** sent the following text message to **WENGER**, followed by a photograph of the subject with injuries several hours later: "hahaha. [the subject] style".

43.    The next day, on August 23, 2020, officers from a neighboring agency Agency-2 initiated a traffic stop of a vehicle containing a subject, later identified as D.R., that led them on a chase to a transient encampment.  After D.R. entered the encampment, the officers formed a perimeter.  At about 7:25 p.m., **AMIRI** was dispatched to assist with apprehending D.R., known to him as a "car thief."  K9 Purcy located D.R. in a tent and bit him in the back, injuring him.

44.    After the incident, **AMIRI** sent numerous individuals photographs, a video, and/or a description of the bite.

a.    At about 8:47 p.m. that day, **AMIRI** sent **WENGER** multiple images of D.R. and his injuries, including the following:



**AMIRI:**  [IMG_2619; IMG_2614; IMG_2617; IMG_2613]

**WENGER:**  Home boy got lumped up!!!!
Hahahah
The [a corporal] special
And the morty special

**AMIRI:**  bro we saw him laying in bed just acting like he was asleep. i walked out the tent and game planned how to fuck him up. went back and did justice. wish you were there. inside a tent with no cams... you would have loved it. [Agency-2] agreed to keep cameras off

**WENGER:**  Bro...fuuuuuuck yes!!! Fuck that nerd!! That's what fucking happens when you run, you acquire a tax. His tax was paid properly! Good shit bro

    b.    The conversation continued on August 24, 2020 at about 11:26 a.m., with **AMIRI**

sending **WENGER** eight images of multiple subjects with injuries, including D.R.:

**AMIRI:**  a very eventful work week 😂 😂





**WENGER:**  Hahahah FUCK YEAH BRO

**AMIRI:**  let's fuck some people up next work week

**WENGER:**  Bro
Fuck the mother fucking yes

INDICTMENT                    15

| | | |
|---|---|---|
| 1 | **AMIRI**: | Loved "Fuck the mother fucking yes" |
| 2 | **WENGER**: | Bite some nerds and crush some dweebs bro! |
| 3 | **AMIRI**: | hell yea bro. ill find some shit. ill write it. just come |
| 4 | | over and crush some skulls alongside purcy. ill handle the rest lol |

5    c.    The day following the arrest of D.R. at about 1:12 p.m., **AMIRI** sent images of

6    D.R.'s injuries to **ROMBOUGH** during the following text message exchange:

| | | |
|---|---|---|
| 7 | **AMIRI**: | nice gun arrest turd |
| 8 | **ROMBOUGH**: | Turd |
| 9 | **AMIRI**: | you beat his ass? |
| | | Emphasized "you beat his ass?" |
| 10 | **ROMBOUGH**: | Taser |
| 11 | **AMIRI**: | what about an ass whoopin? |
| 12 | | [IMG_2619; IMG_2617; IMG_2615] |
| 13 | **ROMBOUGH**: | Brah lol |
| 14 | **AMIRI**: | Laughed at "Brah lol" |
| 15 | | Hahaha |

16    45.    Following this incident, **AMIRI** authored a police report that differed from the

17    description **AMIRI** privately provided to others in his text messages.

18

19    ***October 8, 2020: AMIRI Assaults M.Z.***

20    46.    On October 8, 2020 at about 6:41 a.m., **AMIRI** messaged **ROMBOUGH**, "tell [Agency-

21    3] to keep their cams off".

22    47.    Later that day at about 8:06 p.m., **AMIRI** sent text messages on his personal cell phone

23    to on-duty APD officers about M.Z., a transient individual in Antioch.  **AMIRI** wrote the following to

24    the on-duty officers in a group text, including **WENGER**, Officer-7, and Officer-8, accompanied with

25    photographs of M.Z.:

| | | |
|---|---|---|
| 26 | **AMIRI**: | [M.Z.] |
| 27 | | anyone that finds him gets code.[4] this fucker stole my |

28    _____

[4] APD officers referred to "code" in this context as buying a fellow officer a beverage or meal.

INDICTMENT                                    16

1              mail and was trying to open accounts under my name.

2      48.     Among responses in the group text, **WENGER** responded at about 8:12 p.m.:

3              **WENGER**:        Lets beat his fucking ass bro!
                                  I'm down after work morty
4
5      49.     **WENGER** immediately then directly text messaged **AMIRI**:

6              **WENGER**:        I'm serious bro, let's beat that dudes ass after work

7              **AMIRI**:         !!!!

8      50.     At about 9:48 p.m., Officer-7 and Officer-8 located M.Z. in Antioch, who was riding a

bicycle in a parking lot.  Minutes later, **AMIRI** arrived in a police car and exited it, confronting M.Z. by

shoving him against the wall in a parking lot, pressing a baton against his chest while holding another

object or weapon in his other hand, and threatening to kill him.

11     51.     At about 10:12 p.m., **AMIRI** sent the following message to the same group text:

12             **AMIRI**:         [Officer-7] and [Officer-8] won the bounty on [M.Z.]

13     52.     Following this incident, **AMIRI** failed to author any police report about the encounter.

14     53.     Several months later, on January 25, 2021, **AMIRI** exchanged the following messages

with Officer-9, an officer at a neighboring police department:

16             **AMIRI**:         who arrested [M.Z]? […]
                                  that fucker stole my mail
17
18             Officer-9:         […] Ohhhh

19             **AMIRI**:         few months ago. i tracked him down and dragged him
                                  to the back of a car to "discuss" the matter
20
21             Officer-9:         Yikes

22                                "Officer [Officer-9] how long did you know Officer
                                  Amiri and in the course of your friendship did you ever
                                  know him to act under color of authority "
23
24             **AMIRI**:         lol putting a pistol in someone's mouth and telling them
                                  to stop stealing isn't illegal... it's an act of public
25                                service to prevent further victims of crimes

26     //

27     //

28     //

1    **ROMBOUGH**'s Uses of Force, Including 40mm Deployments and Communications about Them

2        54.    On October 10, 2020, **ROMBOUGH** described violating civil rights to other APD

3    officers in relation to his police work and use of the 40mm less lethal launcher, including Officer-1,

4    Officer-10, Officer-11, and others:

5                    Officer-11:        You guys have a game plan?

6                    **ROMBOUGH**:    Violate rights forty people and catch turds

7        55.    On November 11, 2020, **ROMBOUGH** again referenced the violation of civil rights in

8    messages to other APD officers, including Officer-1, Officer-10, Officer-12, and others:

9                    Officer-10:        I'm on my way in now, what're you guys up to?

10                   **ROMBOUGH**:    Violating civil rights

11

12   *February 9, 2021: ROMBOUGH Deploys 40mm Less Lethal Launcher at R.C. [21-1103]*

13       56.    On February 8, 2021, **AMIRI** and **ROMBOUGH** exchanged the following messages

14   about deploying the 40mm less lethal launcher in upcoming operations:

15                   **AMIRI**:        Jk see u in the am homie […]
                                       we gotta arrest errrbody
16
                     **ROMBOUGH**:    Yup fuck them including [an individual]
17
                     **AMIRI**:        [Wife] says she will purchase you a box of cookies if
18                                      you 40 him

19                   **ROMBOUGH**:    Done I'll 40 a few people this week

20                   **AMIRI**:        lmao good […]
                                       she wanted to encourage you to 40 him but then the
21                                      crowd threw her off 😂

22                   **ROMBOUGH**:    lol I'll send her a pic

23       57.    The next day, on February 9, 2021 at about 6:30 a.m., APD officers executed a search

24   warrant at a residence in Antioch.  While inside the residence, **ROMBOUGH** and Officer-4 identified

25   R.C. outside a sliding door.  **ROMBOUGH** deployed the 40mm less lethal launcher at R.C., injuring

26   him in the lower back area.  **ROMBOUGH** and other APD officers had previously received instruction

27   during annual training that this area was a "potentially lethal" area of the body to avoid deploying the

28   40mm.

INDICTMENT                                    18

58. After the incident at about 8:48 a.m., **ROMBOUGH** sent numerous individuals photographs of the injury, including Officer-13, stating "And another one got 40d".  At about 8:54 a.m., **ROMBOUGH** exchanged the following messages with Officer-13:

> Officer-13:        Good job on that one!
>
> **ROMBOUGH**:   Bro so much fun

59. One day later, on February 10, 2021 after conducting another operation in Antioch in which APD officers did not deploy a canine or 40mm less lethal launcher, **AMIRI** and **ROMBOUGH** exchanged the following messages:

> **ROMBOUGH**:   I'm so mad bro
> Fuck this please don't use a 40 shit
>
> **AMIRI**:         he deserved a 40.
> why didn't they let me dog bite him? fucker threw a
> gun
>
> **ROMBOUGH**:   Tell me about it
> I'm so fucking pissed off
>
> **AMIRI**:         Questioned "why didn't they let me dog bite him?
> fucker threw a gun"
>
> **ROMBOUGH**:   I didn't know man. Probably didn't like the optics.
> […]
> I seriously want to beat his black ass.

60. The next month, **ROMBOUGH** had multiple conversations about making progress on a trophy "flag", that is, in which he collected spent 40mm munitions and would use them among the stars and stripes of the flag to commemorate his 40mm deployments on individuals in and around Antioch. For instance, on March 5, 2021, **ROMBOUGH** exchanged messages with Officer-13 about events the prior day in which **ROMBOUGH** "had the forty" and someone "almost got plugged", stating "It's been fun":

> Officer-13:        We just have to find a way to finish your flag!!!
>
> **ROMBOUGH**:   I know challenge accepted.

61. Likewise, following his 40mm deployments on two subjects on the same day, March 31, 2021, **ROMBOUGH** exchanged messages with Officer-14, who served as law enforcement with another agency, about "taking down a second [] suspect and he got 40d too":

INDICTMENT                              19

Officer-14:         That 40 flag is coming along!! Murica!!

**ROMBOUGH**:   Liked "That 40 flag is coming along!!  Murica!!"

***May 5, 2021: ROMBOUGH Deploys 40mm Less Lethal Launcher at L.R. [21-3574]***

62.     On April 14, 2021 at about 10:47 a.m., **ROMBOUGH** and **AMIRI** exchanged the following messages:

**ROMBOUGH**:   This training[5] makes me want to smoke someone

**AMIRI**:        lmao
typical rambo

**ROMBOUGH**:   Maybe tomorrow lol
Or at least 40d

63.     Several weeks later, on May 5, 2021 at about 10:22 a.m., APD officers—including **ROMBOUGH**—responded to a report that transients were living inside a privately-owned unit.  While responding, **ROMBOUGH** and Officer-10 located L.R. and another female individual laying on a bed inside a room.  **ROMBOUGH** deployed the 40mm less lethal launcher at L.R., injuring L.R. in the chest and knocking him off the bed.  **ROMBOUGH** and other APD officers had previously received instruction during annual training that this area was a "potentially lethal" area of the body to avoid deploying the 40mm.

64.     Following this incident, **ROMBOUGH** authored a police report that differed from the accounts that other APD officers later provided.  **ROMBOUGH** later stated that he deployed the 40mm less lethal launcher because L.R. was refusing commands and pretending to be asleep while a liquor bottle was next to him.

65.     At about 1:40 p.m. that day, **AMIRI** sent a video captured from Instagram captioned "Officer damages private property while executing a search warrant" of an unknown uniformed police officer looking around, then repeatedly slamming a door into the side of a car parked inside of a private garage to **ROMBOUGH**, with the message "you 😂" at about 1:41 p.m.; **ROMBOUGH** responded "Lmao".

---

[5] APD records indicate that **ROMBOUGH** completed five hours of training this day on "Arrest and Control" and two hours on "Wellness Presentation".

66.    **AMIRI** also sent the same video to Officer-1, and their exchange followed:

**AMIRI**:    why do i think of rombough when i see this? 😂

[video]

Officer-1:    Bro a 100% 😂😂😂😂😂😂😂
He 40'd another person today

**AMIRI**:    🫣
deserved?

Officer-1:    No 😂

**AMIRI**:    jesus lol

Officer-1:    Bro we just shook our heads like wtf .. we assisted
patrol on a 602[6]

**AMIRI**:    🙂
no way lol
did he at least sit on the dude?

Officer-1:    It was stupid I know the patrol guys really didn't want
any paper work out of it

67.    Despite **AMIRI**'s conversation with Officer-1 about L.R. not "deserving" getting shot by

**ROMBOUGH** with a 40mm less lethal launcher, the next day, on May 6, 2021 at about 1:56 p.m.,

**AMIRI** sent **ROMBOUGH** a screenshot of another conversation containing a photograph of the two

officers and **AMIRI**'s subsequent commentary about "true love", excerpted as follows:



---

[6] California Penal Code 602 prohibits trespassing, a misdemeanor offense.

68.     Less than two weeks later, on May 14, 2021, in reference to the potential deployment of the 40mm less lethal launcher at another individual, **ROMBOUGH** stated "Lmao add him to the mantle".

69.     The next month, **ROMBOUGH** and **AMIRI** exchanged the following messages on June 13, 2021, referencing "dog bite and 40 deployment":

| | |
|---|---|
| **ROMBOUGH**: | You working? |
| **AMIRI**: | yea<br>40 mins until the weekend |
| **ROMBOUGH**: | It's your Friday right?<br>Copy until u come in on Tuesday |
| **AMIRI**: | lol yea |
| **ROMBOUGH**: | Yeh buddy dog bite and 40 deployment |
| **AMIRI**: | Loved "Yeh buddy dog bite and 40 deployment" |

***August 24, 2021: ROMBOUGH Deploys 40mm Less Lethal Launcher at J.W. [21-6399]***

70.     On July 27, 2021, **AMIRI** sent **ROMBOUGH** a screenshot of an email from APD leadership stating "the new BWC [body-worn camera] and MVAR policies are effective immediately, and the use of these devices should start at the beginning of the next scheduled shift."  The next day, **ROMBOUGH** stated "Yeah over it bro" and "Can't wait to retire".  **AMIRI** responded, "over it lmao".

71.     On August 5, 2021, **AMIRI** and **ROMBOUGH** exchanged the following messages:

| | |
|---|---|
| **AMIRI**: | but do me a solid. don't face me and record my coo sniffs on bwc. it will open the door for defense to criticize the alert. my angle doesn't get it all [. . .] |
| **ROMBOUGH**: | I got you. I'll<br>Position myself a little diff next time. I didn't want you to get ran over by him. I was gonna smoke him |

72.     On August 24, 2021, at about 6:08 a.m., APD officers—including **ROMBOUGH** and **AMIRI**—executed a search warrant at a residence in Antioch, captured on body-worn camera.  Multiple individuals exited the residence after officers made announcements.  Officers then entered the residence, locating J.W. inside a locked bedroom holding a video game controller while sitting on an air mattress,

1    with a video game showing on a television screen.  J.W. removed a pair of headphones and raised his

2    hands as officers, including **ROMBOUGH** with the 40mm less lethal launcher, entered the room:



13         73.     One officer, Officer-4, stepped onto the bed and took J.W.'s left arm to arrest him as four

14    other APD officers, including **ROMBOUGH**, Officer-10, Officer-12, and Officer-13, surrounded J.W.

15    As Officer-4 held J.W.'s left arm on the bed, J.W.'s body leaned forward and **ROMBOUGH**

16    immediately deployed the 40mm less lethal launcher at J.W., injuring him.

17         74.     In addition to the APD officers inside the bedroom, **AMIRI** stood with K9 Purcy outside

18    of the bedroom during the deployment of the 40mm less lethal launcher.

19         75.     **ROMBOUGH** later reported that this deployment of the 40mm, as captured on body-

20    worn camera, was within "1 feet to 3 feet" of J.W.

21         76.     Less than an hour later, **ROMBOUGH** exchanged the following messages with Officer-

22    15:

23                         **ROMBOUGH**:     Can u please get photos
Of him

                         Officer-15:        Yup



> Officer-15:    Black tip tattoo 🤙

> **ROMBOUGH**:    Lmao

77.    On September 20, 2021, Officer-12, a Sergeant, wrote the following to **ROMBOUGH** about authoring a police report:

> Officer-12:    You write that he didn't comply but he clearly had his hands up at first. You need to describe way better what happened. He was ordered to put his hands on his head. He didn't do this. What did he do instead? (Leaned to his right. Arm appeared to be reaching behind bed once [Officer-4] grabbed him)

78.    Following this incident, **ROMBOUGH** authored a police report that differed from the accounts that other APD officers later provided.

***August 31, 2021: ROMBOUGH Deploys 40mm Less Lethal Launcher at S.S. [21-7391]***

79.    On August 31, 2021, at about 2:50 p.m., APD officers—including **ROMBOUGH**, **AMIRI**, Officer-10, and Officer-15—conducted a traffic enforcement stop of S.S. in Antioch.  During the encounter, which was captured on body-worn camera, at least five APD officers surrounded S.S.'s vehicle and **AMIRI** called out "If you do not comply, you will be 40'd or bit by the dog."  As officers called out commands, S.S. exited his vehicle with his hands raised, turned around and backed toward the officers, and placed his hands on his head.  As Officer-10 took S.S.'s hands, Officer-10 brought S.S. to the ground; **ROMBOUGH** immediately approached and deployed the 40mm less lethal launcher at S.S., injuring him.

80.    **ROMBOUGH** later reported that this deployment of the 40mm, as captured on body-worn camera, was within "1 feet to 3 feet" of S.S.

INDICTMENT                    24

81.    At about 3:41 p.m., **AMIRI** exchanged the following text messages with Officer-5:

**AMIRI:**    bro.. rombough be doing some unnecessary ass 40s

Officer-5:    Lol I heard! That's how case law and bad policies get implemented

**AMIRI:**    💯



Officer-5:    Bro send me
The video

**AMIRI:**    [IMG_5825.MOV]

82.    **AMIRI** also texted the photograph to **ROMBOUGH** and Officer-15 in one group text. Later that day, at about 6:46 p.m., Officer-15 texted back to **AMIRI** and **ROMBOUGH**, "Thanks for the help today bro".

83.    Despite **AMIRI**'s comments to Officer-5 about **ROMBOUGH**'s "unnecessary ass 40s" following the S.S. incident, **AMIRI** responded to Officer-15 and **ROMBOUGH**:

**AMIRI:**    that shit is fun

//

//

//

INDICTMENT                                    25

1    <u>**WENGER**'s Uses of Force, Including 40mm Deployments and Communications about Them</u>

2    *October 26, 2021: WENGER Deploys 40mm Less Lethal Launcher at D.S. [21-9075]*

3    84.    On October 26, 2021, at about 6:05 p.m., APD officers—including **WENGER**—

4    responded to a report of a stolen vehicle by Officer-11 at the Antioch Food Center on 18th Street.

5    During the encounter, which was captured on body-worn camera, multiple APD officers surrounded

6    D.S.'s vehicle and called out commands.  D.S. exited the vehicle and faced the officers, exchanging

7    words with them.

8    85.    **WENGER** stated "Hey [Officer-11] you got the 40?" then stated "I got it, I want to plug

9    him."  **WENGER** retrieved the 40mm less lethal launcher from a police vehicle and moved toward D.S

10   as he stood by the open doorway of the vehicle with his hands raised.



21   86.    **WENGER** immediately deployed a 40mm less lethal launcher at D.S., striking him in the

22   chest and injuring him.  **WENGER** and other APD officers received instruction during annual training

23   that this chest area was a "potentially lethal" area of the body to avoid deploying the 40mm.  As D.S.

24   collapsed toward the vehicle, Officer-16 deployed a canine, which bit D.S. in the arm.

25   87.    At about 7:28 p.m. that day, **AMIRI** exchanged the following text messages with

26   **WENGER**:

27        **AMIRI**:        i wanna see your body cam of this! good work man

28        **WENGER**:      Hahah! Thanks bro

| | | |
|---|---|---|
| 1 | **AMIRI**: | you get 4 tubs yesterday, make some arrests then 40 someone today?? who the fuck are you?? i love this wenger 😂 |
| 3 | **WENGER**: | #Newyearnewme<br>Hahah jk<br>Just trying to get on swat bro! [. . .] |
| 5 | | Laughed at "you get 4 tubs yesterday, make some arrests then 40 someone today?? who the fuck are you?? i love this wenger 😂" |
| 7 | **AMIRI**: | Loved "Just trying to get on swat bro!"   [. . .] |
| 8 | **WENGER**: | You're my hero bro, I miss you dawg! |

88.     The next month, **AMIRI** and **ROMBOUGH** exchanged the following messages on November 24, 2021:

| | | |
|---|---|---|
| 11 | **AMIRI**: | i miss you<br>you haven't 40d anymore lately |
| 12 | **ROMBOUGH**: | I know reducing liability<br>So<br>I can leave |
| 14 | **AMIRI**: | Laughed at "I know reducing liability" |

<u>COUNT ONE</u>:     (18 U.S.C. § 241 – Conspiracy Against Rights)

89.     Paragraphs 1 through 88 of this Indictment are re-alleged and incorporated herein.

90.     Beginning on a date unknown, but no later than approximately February 2019 and continuing through approximately March 2022, in the Northern District of California, the defendants,

**MORTEZA AMIRI,**
**ERIC ALLEN ROMBOUGH, and**
**DEVON CHRISTOPHER WENGER,**

did knowingly and willfully conspire and agree together and with each other, and with others known and unknown to the Grand Jury, to injure, oppress, threaten, and intimidate residents of Antioch, California and the Northern District of California in the free exercise and enjoyment of rights secured to them by the Constitution or laws of the United States, to be free from the use of unreasonable force by a law enforcement officer, all in violation of Title 18, United States Code, Section 241.

//

//

INDICTMENT                                    27

COUNTS TWO THROUGH EIGHT: (18 U.S.C. 242 – Deprivation of Rights Under Color of Law)

91.   Paragraphs 1 through 88 of this Indictment are re-alleged and incorporated herein.

92.   On or about the dates set forth in the counts below, in the Northern District of California, the defendants set forth in the counts below, while acting under color of law, willfully deprived an individual of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer, specifically:

| Count | Date | Defendant | Description |
|---|---|---|---|
| 2 | July 24, 2019 | **MORTEZA AMIRI** | Deployed his canine to bite A.A.  The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to A.A. |
| 3 | December 19, 2019 | **MORTEZA AMIRI** | Deployed his canine to bite R.S.  The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to R.S. |
| 4 | August 23, 2020 | **MORTEZA AMIRI** | Deployed his canine to bite D.R.  The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to D.R. |
| 5 | October 8, 2020 | **MORTEZA AMIRI** | Assaulted M.Z.  The offense involved the use, attempted use, or threatened use of a dangerous weapon. |
| 6 | May 5, 2021 | **ERIC ALLEN ROMBOUGH** | Shot L.R. with a 40mm less lethal launcher.  The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to L.R. |
| 7 | August 24, 2021 | **ERIC ALLEN ROMBOUGH** | Shot J.W. with a 40mm less lethal launcher.  The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to J.W. |
| 8 | October 26, 2021 | **DEVON CHRISTOPHER WENGER** | Shot D.S. with a 40mm less lethal launcher.  The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to D.S. |

INDICTMENT                                                    28

COUNT NINE:          (18 U.S.C. § 1519 – Destruction, Alteration, and Falsification of Records in Federal Investigations)

93.   Paragraphs 1 through 31 of this Indictment are re-alleged and incorporated as if fully set forth here.

94.   On or about July 24, 2019, in the Northern District of California, the defendant,

**MORTEZA AMIRI**,

did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in any record, document, and tangible object, to wit, the Antioch Police Department incident report regarding the arrest of A.A., with the intent to impede, obstruct, and influence the investigation and proper administration of any matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, and in relation to or contemplation of any such matter or case, in violation of Title 18, United States Code, Section 1519.


DATED:  August 16, 2023                              A TRUE BILL.


                                                     _____/s/_____
                                                     FOREPERSON
                                                     San Francisco, California

ISMAIL J. RAMSEY
United States Attorney


_____/s/_____
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys


INDICTMENT                            29

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

United States of America
v.
MORTEZA AMIRI,
ERIC ALLEN ROMBOUGH, and
DEVON CHRISTOPHER WENGER

)
)
)
)
)
)

Case No. 4:23-cr-00269 AMO

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DEVON CHRISTOPHER WENGER                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 241 – Conspiracy Against Rights
    18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

Date:     08/16/2023                                    _____
*Issuing officer's signature*

City and state:   San Francisco, California              Hon. Lisa J. Cisneros
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/16/2023 , and the person was arrested on *(date)* 8/17/2023 at *(city and state)* Honolulu, HI . |
| Date: 8/17/2023           _____ *Arresting officer's signature* |
| Steel Stewart, Special Agent *Printed name and title* |

**EXHIBIT 2**