FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2023

at 1 o'clock and 40 min. P M
Lucy H. Carrillo, Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MJ 23-01276 RT

UNITED STATES OF AMERICA ) CASE NUMBER MJ23-01277 RT
)
vs ) ABSTRACT OF RELEASE
)
Devon Christopher Wenger )
)

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of August 21, 2023 the Court entered the following order:

**X** Defendant to be released from custody forthwith

    **X** Released to / continued on pretrial release

    _____ Sentenced to time served

    _____ Case Dismissed

    _____ Released to / continued on supervised probation / unsupervised probation

    _____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy Carillo
~~Sue Beitia~~, Clerk of Court

by: J.O. Deputy Clerk
                     Deputy Clerk