AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 1 2023

at 1 o'clock and 40 min. P M
Lucy H. Carrillo, Clerk

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MJ 23-01276 & MJ 23-01277 |
| DEVON CHRISTOPHER WENGER | ) | |
| | ) | Charging District: Northern District of California |
| Defendant | ) | Charging District's Case No. CR 23-00268 HSG |

CR23-00269 AMO

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Oakland Courthouse
1301 Clay Street
Oakland, CA 94612 | Courtroom No.: 4 |
|---|---|---|
| | | Date and Time: August 29, 2023 at 10:30 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 08/21/2023

_____
Judge's signature

Honorable Magistrate Judge Wes Reber Porter
*Printed name and title*