UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Re: Dkt. No. 184 |

On November 4, 2024, the Court issued an Order requiring Defendant to publicly file certain exhibits to his motions to file documents under seal within fourteen (14) days. (Dkt. No. 184.) Sixteen (16) days have now elapsed, and Defendant has not filed the documents.

Accordingly, the Court HEREBY ORDERS Defendant to SHOW CAUSE, in writing, why sanctions should not be imposed. Defendant shall respond by November 25, 2024, at 12:00 p.m. Failure to respond may result in sanctions, which may include monetary sanctions or an order to show cause why Defendant's exhibits should not be stricken.

The Court will accept the public filing of the exhibits by November 25, 2024 at 12:00 p.m. as a response to this Order.

**IT IS SO ORDERED.**

Dated: November 20, 2024

_____
JEFFREY S. WHITE
United States District Judge