UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3;<br><br>23-cr-00268-2<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO SUPPLEMENT BRIEFING; VACATING HEARING**<br><br>Re: Dkt. No. 197 |
|---|---|

Now before the Court is Defendant Devon Wenger's motion for permission to supplement motion for reconsideration in light of the November 4, 2024 warrant. The motion is GRANTED. The supplemental brief shall be limited to issues raised by the November 4, 2024 warrant and shall not be used to raise issues or argument that Defendant has previously briefed, or could have previously briefed, with respect to the other warrants at issue in this action.

Defendant shall file his supplemental brief by December 2, 2024. In the interest of efficiency, if Defendant so chooses, he may submit a combined brief in this action and in the -268 action. (*See* 23-cr-268-2, Dkt. No. 124.) The Government may respond by December 16, 2024.

The hearing set for December 10, 2024 on Defendant's pending motions, (Dkt. Nos. 186, 187), is HEREBY VACATED. The Court will reset the hearing if necessary upon completion of briefing.

**IT IS SO ORDERED.**

Dated: November 21, 2024

_____
JEFFREY S. WHITE
United States District Judge