UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00269-JSW-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING EXHIBITS TO DEFENDANT DEVON WENGER'S JOINT REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |
| | Re: Dkt. No. 205 |

Pending before the Court is Defendant Devon Christopher Wenger's Motion to Dismiss Based Upon Prosecutorial Misconduct and Ineffective Assistance of Counsel, or in the Alternative, Defendant's Request for a Change of Venue. (Dkt. No. 187.) In Defendant's reply brief, (Dkt. No. 205), counsel cites to lettered exhibits. However, no exhibits are attached to the reply brief. Exhibits to the opening brief are numbered, not lettered. (*See* Dkt. No. 189.)

The Court ORDERS Defendant to file the exhibits to the reply brief by Monday, December 16, 2024. The Court will discount or disregard citations to exhibits which remain unfiled after that date.

**IT IS SO ORDERED.**

Dated: December 12, 2024

_____
JEFFREY S. WHITE
United States District Judge