ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Eric.Cheng@usdoj.gov
Ajay.Krishnamurthy@usdoj.gov
Alethea.Sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI and<br>DEVON CHRISTOPHER WENGER,<br><br>Defendants. | Case No. 23-CR-00269 JSW<br><br>**JOINT STATUS REPORT REGARDING ANTICIPATED LENGTH OF TRIAL** |

This matter is set for trial on March 3, 2025, with jury selection on February 26, 2025. The parties submit this joint status report in response to the Court's order regarding the anticipated length of the trial in this case. Dkt. 237.

First, as the Court noted in its order, Defendant Eric Rombough has pleaded guilty. Dkt. 238. The government expects that Rombough will testify at trial and that he may be subject to a lengthy cross-examination. Nonetheless, the government anticipates that Rombough's entry of plea will reduce the amount of time necessary for its case-in-chief. The government is also preparing proposed

stipulations, including with respect to business records custodians, that would streamline the number of witnesses required at trial if agreed to by the parties. The government therefore anticipates that it will conclude its case-in-chief in less than its original prediction of three weeks of court time.

At this time, Defendant Amiri anticipates that his case-in-chief will last approximately 2 days.

At this time, Defendant Wenger anticipates that his case-in-chief will last approximately 4 days.

Accordingly, the parties expect to conclude the trial by March 26, 2025. In an abundance of caution, however, the parties request that the Court use full days (except for Tuesday) and sit on Friday, rather than the Court's typical court schedule, at least for the first week of trial.

DATED: January 16, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys

DATED: January 16, 2025

Respectfully submitted,

GOYETTE, RUANO & THOMPSON
A Professional Corporation

/s/
PAUL Q. GOYETTE
JANELLE F. CRANDELL
Attorneys for Defendant, MORTEZA AMIRI

DATED: January 16, 2025

Respectfully submitted,

SEKI, NISHIMURA & WATASE, PLC

/s/
NICOLE LOPES
Attorney for Defendant, DEVON WENGER