UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00269-JSW-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUIRING CLARIFICATION OF COUNSEL AND PERSONS TO BE SEATED AT COUNSEL TABLE** |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | Re: Dkt. Nos. 261, 278 |

The parties' Joint Proposed Voir Dire indicates that Mr. Wenger will be represented at trial by Bill Seki and Nicole (Castronovo) Lopes.  (Dkt. No. 261, ¶ 14.)  The parties' Proposed Joint Pretrial Conference Order indicates that Nicole Lopes and Mark Lillienfield will be seated at counsel table for Mr. Wenger.  (Dkt. No. 278, at 5:9.)  Neither Mr. Seki nor Mr. Lillienfield have entered an appearance in this action.

The Court HEREBY ORDERS Defendant Wenger to file a statement, no later than February 3, 2025, clarifying which persons will be seated at counsel table and representing him at trial.  Counsel intending to appear at trial or the pretrial conference shall enter their appearances prior to the pretrial conference.

**IT IS SO ORDERED.**

Dated: January 30, 2025

_____
JEFFREY S. WHITE
United States District Judge