ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Eric.Cheng@usdoj.gov
    Ajay.Krishnamurthy@usdoj.gov
    Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00269 JSW |
| Plaintiff, | **JOINT SUBMISSION RE JUROR QUESTIONNAIRE** |
| v. | |
| MORTEZA AMIRI and<br>DEVON CHRISTOPHER WENGER, | |
| Defendants. | |

Pursuant to the Court's Order re: Jury Questionnaire (Dkt. No. 240), the parties submit the following proposed case-specific questions to be added to the jury questionnaire:

1. Do you have any strong positive or negative feelings about local law enforcement (*i.e.*, the police)?

2. Do you have any strong positive or negative feelings about federal law enforcement (*e.g.*, the Federal Bureau of Investigation, or FBI)?

3. Have you, or has anyone close to you, ever been accused, arrested, charged, or convicted of a criminal offense (other than a minor traffic violation)? If so, please describe the circumstances.

4. Have you, any member of your immediate family, or any close friend ever had any contact with any law enforcement officer more significant than a routine traffic stop? If so, what did you think of the professionalism or fairness of the law enforcement officer?

5. Have you ever had any kind of experience with a government agency—federal, state, or local—during which you believe the government treated you fairly or unfairly?

6. Have you, or has your spouse, a close relative, or close friend ever worked in a law enforcement job, such as police, sheriff, state trooper, prison guard, or received training as a law enforcement officer? If so, please identify your relationship with the individual and the agency they work (or worked) for.

7. Have you recently followed any cases, news, or other media that involve criminal charges or prosecutions against law enforcement, including the Antioch or Pittsburg Police Departments? If so, do you think you could make any determination in this case based solely on the evidence that is presented in court?

//
//
//
//
//
//

8. The defendants are presumed innocent until proven guilty by the government beyond a reasonable doubt. Does the fact that the defendants have been charged with crimes and must now stand trial affect your view now about whether or not the defendants are presumed innocent?

DATED: February 3, 2025  Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

    /s/
ERIC CHENG
ALETHEA SARGENT
AJAY KRISHNAMURTHY
ALEXANDRA SHEPARD
Assistant United States Attorneys

DATED: February 3, 2025  GOYETTE, RUANO & THOMPSON

    /s/
PAUL GOYETTE
JANELLE CRANDELL
Attorneys for Defendant MORTEZA AMIRI

DATED: February 3, 2025  Respectfully submitted,

SEKI, NISHIMURA & WATASE, PLC

    /s/
NICOLE LOPES
Attorney for Defendant DEVON WENGER