UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00269-JSW-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DEVON CHRISTOPHER WENGER, | Re: Dkt. No. 243 |
| Defendant. | |

The Court takes notice of Mr. Wenger's pro se appeal of its order denying Wenger's motion to reconsider and supplemental motion to suppress.[1] (Dkt. No. 243.) The Court also notes that counsel for Mr. Wenger has not filed any motions in limine or objections to the Government's exhibits.

Given these circumstances, the Court ORDERS counsel for Mr. Wenger to file a statement regarding any information that the Court needs to know that could impact the trial in this case by Thursday, February 6, 2025, at 4:00 p.m. The Court FURTHER ORDERS counsel to certify service of this Order and her response thereto on Mr. Wenger.

**IT IS SO ORDERED.**

Dated: February 4, 2025

JEFFREY S. WHITE
United States District Judge

---

[1] The Court believes it retains jurisdiction over this action because the appeal may not have been appropriate.