UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00269-JSW-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DEVON CHRISTOPHER WENGER, | Re: Dkt. Nos. 298, 301 |
| Defendant. | |

The Court ordered the parties to meet and confer and submit an updated Joint Statement of the Case by the end of the day yesterday, February 10, 2025, in light of Mr. Wenger's objections as stated on the record during the pretrial conference. The Government complied with its obligation and proposed changes to Mr. Wenger, but Mr. Wenger did not accept the changes, propose alternate language, or ask the Court for leave for additional time to reach a resolution. The Court will therefore maintain the original Statement of the Case, as previously agreed upon by all parties.

The Court HEREBY ORDERS counsel for Mr. Wenger to SHOW CAUSE, in writing and no later than February 13, 2025, why sanctions should not be imposed, up to and including monetary sanctions, for failure to follow the Court's order to meet and confer and timely submit an updated Joint Statement of the Case.

**IT IS SO ORDERED.**

Dated: February 11, 2025

_____
JEFFREY S. WHITE
United States District Judge