UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER TO MR. BILL SEKI OR CURRENT MANAGING PARTNER OF SEKI NISHIMURA & WATASE LLP; RESPONSE REQUIRED BY 5PM TODAY** |

TO MR. BILL SEKI OR THE CURRENT MANAGING PARTNER OF SEKI NISHIMURA & WATASE: From the beginning of the trial, Ms. Lopes has continuously represented that she is either unable to comply with Court orders, to review timely documents produced by other parties, or to otherwise keep up with the pace of the trial. Ms. Lopes has represented that the firm has undergone recent significant "management" changes, and that she is the only person in her fifteen-person firm who is assigned to this case. This lack of support has not only affected the pace of the trial, but also counsel's ability to comply with deadlines and court orders. For example, most recently, upon having made unfounded representations against government counsel about discovery and *Brady* issues, the Court issued an order which requires a response by tomorrow morning. Ms. Lopes responded that she may not have adequate support to enable her to comply with the Court's order.

Therefore, the Court ORDERS Mr. Seki, or the managing partner, to explain why counsel has failed to receive the administrative support which counsel contends she has not received. Mr.

Seki or the managing partner is further ordered to supply forthwith whatever assistance counsel requires to enable this Court to continue efficiently conducting this trial.

Although the Court notes that thus far Ms. Lopes has effectively represented her client, the Court is concerned that she has been unable to work with the Court and counsel to administer this trial effectively, which could potentially affect the completion of the trial and inconvenience the Court and jury.

The Court HEREBY ORDERS Mr. Seki, or the current managing partner, to file a declaration explaining (1) why Ms. Lopes has not been supported, and (2) what additional support the firm will be providing for the remainder of the trial. The Court expects this will include at least sending one or more attorneys or paralegals to attend court beginning tomorrow morning to support Ms. Lopes. **The managing partner shall file the declaration no later than 5:00 p.m. today, March 4, 2025.**

The Court ORDERS Ms. Lopes to serve this Order forthwith on the managing partner of her firm.

**IT IS SO ORDERED.**

Dated: March 4, 2025

_____
JEFFREY S. WHITE
United States District Judge

CC: Bill Seki, via email

2