1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorneys
6
   Attorneys for United States of America
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 23-CR-00269-JSW** |
| Plaintiff, ) | |
| ) | UNITED STATES' REQUEST FOR LEAVE TO SHORTEN TIME TO FILE SPEEDY TRIAL |
| v. ) | ACTION MOTION AND [PROPOSED] ORDER |
| DEVON CHRISTOPHER WENGER, ) | Re: Dkt. No. 402 |
| ) | |
| Defendants. ) | |

The United States requests leave to shorten the time for filing the attached Motion To Exclude Time Under The Speedy Trial Act And [Proposed] Order. The parties are scheduled for a status conference before the Court on March 25, 2025. This Court ordered the government and Wenger to file a joint status report prior to the status conference on whether the government intends to retry Wenger, and to identify possible dates for a retrial in the summer of 2025. Dkt. 393. In conjunction with that order, the parties spoke on March 18. Counsel for defendant Devon Wenger, Nicole Lopes, advised the government that her client intends to invoke his right to a speedy retrial. In light of this development,

///

///

///

///

the United States requests leave to file the attached motion so that the parties can address the issue with the Court at the upcoming status conference.

DATED: March 19, 2025                                   Respectfully submitted,

                                                        PATRICK D. ROBBINS
                                                        Acting United States Attorney


                                                        _____/s/_____
                                                        ERIC CHENG
                                                        AJAY KRISHNAMURTHY
                                                        ALEXANDRA SHEPARD
                                                        Assistant United States Attorneys


## [PROPOSED] ORDER

Good cause having been shown, the government's request for leave to shorten the time for filing the Motion to Exclude Time Under the Speedy Trial Act is **GRANTED**.

**IT IS SO ORDERED.**

DATED: March 20, 2025

                                                        _____
                                                        HON. JEFFREY S. WHITE
                                                        United States District Judge