SEKI, NISHIMURA & WATASE, PLC
NICOLE R. CASTRONOVO (SBN 314585)
ncastronovo@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorney for Defendant DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:23-CR-00269-JSW-3 |
| Plaintiff, | (Hon. Jeffrey S. White) |
| vs. | **DECLARATION OF BILL H. SEKI RE: ORDERS AND DEADLINES** |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

**TO THE HONORABLE COURT:**

I, BILL H. SEKI, declare as follows:

1. I am a Partner with the law firm Seki Nishimura & Watase, PLC. I am licensed to practice in the state of California. The facts stated in this declaration are based on my personal knowledge. Accordingly, I submit this declaration based upon such knowledge, unless stated upon information and belief.

2. We are aware that the Court has directed Ms. Lopes to respond to several Orders related to the mistrial and re-trial of her client Devon Wenger.

3. We have informed Ms. Lopes of the Orders and deadlines related to responding to those Orders.

4.    Ms. Lopes has acknowledged receipt of the Orders from the Court and is aware of the deadlines related to such Orders.

5.    Ms. Lopes has advised the firm that she is on medical leave from the firm from March 5, 2025, up to April 15, 2025.

6.    She has asked the firm to inform the court that she will be unable to respond to the Court's Orders due to her protected medical leave.

Dated: March 20, 2025                    SEKI, NISHIMURA & WATASE, PLC


By: *Bill H. Seki*
    BILL H. SEKI