1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorneys
6
    1301 Clay Street, Suite 340S
7     Oakland, California 94612
    Telephone: (510) 637-3680
8     FAX: (510) 637-3724
    Eric.Cheng@usdoj.gov
9     Ajay.Krishnamurthy@usdoj.gov
    Alexandra.Shepard@usdoj.gov
10
   Attorneys for United States of America
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00269 JSW-3 |
|---|---|
| Plaintiff, | ) **STATUS STATEMENT** |
| v. | ) |
| DEVON CHRISTOPHER WENGER, | ) |
| Defendant. | ) |

JOINT STATUS STATEMENT
23-CR-00269 JSW-3                             1

In advance of the status conference scheduled for March 25, 2025, Dkt. No. 393, the government respectfully submits the following status report:[1]

***Government's statement***: The government intends to retry Defendant Devon Wenger following his counsel's motion for mistrial based on her inability to provide effective representation during trial. Dkt. No. 352; *see also Oregon v. Kennedy*, 456 U.S. 667, 673 (1982) (the general rule is that the Double Jeopardy Clause "is no bar to retrial" where it is the defendant who seeks a mistrial).

In response to the Court's order, the government states that it will be available for the retrial in the summer of 2025. If the Court sets the retrial during that time, the government respectfully requests that it be set on a date between July 14–August 1, 2025 based on the availability of witnesses and government counsel. The government anticipates its case-in-chief for any retrial of Defendant Wenger will last no more than six court days.

***Defendant's statement***: Wenger is not waiving time and is requesting it set by statute.

DATED: March 20, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

_____/s/_____
ERIC CHENG
AJAY KRISHNAMURTHY
ALEXANDRA SHEPARD
Assistant United States Attorneys

---

[1] On March 17, the government sent a draft joint status statement to counsel for Defendant Wenger, Ms. Nicole Lopes, and requested to meet and confer. On March 18, the government met and conferred with Ms. Lopes, who advised the government that her client would not waive time and intended to invoke his right to a speedy trial. On March 19 at 4:47 pm, Ms. Lopes emailed the government with the insert currently provided in this filing under "Defendant's statement." However, at 5:40 pm, Ms. Lopes emailed the government again indicating she would prepare a further response. The government followed up today, March 20, but has not received any further response from Ms. Lopes. Since then, counsel for Wenger filed the declaration of Mr. Bill Seki stating that Ms. Lopes "has asked the firm to inform the court that she will be unable to respond to the Court's Orders due to her protected medical leave." Dkt. No. 406. The government therefore submits this statement without a signature for counsel for Wenger, given the apparent unavailability of Ms. Lopes at this time.