UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER UNSEALING DOCUMENTS; DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL AS MOOT**<br><br>Re: Dkt. Nos. 387, 411 |

On March 14, 2025, the Court ordered Attorney Nicole Lopes to show cause by March 21, 2025 why the trial transcript and mistrial order should not be unsealed. (Dkt. No. 387.) On March 21, 2025, the Court issued an order warning Attorney Lopes that it would interpret failure to respond as agreement that the documents should be unsealed. (Dkt. No. 408.)

Attorney Lopes has not responded and thus acquiesces in unsealing the documents. Accordingly, the Court HEREBY ORDERS that the documents at Docket Numbers 350 and 361 shall be unsealed in their entirety.

The Court DENIES AS MOOT the United States' administrative motion to file documents under seal which reference Docket Numbers 350 and 361. (Dkt. No. 411.)

**IT IS SO ORDERED.**

Dated: March 24, 2025

_____
JEFFREY S. WHITE
United States District Judge