United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEVON CHRISTOPHER WENGER,

Defendant.

Case No.  23-cr-00269-JSW-3

**ORDER SETTING STATUS CONFERENCE FOR MAY 6, 2025 AT 1:00 P.M.**

Now that new counsel have entered their appearances on behalf of Defendant Devon Wenger, the Court finds that a status conference is necessary to prepare for retrial.  The Court intends to discuss the parties' stipulation to continue the trial date in light of the Court's calendar and Mr. Wenger's desire to have a speedy trial.

The Court HEREBY SETS a status conference for May 6, 2025, at 1:00 p.m.  The parties shall submit an updated joint status report by April 29, 2025.

**IT IS SO ORDERED.**

Dated: April 23, 2025

JEFFREY S. WHITE
United States District Judge