PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Eric.Cheng@usdoj.gov
    Ajay.Krishnamurthy@usdoj.gov
    Alethea.Sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00269 JSW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| (3) DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

The parties respectfully submit this joint status report pursuant to the Court's Order Setting Status Conference (Dkt. No. 443).

This Court previously entered an order granting defendant Devon Christopher Wenger's motion for a mistrial on March 5, 2025. Dkt. No. 350. On March 18, 2025, defendant Wenger (through prior counsel) advised the government that he intended to invoke his right to a speedy trial, and on March 24, 2025, opposed the government's request to exclude time under the Speedy Trial Act between March 5, 2025 and March 25, 2025. Dkt. Nos. 402, 410. On March 25, 2025, the Court scheduled Wenger's re-

trial for July 21, 2025, advising the parties that any request to continue the trial date beyond September 2025 would be disfavored. Dkt. No. 421.

On April 2, 2025, this Court granted attorney Michael Schwartz's motion to appear as counsel of record for Wenger, and ordered the parties to meet and confer regarding a proposed date for Wenger's re-trial. Dkt. Nos. 430, 431. Attorney Schwartz informed the government that his proposed co-counsel, Kasey Castillo, was unavailable to begin trial on July 21, 2025. Attorney Schwartz then proposed alternative trial dates (beginning August 4, beginning August 25, beginning September 2, or beginning August 18), but these dates were not workable with the Court's existing schedule as the Court had another criminal trial scheduled the week of August 11 (with jury selection on August 6) and the Court was unavailable the week of August 25 through the week of September 1.

The parties therefore filed a stipulation that Wenger's current trial date be continued one week to July 28, 2025, with the pretrial conference continued to June 30, 2025 and jury selection scheduled for July 23, 2025, if those dates were available for the Court. Dkt. No. 434. On April 11, 2025, attorney Kasey Castillo made a notice of appearance for Wenger. Dkt. No. 436.

Current counsel for Wenger has received discovery from prior counsel for Wenger and will file notices acknowledging the protective order in effect in this case (Dkt. No. 42) and their agreement to be bound by it.

DATED: April 27, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

   /s/
ERIC CHENG
ALETHEA SARGENT
AJAY KRISHNAMURTHY
Assistant United States Attorneys

DATED: April 27, 2025

Respectfully submitted,

   /s/
MICHAEL SCHWARTZ
KASEY CASTILLO
Attorneys for Defendant
DEVON CHRISTOPHER WENGER