Michael D. Schwartz, Esq. [CABN 166556]
MDS@TheMichaelSchwartzFirm.com
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1280
Los Angeles, CA  90010
Telephone: (323) 793-6735

*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>*Defendant*. | Case No.: 23-CR-00269-JSW-3<br><br>**NOTICE REGARDING PROTECTIVE ORDER** |

The undersigned counsel files this Notice to acknowledge the stipulated Protective Order (Dkt. No. 42) entered in the above-captioned case and my agreement to be bound by it.

DATED: April 28, 2025

Respectfully submitted,

_____
MICHAEL D. SCHWARTZ, ESQ.
Attorney for Defendant,
DEVON CHRISTOPHER WEGNER

1
NOTICE REGARDING PROTECTIVE ORDER