```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

        1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3680
        FAX: (510) 637-3724
        Eric.Cheng@usdoj.gov
        Ajay.Krishnamurthy@usdoj.gov
        Alethea.Sargent@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 23-269-3 |
|---|---|
| Plaintiff, | ) **ORDER GRANTING** STIPULATION TO EXCLUDE TIME FROM APRIL 1, 2025, TO AUGUST 4, 2025, ~~AND~~ ~~[PROPOSED] ORDER~~ |
| v. | ) |
| (3) DEVON CHRISTOPHER WENGER, | ) **Re: Dkt. No. 453** |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant DEVON CHRISTOPHER WENGER, that time be excluded under the Speedy Trial Act from April 1, 2025, through August 4, 2025.

Attorney Michael Schwartz moved to substitute as counsel in this case on April 1, 2025, and the Court granted that motion on April 2, 2025. During a status conference held on May 6, 2025, this Court continued defendant Wenger's re-trial from July 21, 2025 to August 4, 2025. At that status conference, government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced

1  and prepare the defendant's case for trial.  For this reason and as further stated on the record at the status
2  conference, the parties stipulate and agree that excluding time from April 1, 2025, until August 4, 2025,
3  will allow for the effective preparation of counsel and continuity of counsel.  *See* 18 U.S.C.
4  § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding
5  the time from April 1, 2025, through August 4, 2025, from computation under the Speedy Trial Act
6  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),
7  (B)(iv).

8  The undersigned Assistant United States Attorney certifies that they have obtained approval from
9  counsel for the defendant to file this stipulation and proposed order.

11  IT IS SO STIPULATED.

12  DATED: 5/9/25

   /s/
   ERIC CHENG
   ALETHEA SARGENT
   AJAY KRISHNAMURTHY
   Assistant United States Attorneys

15  DATED: 5/9/25

   /s/
   MICHAEL SCHWARTZ
   KASEY CASTILLO
   Counsel for Defendant DEVON WENGER

21  **[PROPOSED] ORDER**

22  Based upon the facts set forth in the stipulation of the parties and the representations made to the
23  Court on May 6, 2025, and for good cause shown, the Court finds that failing to exclude the time from
24  April 1, 2025, through August 4, 2025, would unreasonably deny defense counsel and the defendant the
25  reasonable time necessary for effective preparation, taking into account the exercise of due diligence as
26  well as for continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends
27  of justice served by excluding the time from April 1, 2025, until August 4, 2025, from computation
28  under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

1  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 1,
2  2025, until August 4, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
3  3161(h)(7)(A), (B)(iv).
4      IT IS SO ORDERED.

6  DATED:  **May 12, 2025**

                                        _____
                                        HON. JEFFREY S. WHITE
                                        United States District Judge