Kasey A. Castillo, Esq. [SBN 236690]
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, California 92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

Attorneys for Defendant
DEVON WENGER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA

    Plaintiff,

  vs.

DEVON WENGER,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 4:23-CR-00269-JSW
Hearing Date: May 30, 2025

**ORDER OF ISSUANCE RE: SUBPOENAED DOCUMENTATION UNDER FED. R. CRIM. P 17**

  The Defendant, Devon Wenger, having requested by motion an issuance of a subpoena and the court being otherwise sufficiently advised hereby GRANTS the requested motion pursuant to Fed. R. Crim. P. 17. The Court has determined that the request is not unduly burdensome and will lead to information related to the underlying action to which the defense wishes to use.

IT IS SO ORDERED.

Dated: _____

               _____
               UNITED STATES DISTRICT JUDGE

**ORDER OF ISSUANCE RE: SUBPOENAED DOCUMENTATION
UNDER FED. R. CRIM. P 17**