CAND 89B (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER<br><br>Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: 4:23-cr-00269-JSW |

TO: Bureau of Security and Investigative Services | Keli Rutherdale, Custodian of Records
2420 Del Paso Road, Suite 270, Sacramento, CA 95834

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☐ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☑ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge Jeffrey S. White |
| | | | | DATE AND TIME<br>06/17/25  9:00AM |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

(1) All records in possession of BSIS for Dajon WIlliam Smith, BSIS License # 6338789; (2) All applications submitted to BSIS for a Security Guard License by Dajon WIlliam Smith, BSIS Lic. 6338789; (3) A copy of Dajon William Smith's BSIS Security Guard License #6338789; (4) All records in possession of BSIS for Dajon WIlliam Smith, BSIS License # 6338789 between 09/22/17 and 09/30/21; Continued below in Additional Information

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Kasey A. Castillo, Esq. | KC Law Group
31566 Railroad Canyon Road, Suite 2, PMB 1123
Canyon Lake, CA  92587
(951) 364-3070 | kasey@kc-lawgroup.com

CAND 89B (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
                          DATE                                                          SIGNATURE OF SERVER

                                                                                          ADDRESS:

ADDITIONAL INFORMATION

(5) All training records and/or cerificates of training for Dajon William Smith, BSIS License # 6338789 between 09/22/17 and 09/30/21; (6) All complaints made against Dajon William Smith, BSIS License #6338789 between 09/22/17 and 09/30/21; (7) All disciplinary records concerning Dajon William Smith, BSIS License # 6338789; (8) Copies of the Department of Consumer Affairs - Bureau of Security and Investigative Services - Security Guard Guides for 2017, 2018, 2019, 2020, and 2021; (9) Copies of the Department of Consumer Affairs - Bureau of Security and Investigative Services - Powers to Arrest and Appropriate Use of Force Training Manuals for 2017, 2018, 2019, 2020, and 2021