CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00269 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) **JOINT SUBMISSION RE: JUROR QUESTIONNAIRE** |
| DEVON CHRISTOPHER WENGER, | ) |
| Defendant. | ) |

Pursuant to the Court's Order re: Jury Questionnaire (Dkt. No. 502), the parties submit the following proposed case-specific questions to be added to the jury questionnaire:

1. Do you have any strong positive or negative feelings about local law enforcement (*i.e.*, the police)?

2. Do you have any strong positive or negative feelings about federal law enforcement (*e.g.*, the Federal Bureau of Investigation, or FBI)?

///

3. Have you, or has anyone close to you, ever been accused, arrested, charged, or convicted of a criminal offense (other than a minor traffic violation)? Do you feel you or the person(s) close to you were treated fairly or unfairly by law enforcement? By the Court system? Why? Please describe the circumstances.

4. Have you, any member of your immediate family, or any close friend ever had any contact with any law enforcement officer more significant than a routine traffic stop? If so, what did you think of the professionalism or fairness of the law enforcement officer?

5. Have you ever had any kind of experience with a government agency—federal, state, or local—during which you believe the government treated you fairly or unfairly?

6. Do you have any specialized training in weapons used by law enforcement, including firearms, tasers, .40 mm launchers, batons, etc.?

7. Do you belong to or are you affiliated with any organizations or social media platforms whose philosophy take a position either for or against law enforcement? Would that affiliation or membership affect your ability to be unbiased and impartial in a case involving allegations of law enforcement misconduct?

8. You may see graphic photographs and/or video as part of the evidence in this case. Would viewing such evidence spark an emotional response such that you would not be able to remain unbiased and impartial?

9. Have you recently followed any cases, news, or other media that involve criminal charges or prosecutions against law enforcement, including the Antioch or Pittsburg Police Departments? If so, do you think you could make any determination in this case based solely on the evidence that is presented in court?

///
///
///
///

10. The defendant is presumed innocent until and unless he is proven guilty by the government beyond a reasonable doubt.  Knowing that the defendant has been charged with crimes and must now stand trial, will you still be able to presume the defendant innocent throughout these entire proceedings until and unless the government actually proves his guilt beyond a reasonable doubt?

DATED:  July 14, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys

DATED:  July 14, 2025

/s/
MICHAEL D. SCHWARTZ
KASEY A. CASTILLO
Attorneys for Defendant DEVON WENGER