CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00269-3 JSW |
| Plaintiff, | ) **UNITED STATES' RESPONSES REGARDING** |
| | ) **(1) COURT'S INTENDED VOIR DIRE;** |
| v. | ) **(2) COURT'S INTENDED GENERAL JURY** |
| | ) **INSTRUCTIONS;** |
| DEVON CHRISTOPHER WENGER, | ) **(3) COURT'S INTENDED PRELIMINARY** |
| | ) **JURY INSTRUCTIONS; AND** |
| Defendant. | ) **(4) JURY SLIDESHOW** |
| | ) |

USA RESPONSES RE: COURT'S ORDERS
23-CR-00269 JSW                      1

The United States does not object to (1) the Court's Order Regarding Court's Intended Voir Dire (Dkt. No. 499); (2) the Court's Order Regarding Court's Intended General Jury Instructions (Dkt. No. 500); (3) the Court's Order Regarding Court's Intended Preliminary Jury Instructions (Dkt. No. 501); and (4) the Court's Order Regarding Jury Slideshow (Dkt. No. 503).

The government respectfully proposes the following changes to the Jury Slideshow. On page 39, Parties and Attorneys, add Jessie Chelsea, paralegal with the United States Attorney's Office, and remove AUSA Eric Cheng, who will not be appearing before the jury during this trial, and Ajay Krishnamurthy, who recently left the United States Attorney's Office. On pages 42-43, Potential Witness List, add Krystal Martinelli, Timothy Manly Williams, Claudjanae Young, and Mason Zeigler. The government anticipates providing the Court with the names of custodians for the City of Pittsburgh and Sutter Health at a later date. The government also respectfully proposes that the Court remove AUSA Cheng and Mr. Krishnamurthy from question 2 of the Intended Voir Dire.

DATED: July 14, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

    /s/
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys