UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>　　　　Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER SPECIALLY SETTING HEARING AND BRIEFING SCHEDULE RE: UNITED STATES' MOTION TO EXCLUDE AND LIMIT DEFENDANT'S PROPOSED EXPERT WITNESSES**<br><br>Re: Dkt. No. 516 |

The Court HEREBY SETS the following schedule regarding the Government's motion to limit and exclude proposed expert testimony:

- August 7, 2025 – Last day for Defendant to file opposition brief;
- August 14, 2025 – Last day for Government to file reply;
- August 20, 2025, at 10:00 a.m. – Specially set hearing on motion.

**IT IS SO ORDERED.**

Dated: July 24, 2025

_____
JEFFREY S. WHITE
United States District Judge