1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
5 | Assistant United States Attorneys

6 |     1301 Clay Street, Suite 340S
    Oakland, California 94612
7 |     Telephone: (510) 637-3680
    FAX: (510) 637-3724
8 |     Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00269 JSW-3 |
|---|---|
|     Plaintiff, | ) |
|   v. | ) MANUAL FILING NOTIFICATION |
| DEVON CHRISTOPHER WENGER, | ) |
|     Defendant. | ) |

MANUAL FILING NOTIFICATION

<u>Regarding:   EXHIBIT 4 to the Declaration of Alethea Sargent in Support of the United States'</u>

<u>Administrative Motion to Add Two Exhibits to the Joint Exhibit List Filed at Docket No. 482-1</u>

    This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

    If you are a participant in this case, this filing will be served in hard-copy shortly.

    For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not e-filed for the following reasons(s):

MANUAL FILING NOTIFICATION    1
23-cr-269 JSW-3

1. ___ Voluminous Document (PDF file size larger than e-filing system allowances)
2. ___ Unable to Scan Documents
3. ___ Physical Object (description)
4. _X_ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media
5. _X_ Item Under Seal
6. ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
7. ___ Other (description)

DATED:   August 25, 2025

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

_____/s/_____
ALETHEA M. SARGENT
Assistant United States Attorney