CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALETHEA SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-cr-269-3 JSW |
| Plaintiff, | **UNITED STATES' FURTHER STATEMENT ABOUT JURY SLIDESHOW** |
| v. | |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

On July 14, 2025, the government gave notice to the Court of additional names for the Court's jury slideshow, noting, however, that "[t]he government anticipates providing the Court with the names of custodians for the City of Pittsburg[] and Sutter Health at a later date." Dkt. 513. On Friday, August 22, the government was able to definitively finalize the name of the City of Pittsburg custodian: Lt. William Hatcher. On Tuesday, August 26, the government was able to definitively finalize the name of the Sutter Health custodian: Dana Flores. The government requests these two names be added to the

//

//

1  slideshow.  The government has no further names to add to the jury slideshow.

4  DATED:  8/27/25                               Respectfully submitted,

                                                 CRAIG H. MISSAKIAN
                                                 United States Attorney


                                                 ___/s/_____
                                                 ALETHEA SARGENT
                                                 ALEXANDRA SHEPARD
                                                 Assistant United States Attorneys