UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER RE: ADDITIONAL PRE-EXCUSALS** |

The Court HEREBY EXCUSES Juror Nos. 62, 63, and 100 for hardship.

**IT IS SO ORDERED.**

Dated: September 5, 2025

_____
JEFFREY S. WHITE
United States District Judge