UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER RE: GOVERNMENT'S OBJECTIONS TO DEFENSE VISUALS**<br><br>Re: Dkt. No. 560 |

The Government has filed two objections to the Defendant's proposed opening visuals.

As to the first objection, the Court ORDERS the parties to provide the Court with the disputed videos by no later than 7:30 a.m. on Monday, September 8, 2025.

The Court will hear argument regarding the admissibility of the videos and the reference to Mr. Ijames at 8:00 a.m. on Monday, September 8, 2025. The parties shall be prepared to discuss (1) whether the defense has a good faith basis to believe the videos may be admitted at trial; and (2) whether the Government would be prejudiced by the anticipated reference to Mr. Ijames' testimony, particularly given that the Court intends to list Mr. Ijames as a potential witness during voir dire.

**IT IS SO ORDERED.**

Dated: September 5, 2025

_____
JEFFREY S. WHITE
United States District Judge