UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER DENYING REQUEST FOR CLARIFICATION**<br><br>Re: Dkt. No. 567 |

The Court's Order resolving the Government's objection to defense opening statement demonstratives, (Dkt. No. 566), stated that "neither party shall use any videos, or still photographs therefrom, in their opening statements." The defense asks the Court to clarify its Order to prohibit use of all photographs. The defense does not correctly interpret the Court's prior Order, which prohibits still images from videos. Other photographs will be permitted. To the extent the defense objects to any photographs to be used in the Government's slides of which the defense had knowledge before the end of the day on Friday, September 5, 2025, the objection is denied as untimely.

**IT IS SO ORDERED.**

Dated: September 9, 2025

JEFFREY S. WHITE
United States District Judge