UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER FOR LUNCHES FOR JURY** |

The Court HEREBY ORDERS that lunch be ordered for the jury on September 11, 2025 and September 15, 2025.

**IT IS SO ORDERED.**

Dated: September 10, 2025

_____
JEFFREY S. WHITE
United States District Judge