UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

**DATE**: September 10, 2025      **TIME IN COURT**: 4 Hours, 36 Minutes

**JUDGE**: JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall      **COURT REPORTER**: Lee-Anne Shortridge

**CASE NO.**: 23-cr-00269-JSW-3

**TITLE**: United States of America v. Devon Christopher Wenger (NC)

**PLAINTIFF COUNSEL**:       **DEFENSE COUNSEL**:
Alethea Sargent      Michael Schwartz
Alexandra Shepard      Kacey Castillo

**PROCEEDINGS**: Jury Trial – HELD. Further Jury Trial set for 9/11/2025 at 7:30 a.m. for counsel and 8:00 a.m. for jury.

(SEE ATTACHED TRIAL LOG)