UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| DISTRICT JUDGE: | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| JEFFREY S. WHITE | Alethea M. Sargent<br>Alexandra Shepard | Michael Schwartz<br>Kacey Castillo |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| 9/10/2025 | Lee-Anne Shortridge | Nicole Hall |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
|  | 8:05 AM |  |  | Court and Counsel is present outside the presence of the empaneled jurors to discuss a juror's note and other housekeeping matters. |
|  | 8:14 AM |  |  | Jurors entered the courtroom. Court admonishes the jurors. |
|  | 8:16 AM |  |  | AUSA Sargent calls the witness, Anthony Morefield, who is sworn. |
| 5 | 8:20 AM | X | X | Antioch Police Department Policy Manual dated February 5, 2020-- Policy 300 |
| 7 | 8:25 AM | X | X | Antioch Police Department Policy Manual dated January 8, 2021-- Policy 300 |
| 6, pg.1-5 | 8:58 AM | X | X | Antioch Police Department Policy Manual dated February 5, 2020-- Policy 302 |
| 8 | 8:59 AM | X | X | Antioch Police Department Policy Manual dated January 8, 2021 --Policy 302 |
|  | 9:00 AM |  |  | Counsel requests a sidebar. Direct examination resumes. |
| 354, pg. 1-4 | 9:11 AM | X | X | Antioch Police Department K9 Utilization Report and Use of<br>Force Report, Case No. 20-7004 (R.A.) |
| 357, pg. 1-6 | 9:19 AM | X | X | Amiri Training re R.A. |
| 21, pg. 9-15 | 9:21 AM | X | X | APD personnel file- Wegner |
| 11 | 9:29AM | X | X | Wegner TMS Report |
| 20 | 9:33 AM | X | X | Wegner POST profile. |
|  | 9:37 AM |  |  | Court takes a break. |
|  | 9:57 AM |  |  | Court is back in session outside of the presence of the jurors to discuss a stipulation regarding business records. |
|  | 10:05 AM |  |  | Jurors enter the courtroom. Government resumes direct examination. |
| 607 | 10:06 AM | X | X | Defensive Tactics Outline (Remedial Training) |

**CASE NO.**: 23-cr-00269-JSW-3
**TITLE**: United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 651, pg.1-15;23 | 10:18 AM | X | X | Antioch Police Department Combined Case Report, Case No. 19-9655 (C.Y.) |
| 652 | 10:25 AM | X | X | Antioch Police Department Event Report, Case No. 19-77793 (C.Y.) |
| 666, pg. 1-4 | 10:33 AM | X | X | Antioch Police Department Use of Force Report, Case No. 19-9655 (C.Y.) |
| 667, pg. 1-3 | 10:38 AM | X | X | Antioch Police Department Use of Force Report, Case No. 19-9655 (C.Y.) |
| 657 | 10:46 AM | X | X | IMG_2437.mov |
| | 10:54 AM | | | AUSA Sargent concludes direct examination. |
| | 10:55 AM | | | Defense Counsel, Kacey Castillo, begins cross examination. |
| | 11:22 AM | | | Defense Counsel concludes cross examination. |
| | 11:23 AM | | | AUSA Sargent begins re-direct examination. |
| | 11:27 AM | | | AUSA concludes re-direct examination. |
| | 11:28 AM | | | Defense Counsel Kacey Castillo, begins re-cross examination. |
| | 11:28 AM | | | Defense counsel concludes re-cross examination. |
| | 11:29 AM | | | Jurors are admonished and excused; Court takes a break. |
| | 11:30 AM | | | Court and Counsel discusses housekeeping matters outside the presence of the jurors. |
| | 12:00 PM | | | Court and Counsel discusses scheduling of upcoming trial days. |
| | 12:08 PM | | | Jurors entered courtroom. |
| | 12:09 PM | | | AUSA Shepard reads a stipulation to the jurors and into the record. |
| | 12:16 PM | | | AUSA Sargent calls their next witness, Eric Rombough who is sworn. |
| 102, pg. 1-5 | 12:43 PM | X | X | Excerpts from MJA-5000001- Rombough/Amiri Text Messages |
| 102, pg.2186-2188 | 12:45 PM | X | X | Excerpts from MJA-5000001- Rombough/Amiri Text Messages |
| 31 | 12:54 PM | X | X | Penn Arms Model L140-4 |
| 10 | 12:59 PM | X | X | Rombough TMS Report |
| 12 | 1:00 PM | X | X | Antioch Police Department Less Lethal Training Attendance Log |
| 13 | 1:02 PM | X | X | Antioch Police Department Less Lethal 40 MM Launcher Training and Qualification |

**CASE NO.:** 23-cr-00269-JSW-3
**TITLE:** United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
|  | 1:13 PM |  |  | Jurors exited the courtroom to allow the parties to discuss trial schedule. |
|  | 1:28 PM |  |  | Jurors enter the courtroom, and the Court informs the jurors of the new trial schedule. |
|  | 1:39 PM |  |  | Jurors are admonished and excused for the day. |
|  | 1:40 PM |  |  | Court and Counsel is present outside the presence of the jurors to discuss housekeeping matters. |
|  | 1:41 PM |  |  | Court is adjourned. |