UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| DISTRICT JUDGE: | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| JEFFREY S. WHITE | Alethea M. Sargent<br>Alexandra Shepard | Michael Schwartz<br>Kacey Castillo |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 9/15/2025 | Lee-Anne Shortridge | Nicole Hall |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
|  | 7:50 AM |  |  | Court and Counsel is present outside the presence of the Jurors to discuss housekeeping matters. |
|  | 8:02 AM |  |  | Jurors entered the courtroom. Court admonishes the jurors. |
|  | 8:03 AM |  |  | AUSA Sargent resumes direct examination of the expert witness, Darryl Holcombe. |
| 55 | 8:05 AM | X |  | Wegner Phone (Physical) |
| 255, pg. 1-2 | 8:05 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, pg. 15-16 | 8:23 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, pg. 30-31 | 8:27 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 256 | 8:30 AM | X | X | Excerpts from DCW-5000001- 5/6/2020 Photo |
| 255, pg.53-59 | 8:31 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, pg. 61-64 | 8:37 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, pg. 65-71 | 8:39 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 257 | 8:43 AM | X | X | Excerpts from DCW-5000001- 8/22/2020 Photo |
| 258 | 8:43 AM | X | X | Excerpts from DCW-5000001 – 8/23/2020 Photo |
| 255, pg. 72-77 | 8:48 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 259 | 8:50 AM | X | X | Excerpts from DCW-5000001- Photographs (8/20/20-8/23/20) |
| 255, pg. 80-89 | 8:54 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, pg. 92-94 | 8:58 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, pg. 140-142 | 9:00 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 255, pg., 20-21 | 9:03 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, pg., 184-186 | 9:05 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, 189-191 | 9:11 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
| 255, pg. 217-220 | 9:12 AM | X | X | Excerpts from DCW-5000001- Amiri/Wegner Texts |
|  | 9:12 AM |  |  | Counsel requests a sidebar with the Court. |
|  | 9:18 AM |  |  | Sidebar with the Court concludes. AUSA Shepard resumes direct examination. |
| 509, pg. 1 | 9:19 AM | X |  | Excerpts from DCW-5000002- Wegner/Evans texts |
| 509, pg. 53 | 9:22 AM | X |  | Excerpts from DCW-5000002- Wegner/Evans texts |
| 509, pg. 1 Message No. 1 | 9:23 AM | X |  | Excerpts from DCW-5000002- Wegner/Evans texts |
| 509, pg. 2 Message No. 12,13 | 9:25 AM | X |  | Excerpts from DCW-5000002- Wegner/Evans texts |
|  | 9:25 AM |  |  | Court takes a break. |
|  | 9:45 AM |  |  | Court and Counsel is present outside the presence of the jurors to discuss a stipulation reached regarding an exhibit. |
|  | 9:50 AM |  |  | Jurors entered the courtroom; Court is back in session. |
| 509, 1-39 | 9:51 AM | X | X | Excerpts from DCW-5000002- Wegner/Evans Text with redactions, as stated on the record. |
|  | 10:11 AM |  |  | Defense Counsel Schwartz begins cross examination. |
|  | 10:12 AM |  |  | Exhibit 501, pg. 31 previously marked and admitted. |
|  | 10:16 AM |  |  | Exhibit 501, pg. 5 previously marked and admitted. |
|  | 10:34 AM |  |  | AUSA Shepard begins re-direct examination. |
|  | 10:35 AM |  |  | Witness is thanked and excused. |
|  | 10:36 AM |  |  | AUSA Shepard calls the witness, Matthew Contreras who is sworn and under direct examination. |
| 406 | 10:42 AM | X | X | Text messages thread- Contreras (M.Z) |
| 401 | 10:58 AM | X | X | Published; previously marked and admitted. |
| 406, pg. 13 | 11:01 AM | X | X | Published; previously marked and admitted. |

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | 11:04 AM | | | Cross examination by defense counsel Schwartz. |
| | 11:16 AM | | | Re-direct examination by AUSA Shepard. |
| | 11:17 AM | | | Witness is thanked and excused. |
| | 11:18 AM | | | AUSA Shepard calls Krystal Martinelli who is sworn and testifies under direct examination. |
| 103, pg. 1-5 | 11:23 AM | X | X | Excerpts from MJA-5000001-Wegner/Amiri Text Messages |
| | 11:26 AM | | | Court takes a break. |
| | 11:43 AM | | | Court and Counsel are present outside the presence of the jurors to discuss housekeeping matters. |
| | 11:50 AM | | | Jurors enter the courtroom. Court Voir Dires the juror surrounding scheduling conflicts, if the trial is extended for a full day trial. No objections raised by the jurors, trial resumes. |
| 103, pg. 15-16 | 11:55 AM | X | X | Excerpts from MJA-5000001-Wegner/Amiri Text Messages |
| 103, pg. 26-29 | 11:57 AM | X | X | Excerpts from MJA-5000001-Wegner/Amiri Text Messages |
| 102, pg. 313-314 | 11:59 AM | X | X | Excerpts from MJA-5000001-Wegner/Amiri Text Messages |
| | | | | Exhibit 255, pg. 65 previously marked and admitted. |
| 307 | 12:05 PM | X | X | Excerpts from MJA-5000001-Photographs re J.A. |
| 304 | 12:06 PM | X | X | Excerpts from MJA-5000001-Amiri/Berhan Texts, 8/21/20 |
| 305 | 12:07 PM | X | X | Excerpts from MJA-5000001-Amiri/Mejia Texts, 8/21/20 |
| | | | | Exhibit 255, pg. 66 previously marked and admitted. |
| | | | | Exhibit 254 previously marked and admitted. |
| | | | | Exhibit 255, pg. 70 previously marked and admitted. |
| 224 | 12:13 PM | X | X | Excerpts from MJA-500001- Photographs and metadata (Amiri's phone) |
| 221 | 12:14 PM | X | X | Excerpts from MJA -500001 Amiri/Radcliffe Texts, 8/23/20 |
| | | | | Exhibit 255, pg. 72-73 previously marked and admitted. |
| 355 | 12:16 PM | X | X | Excerpts from MJA-500001- Photographs and metadata (Amiri's phone) |
| 229 | 12:18 PM | X | X | Excerpts from MJA-500001-Amiri/Laughridge Texts |
| 406, pg. 5 | | X | X | Exhibit 406, pg. 5 previously marked and admitted. |

CASE NO.: 23-cr-00269-JSW-3
TITLE: United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 103, pg. 188-189 | 12:21 PM | X | X | Excerpts from MJA-5000001-Wegner/Amiri Text Messages |
| 416 | 12:23 PM | X | X | Excerpts from MJA-500001-Amiri/Laughridge, Texts 1/25/21 |
| 103, pg. 112 Lines 1101 and 1103 | 12:27 PM | X | X | Excerpts from MJA-5000001-Wegner/Amiri Text Messages |
| 103, pg. 101-104 | 12:27 PM | X | X | Excerpts from MJA-5000001-Wegner/Amiri Text Messages |
|  | 12:30 PM |  |  | Court takes a recess for lunch. Jurors admonished and excused. |
|  | 1:04 PM |  |  | Court is back in session. Jury is present. |
| 104, pg. 67 | 1:05 PM | X | X | Excerpts from MJA-5000001- Amiri Text Messages (Table A) |
| 104, pg. 68-69 | 1:06 PM | X | X | Excerpts from MJA-5000001- Amiri Text Messages (Table A) |
| 104, pg. 70 | 1:07 PM | X | X | Excerpts from MJA-5000001- Amiri Text Messages (Table A) |
|  | 1:08 PM |  |  | Cross examination by defense counsel, Schwartz. |
|  | 1:11 PM |  |  | Witness is thanked and excused. |
|  | 1:12 PM |  |  | AUSA Sargent calls the witness, Shane Cole, who is sworn and under direct examination. |
|  |  |  |  | Exhibit 12 previously marked and admitted. |
|  |  |  |  | Exhibit 651 previously marked and admitted. |
|  |  |  |  | Exhibit 502 previously marked and admitted. |
| 513; (Video) 0:00 -1 Min. | 1:34 PM | X | X | Cole Body-Worn Camera (D.S.) |
| 512; (Video) 0:00-1:44 seconds. | 1:41 PM | X | X | Becerra Body – Worn Camera (D.S.) |
| 511 (Video) 0:00-1:43 seconds. | 1:46 PM | X | X | Wegner Body-Worn Camera |
| 515(Video) 0:00-2:17 seconds. | 1:50 PM | X | X | Palma Body-Worn Camera |
|  | 1:55 PM |  |  | Cross examination by defense counsel, Schwartz. |
| 4; pg. 321-329 | 2:00 PM | X | X | Antioch Police Department Policy Manuel dated May 12, 2022 |
| 32 | 2:03 PM | X | X | Inert 40mm Round |

**CASE NO.:** 23-cr-00269-JSW-3
**TITLE:** United States of America v. Devon Christopher Wenger

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | | | | Exhibit 651 previously marked and admitted. |
| | | | | Exhibit 511 previously marked and admitted. |
| | | | | Exhibit 512 previously marked and admitted. Entire Length of Video |
| | 2:28 PM | | | Jurors exit the courtroom. |
| | 2:29 PM | | | Court and Counsel is present outside the presence of the jurors to discuss housekeeping matters. |
| | 2:30 PM | | | Court takes a break. |
| | 2:50 PM | | | Jurors enter the courtroom; Court is back in session. |
| | 2:51 PM | | | Re-direct examination by AUSA, Sargent. |
| | 2:52 PM | | | Witness is thanked and excused. |
| | 2:53 PM | | | AUSA Sargent calls the witness Armando Delgado-Campos, who is sworn and testifies under direct examination. |
| 103, pg. 292-306 | 2:58 PM | X | X | Excerpts from MJA-5000001-Wegner/Amiri Text Messages |
| | 3:11 PM | | | Witness is thanked and excused. |
| | 3:12 PM | | | Government rests its case. |
| | 3:14 PM | | | Defense counsel Schwartz calls their first witness Kristian Palma, who is sworn and testifies under direct examination. |
| | | | | Exhibit 515 previously marked and admitted. |
| | 3:27 PM | | | Cross examination by AUSA Sargent. |
| | 3:30 PM | | | Exhibit 515 previously marked and admitted. |
| | 3:35 PM | | | Re-direct examination by defense counsel Schwartz. |
| | 3:37 PM | | | Witness is thanked and excused. |
| | 3:38 PM | | | Jurors are admonished and excused. |
| | 3:39 PM | | | Court and Counsel is present outside the presence of the jurors to discuss the briefing schedule of the Rule 29 Motion. |
| | 3:40 PM | | | Court is adjourned for the day. Court will resume at 7:00 am for counsel to hear oral argument on motion, and 8:00 am for the jurors |