**FILED**

SEP 18 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>    Defendant. | Case No. CR 23-00269 JSW-3<br><br>**STIPULATED VERDICT FORM** |

WE, THE JURY in the above-entitled case, unanimously find the following:

COUNT ONE

Has the government proven the defendant guilty beyond a reasonable doubt of Conspiracy Against Rights, in violation of 18 U.S.C. § 241?

**GUILTY**      **NOT GUILTY**

✓
_____      _____

DATED: 18 SEPT, 2025.

_____
FOREPERSON

STIIPULATED VERDICT FORM
CR 23-00269 JSW-3