1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2  MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALETHEA M. SARGENT (CABN 288222)
   ALEXANDRA SHEPARD (CABN 205143)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       Alethea.Sargent@usdoj.gov
        Alexandra.Shepard@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 23-CR-269 JSW-3 |
|---|---|
| Plaintiff, | ) **JOINT CERTIFICATION OF ADMITTED** |
|  | ) **TRIAL EXHIBITS** |
| v. | ) |
| DEVON CHRISTOPHER WENGER, | ) |
| Defendant. | ) |

Pursuant to Civil L.R. 5-1(g), the parties jointly submit the following exhibits that were admitted at trial from September 8, 2025 through September 17, 2025. The parties certify that the attached exhibits are true and correct copies of the exhibits submitted to the trier of fact in this matter, except that certain redactions have been added to protect the personal identifying information of the defendant, co-defendants, witnesses, and third parties.

DATED: September 29, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys

DATED: September 29, 2025

/s/
MICHAEL D. SCHWARTZ
KASEY A. CASTILLO
Attorneys for Defendant DEVON WENGER