# EXHIBIT 4

# Body-Worn Cameras (BWC)

### 423.1  PURPOSE AND SCOPE
The Antioch Police Department (APD) recognizes the use of Body-Worn Cameras (BWCs) by its officers conveys a sense of law enforcement legitimacy, accountability, and transparency. The APD believes video and audio recordings from BWCs will serve as a tool to maintain and enhance the community's trust in the Department. The recordings will capture interactions with the public and provide additional means of evidence collection for criminal investigations, administrative investigations, and civil litigation. In addition, BWCs will serve as a valuable training aid for officers.

While BWC recordings can provide an unbiased and objective account of a police contact, there are limitations to BWC video technology. Specifically, there are inherent differences between how human beings see and interpret their surroundings and how BWCs record video. In some cases, an officer may capture information not observed by a BWC just as a BWC may capture information not heard or seen by an officer. Therefore, it is critical to consider BWC footage as one piece of useful information regarding an incident, just as an officer's experience, state of mind, and input gleaned from his or her other senses would be considered useful information. Where these varied sources of information are combined, a more complete picture of an incident can be obtained.

### 423.1.1  DEFINITIONS
**Activation** – Triggering the Body-Worn Camera by touch or any other method, which initiates the audio and video recording functions.

**Blue Team** – IAPro Blue Team is web-based computer software that allows supervisors to enter use of force incidents, pursuits, and audits from a department computer.

**De-Activation** – Discontinuing audio and video recording and returning the camera to a standby mode in the on position.

**Muting** – A function of the BWC that allows for video recording while audio recording is disabled.

**On Position** – Switching the on/off switch of the camera into a standby mode which allows the camera, when activated, to capture the previous **30 seconds** of video, excluding audio.

**Stealth Mode** – A function of the BWC where the LED indicator lights, sounds, and vibrations are disabled.

### 423.2  POLICY
It is the policy of the Antioch Police Department to utilize BWCs in a manner that will assist in criminal investigations and prosecution as well as civil litigation, by providing a recording of the incident that may supplement an employee's report and help document police conduct, investigations, and enforcement activity.

Copyright Lexipol, LLC 2022/05/12, All Rights Reserved.
Published with permission by Antioch Police Department