# EXHIBIT 10

# Individual Training Activity
# Report Criteria

Tuesday, November 8, 2022

## Persons/Employees/Instructors Criteria

1  Gender Equals "Male"

2  Last Name Contains "ROMBOUGH"

3  First Name Begins With "ERIC"

| Person: | Rombough, Eric A. | | | | | |
|---|---|---|---|---|---|---|

**Personal**
- Agency: Antioch PD
- ID #: C39-D09

**Employment**

| Property | Value | | From | Through |
|---|---|---|---|---|
| Active Status: | Inactive | | | |
| Duty Status: | | | | |
| Time Status: | | | | |
| Rank: | | | | |
| Work Unit: | | | | |
| Station: | | | | |
| Division: | | | | |

**Scheduled Training In: 2022**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -8428 | 01/28/2022 | Chemical Agent Instructor | *** None *** | ✓ | P | | 40:00 |

**Totals For Training Completed in: 2022**     Completed 1 of 1 Modules      40:00

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -8665 | 11/10/2021 | Use of Force Update | *** None *** | ✓ | P | | 08:00 |
| -8344 | 10/22/2021 | ICI Gang foundations investigations course | *** None *** | ✓ | P | | 40:00 |
| -8659 | 10/06/2021 | MARK 43 | *** None *** | ✓ | P | | 08:00 |
| -8695 | 10/06/2021 | NIBR's | *** None *** | ✓ | P | | 04:00 |
| -8711 | 10/06/2021 | PEREGRINE | *** None *** | ✓ | P | | 04:00 |
| -8703 | 10/06/2021 | RIPA | *** None *** | ✓ | P | | 02:00 |
| -8465 | 09/01/2021 | Court & Temporary Holding Facl | *** None *** | ✓ | P | | 08:00 |
| -8691 | 09/01/2021 | First Aid/CPR/AED/Narcan | *** None *** | ✓ | P | | 04:00 |
| -8707 | 08/23/2021 | FENTANYL | *** None *** | ✓ | P | | 04:00 |
| -8654 | 08/04/2021 | Taser Update | *** None *** | ✓ | P | | 04:00 |
| -8315 | 07/14/2021 | ICAT and Strategic communications | *** None *** | ✓ | P | | 04:00 |
| -8551 | 07/14/2021 | Crisis Intervention Training | *** None *** | ✓ | P | | 04:00 |
| -8329 | 07/14/2021 | Bias and racial profiling | *** None *** | ✓ | P | | 02:00 |
| -8152 | 05/12/2021 | Tactical Firearms | *** None *** | ✓ | P | | 04:00 |
| -8125 | 04/14/2021 | Arrest and Control - Psp | *** None *** | ✓ | P | | 05:00 |
| -8699 | 04/14/2021 | WELLNESS PRESENTATION | *** None *** | ✓ | P | | 02:00 |
| -8670 | 03/16/2021 | Firearms Qualification | *** None *** | ✓ | P | | 04:00 |
| -8687 | 03/03/2021 | CET/MHET UPDATE | *** None *** | ✓ | P | | 02:00 |
| -8074 | 02/03/2021 | Elder abuse | *** None *** | ✓ | P | | 02:00 |
| -8729 | 02/03/2021 | WELLNESS PRESENTATION | *** None *** | ✓ | P | | 02:00 |

| Person: | | Rombough, Eric A. | | | | | (Continued) |

| Scheduled Training In: | 2021 | | | | | | (Continued) |

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -8724 | 01/21/2021 | Policy 306 Review | \*\*\* None \*\*\* | ✓ | P | | 01:00 |
| - -8078 | 01/13/2021 | Less Lethal | \*\*\* None \*\*\* | ✓ | P | | 02:00 |
| - -8150 | 01/12/2021 | Rampart dialogue | \*\*\* None \*\*\* | ✓ | P | | 04:00 |

| Totals For Training Completed in: 2021 | Completed 23 of 23 Modules | | | | | | 124:00 |

| Scheduled Training In: | 2020 | | | | | | |

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -8527 | 12/16/2020 | Firearms/CQB with K9 | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8525 | 10/28/2020 | Vehicle CQB | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8524 | 10/21/2020 | Firearms | \*\*\* None \*\*\* | ✓ | P | | 04:00 |
| - -8295 | 10/14/2020 | Tactical Firearms | \*\*\* None \*\*\* | ✓ | P | | 04:00 |
| - -8523 | 09/23/2020 | Defensive tactics - K9 Integration | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8522 | 09/16/2020 | Firearms | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8521 | 08/26/2020 | CQB/Room entries | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8520 | 08/19/2020 | SWAT shoot/SWAT tryouts | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -7993 | 07/30/2020 | Criminal informant recruitment amd management webinar | \*\*\* None \*\*\* | ✓ | P | | 04:00 |
| - -8119 | 07/30/2020 | Informant management | \*\*\* None \*\*\* | ✓ | P | | 04:00 |
| - -8177 | 07/29/2020 | Crisis Intervention Training | \*\*\* None \*\*\* | ✓ | P | | 04:00 |
| - -8175 | 07/29/2020 | Bias and racial profiling | \*\*\* None \*\*\* | ✓ | P | | 02:00 |
| - -8176 | 07/29/2020 | Mental Health Update | \*\*\* None \*\*\* | ✓ | P | | 02:00 |
| - -8195 | 07/21/2020 | Officer down | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8518 | 07/15/2020 | Firearms | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8517 | 06/24/2020 | expansive area clearing | \*\*\* None \*\*\* | ✓ | P | | 10:00 |
| - -8194 | 06/17/2020 | Firearms | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8553 | 06/10/2020 | pistol & shotgun qualification | \*\*\* None \*\*\* | ✓ | P | | 04:00 |
| - -7942 | 06/03/2020 | Arrest and Control - Psp | \*\*\* None \*\*\* | ✓ | P | | 06:00 |
| - -7941 | 06/03/2020 | AB 392 Use of Force Update | \*\*\* None \*\*\* | ✓ | P | | 02:00 |
| - -8516 | 05/27/2020 | Ops plan training | \*\*\* None \*\*\* | ✓ | P | | 10:00 |
| - -8515 | 05/20/2020 | Tactical Firearms | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8514 | 04/15/2020 | SWAT Firearms & Tactics | \*\*\* None \*\*\* | ✓ | P | | 04:00 |
| - -7879 | 04/01/2020 | K9 Update | \*\*\* None \*\*\* | ✓ | P | | 01:00 |
| - -8196 | 03/25/2020 | room entries/breaching | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -8197 | 03/18/2020 | firearms & tactics | \*\*\* None \*\*\* | ✓ | P | | 08:00 |
| - -7746 | 03/11/2020 | Gang Awareness Update | \*\*\* None \*\*\* | ✓ | P | | 04:00 |
| - -7757 | 03/11/2020 | Courtroom Expert Testimony | \*\*\* None \*\*\* | ✓ | P | | 02:00 |
| - -7943 | 03/06/2020 | Homelessness and Policing, a collaborative Approach | \*\*\* None \*\*\* | ✓ | P | | 02:00 |
| - -7816 | 02/26/2020 | SWAT Training | \*\*\* None \*\*\* | ✓ | P | | 10:00 |

# Individual Training Activity

| Person: | | Rombough, Eric A. | | | | | | (Continued) |
|---|---|---|---|---|---|---|---|---|

| Scheduled Training In: | 2020 | | | | | | | (Continued) |
|---|---|---|---|---|---|---|---|---|

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -  -7817 | 02/19/2020 | SWAT Firearms training | *** None *** | ✓ | P | | 04:00 |
| -  -7846 | 02/12/2020 | Hazardous Materials Response/ First Responder Awareness Refresher Training | *** None *** | ✓ | P | | 04:00 |
| -  -7726 | 02/12/2020 | Tactical Communications | *** None *** | ✓ | P | | 02:00 |
| -  -7844 | 02/12/2020 | Child Molestation/Rape/Human Trafficking | *** None *** | ✓ | P | | 02:00 |
| -  -7851 | 02/12/2020 | Murder Case Study | *** None *** | ✓ | P | | 02:00 |
| -  -7853 | 02/12/2020 | Cordico | *** None *** | ✓ | P | | 00:30 |
| -  -7751 | 01/29/2020 | Less lethal 40mm training and Qualification | *** None *** | ✓ | P | | 04:00 |
| -  -7842 | 01/29/2020 | Traffic Collision Investigation | *** None *** | ✓ | P | | 04:00 |
| -  -7838 | 01/29/2020 | Pretext stops/wall stops/4th amendment | *** None *** | ✓ | P | | 01:00 |
| -  -7840 | 01/29/2020 | Family Justice Center services | *** None *** | ✓ | P | | 01:00 |

| Totals For Training Completed in: 2020 | Completed 40 of 40 Modules | | | | | | 199:30 |
|---|---|---|---|---|---|---|---|

| Scheduled Training In: | 2019 | | | | | | |
|---|---|---|---|---|---|---|---|

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -  -7668 | 12/10/2019 | Shotgun breaching course | *** None *** | ✓ | P | | 16:00 |
| -  -7777 | 11/27/2019 | Scenarios/Building Searches | *** None *** | ✓ | P | | 10:00 |
| -  -7652 | 11/14/2019 | Tactical Breacher Course | *** None *** | ✓ | P | | 24:00 |
| -  -7741 | 11/06/2019 | Court and Temporary Holding Facilities/Jail Ops | *** None *** | ✓ | P | | 08:00 |
| -  -7743 | 11/06/2019 | First Aid/CPR/AED/Narcan | *** None *** | ✓ | P | | 04:00 |
| -  -7773 | 10/23/2019 | 5.11 Breaching Course | *** None *** | ✓ | P | | 08:00 |
| -  -7835 | 10/09/2019 | Interview and Interrogation | *** None *** | ✓ | P | | 04:00 |
| -  -7836 | 10/09/2019 | Officer Involved Shootings | *** None *** | ✓ | P | | 04:00 |
| -  -7533 | 09/27/2019 | Nuestra Familia and Mexican Mafia | *** None *** | ✓ | P | | 08:00 |
| -  -7772 | 09/25/2019 | Handgun- SWAT | *** None *** | ✓ | P | | 08:00 |
| -  -7796 | 09/04/2019 | Driving Simulator/Force Options Simulator/Pursuit Policy Attestation | *** None *** | ✓ | P | | 08:00 |
| -  -7771 | 08/28/2019 | BJJ Sniper Hide-Combined Team Movement | *** None *** | ✓ | P | | 08:00 |
| -  -7792 | 08/14/2019 | Crowd/Riot Control | *** None *** | ✓ | P | | 04:00 |
| -  -7832 | 08/14/2019 | Taser Update | *** None *** | ✓ | P | | 04:00 |
| -  -7167 | 08/02/2019 | Basic Swat | *** None *** | ✓ | P | | 80:00 |
| -  -7500 | 07/02/2019 | Policy 207-Electronic Mail | *** None *** | ✓ | P | | 00:30 |
| -  -7768 | 06/26/2019 | Annual PT Test/training | *** None *** | ✓ | P | | 10:00 |
| -  -7496 | 06/05/2019 | Post Traumatic Stress Disorder | *** None *** | ✓ | P | | 04:00 |

# Individual Training Activity

| Person: | Rombough, Eric A. | | | | | | (Continued) |
|---|---|---|---|---|---|---|---|

**Scheduled Training In: 2019** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -7491 | 06/05/2019 | leaves | *** None *** | ✓ | P | | 02:00 |
| - -7494 | 06/05/2019 | Cellphones | *** None *** | ✓ | P | | 01:00 |
| - -7498 | 06/05/2019 | Child Abuse | *** None *** | ✓ | P | | 01:00 |
| - -7563 | 05/22/2019 | Firearms | *** None *** | ✓ | P | | 08:00 |
| - -7568 | 05/16/2019 | Sniper as cover/Sniper controlled team movement introduction | *** None *** | ✓ | P | | 10:00 |
| - -7485 | 05/08/2019 | Tactical Firearms | *** None *** | ✓ | P | | 04:00 |
| - -7488 | 05/08/2019 | Firearms Qualification | *** None *** | ✓ | P | | 04:00 |
| - -7518 | 04/17/2019 | Rappelling and Ladder Operations | *** None *** | ✓ | P | | 10:00 |
| - -7464 | 04/03/2019 | Defensive Tactics | *** None *** | ✓ | P | | 08:00 |
| - -7381 | 03/13/2019 | Workplace Harassment | *** None *** | ✓ | P | | 04:00 |
| - -7537 | 03/13/2019 | MHET | *** None *** | ✓ | P | | 02:00 |
| - -7532 | 03/13/2019 | Trace program- Target Responsibility for Alcohol Connected Emergencies | *** None *** | ✓ | P | | 01:00 |
| - -7535 | 03/13/2019 | BART-Roadway Safety | *** None *** | ✓ | P | | 01:00 |
| - -7539 | 03/13/2019 | class on closing class/dispo for events and contacts with juveniles | *** None *** | ✓ | P | | 01:00 |
| - -7375 | 02/26/2019 | Firearms, Monthly Shoot | *** None *** | ✓ | P | | 00:30 |
| - -7749 | 02/20/2019 | Crisis Intervention Training | *** None *** | ✓ | P | | 04:00 |
| - -7389 | 02/13/2019 | K9 Deployment Training | *** None *** | ✓ | P | | 01:00 |
| - -7401 | 02/08/2019 | Taser Download | *** None *** | ✓ | P | | 00:30 |
| - -7528 | 02/06/2019 | Critical Incident Response | *** None *** | ✓ | P | | 08:00 |
| - -7310 | 01/31/2019 | Wiretap | *** None *** | ✓ | P | | 08:00 |
| - -7519 | 01/09/2019 | Marijuana Drug Law Update | *** None *** | ✓ | P | | 08:00 |
| - -7521 | 01/09/2019 | California Council on Problem gambling presentation | *** None *** | ✓ | P | | 08:00 |
| - -7515 | 01/09/2019 | Asset Forfeiture | *** None *** | ✓ | P | | 04:00 |
| - -7414 | 01/07/2019 | Firearms, Monthly Shoot | *** None *** | ✓ | P | | 00:30 |

| Totals For Training Completed in: 2019 | Completed 42 of 42 Modules | | | | | | 312:00 |
|---|---|---|---|---|---|---|---|

**Scheduled Training In: 2018**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -7392 | 10/31/2018 | Outlaw Motorcycle Gangs | *** None *** | ✓ | P | | 04:00 |
| - -7418 | 10/31/2018 | Domestic Violence Investigation and Prosecution | *** None *** | ✓ | P | | 04:00 |
| - -7426 | 09/19/2018 | Jiu-Jitsu Building entries and room clearing tactics | *** None *** | ✓ | P | | 10:00 |
| - -8200 | 09/12/2018 | Firearms | *** None *** | ✓ | P | | 04:00 |
| - -7543 | 09/05/2018 | Hazmat | *** None *** | ✓ | P | | 04:00 |

| Person: | | Rombough, Eric A. | | | | | (Continued) |

| Scheduled Training In: | 2018 | | | | | | (Continued) |

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|-------|-------|---------|---------------|--------|-------|-------|-----------|
| - -7421 | 09/05/2018 | Alive at 25 | *** None *** | ✓ | P | | 00:30 |
| - -7180 | 08/01/2018 | Taser Update | *** None *** | ✓ | P | | 04:00 |
| - -7196 | 07/20/2018 | Monthly Crew Shoot | *** None *** | ✓ | P | | 01:00 |
| - -7175 | 07/11/2018 | Gang Awareness Update | *** None *** | ✓ | P | | 04:00 |
| - -7192 | 07/09/2018 | Taser Download | *** None *** | ✓ | P | | 01:00 |
| - -7570 | 06/13/2018 | Narcan training | *** None *** | ✓ | P | | 02:00 |
| - -7201 | 05/09/2018 | Rifle team training | *** None *** | ✓ | P | | 16:00 |
| - -7199 | 03/21/2018 | Arrest and Control -PSP | *** None *** | ✓ | P | | 05:00 |
| - -7297 | 03/21/2018 | Firearms Qualification | *** None *** | ✓ | P | | 04:00 |
| - -7577 | 03/21/2018 | Narcan training | *** None *** | ✓ | P | | 02:00 |
| - -7194 | 03/14/2018 | Taser Download | *** None *** | ✓ | P | | 01:00 |
| - -7103 | 01/31/2018 | Winning the Battle: The Pain Behind the Badge | *** None *** | ✓ | P | | 08:00 |
| - -7105 | 01/03/2018 | Active Shooter Training | *** None *** | ✓ | P | | 08:00 |

| Totals For Training Completed in: 2018 | Completed 18 of 18 Modules | | | | | | 82:30 |

| Scheduled Training In: | 2017 | | | | | | |

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|-------|-------|---------|---------------|--------|-------|-------|-----------|
| - -7075 | 12/13/2017 | Tactical Lifesaver Course | *** None *** | ✓ | P | | 08:00 |
| - -7060 | 11/08/2017 | ICAT and Tactical Communications | *** None *** | ✓ | P | | 05:00 |
| - -7062 | 10/20/2017 | Policy 306 - Vehicle Pursuits Review | *** None *** | ✓ | P | | 00:30 |
| - -7042 | 10/11/2017 | Tactical Firearms | *** None *** | ✓ | P | | 04:00 |
| - -6939 | 09/13/2017 | Drug Presumptive Testing Program Training | *** None *** | ✓ | P | | 08:00 |
| - -7016 | 09/13/2017 | POBOR and IAs | *** None *** | ✓ | P | | 04:00 |
| - -7017 | 09/13/2017 | Ethics | *** None *** | ✓ | P | | 04:00 |
| - -7006 | 08/16/2017 | S&K-Asian Gangs/Gang Trends | *** None *** | ✓ | P | | 04:00 |
| - -7000 | 08/16/2017 | Presentation by DA | *** None *** | ✓ | P | | 03:00 |
| - -6984 | 08/16/2017 | Mental Health Update | *** None *** | ✓ | P | | 02:00 |
| - -6982 | 08/16/2017 | Community Engagement | *** None *** | ✓ | P | | 01:00 |
| - -7002 | 08/16/2017 | Cellphones | *** None *** | ✓ | P | | 00:30 |
| - -6945 | 07/26/2017 | Intoximeters Intox-DMT Dual Sensor Evidentiary Breath Alcohol Operator Training | *** None *** | ✓ | P | | 04:00 |
| - -6947 | 07/26/2017 | Traffic Presentation | *** None *** | ✓ | P | | 02:00 |
| - -6946 | 07/26/2017 | ACO Presentation | *** None *** | ✓ | P | | 01:00 |
| - -6924 | 06/24/2017 | Dangers of Fentanyl Exposure | *** None *** | ✓ | P | | 00:05 |
| - -6892 | 05/12/2017 | Defensive Tactics | *** None *** | ✓ | P | | 04:00 |

| Person: | Rombough, Eric A. | | (Continued) |
|---|---|---|---|

| Scheduled Training In: | 2017 | | (Continued) |
|---|---|---|---|

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -6937 | 05/12/2017 | Firearms Qualification | *** None *** | ✓ | P | | 04:00 |
| - -6822 | 04/11/2017 | Court and Temporary Holding Facilities | *** None *** | ✓ | P | | 08:00 |
| - -6824 | 03/28/2017 | Taser | *** None *** | ✓ | P | | 08:00 |
| - -6784 | 02/17/2017 | First Aid/CPR | *** None *** | ✓ | P | | 12:00 |
| - -6785 | 02/14/2017 | Bloodborne Pathogens | *** None *** | ✓ | P | | 02:00 |
| - -6786 | 02/14/2017 | Less than Full Access CLETS Test | *** None *** | ✓ | P | | 02:00 |

| Totals For Training Completed in: 2017 | Completed 23 of 23 Modules | 91:05 |
|---|---|---|

| Totals For: Rombough, Eric A. | Completed 147 of 147 Modules | 849:05 |
|---|---|---|

EAR-000513

EX 010-007