# EXHIBIT 11

**Persons/Employees/Instructors Criteria**

1. Gender Equals "Male"
2. Last Name Contains "WENGER"
3. First Name Begins With "DEVON"

| Person: | Wenger, Devon C. |
|---|---|

**Personal**
- Agency: Antioch PD
- ID #: C60-V45

**Employment**

| Property | Value | From | Through |
|---|---|---|---|
| Active Status: | Inactive | | |
| Duty Status: | | | |
| Time Status: | | | |
| Rank: | | | |
| Work Unit: | | | |
| Station: | | | |
| Division: | | | |

**Scheduled Training In: 2022**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -8479 | 04/08/2022 | Basic Swat | *** None *** | ✓ | P | | 80:00 |

**Totals For Training Completed In: 2022**    Completed 1 of 1 Modules    80:00

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -8451 | 11/29/2021 | Sniper Training | *** None *** | ✓ | P | | 10:00 |
| -8661 | 11/10/2021 | MARK 43 | *** None *** | ✓ | P | | 08:00 |
| -8665 | 11/10/2021 | Use of Force Update | *** None *** | ✓ | P | | 08:00 |
| -8342 | 10/22/2021 | POST Academy instructor certification course (AICC) | *** None *** | ✓ | P | | 40:00 |
| -8696 | 10/13/2021 | NIBR's | *** None *** | ✓ | P | | 04:00 |
| -8712 | 10/13/2021 | PEREGRINE | *** None *** | ✓ | P | | 04:00 |
| -8704 | 10/13/2021 | RIPA | *** None *** | ✓ | P | | 02:00 |
| -8706 | 10/13/2021 | CROSSROADS | *** None *** | ✓ | P | | 02:00 |
| -8707 | 08/23/2021 | FENTANYL | *** None *** | ✓ | P | | 04:00 |
| -8314 | 07/07/2021 | ICAT and Strategic communications | *** None *** | ✓ | P | | 04:00 |
| -8550 | 07/07/2021 | Crisis Intervention Training | *** None *** | ✓ | P | | 04:00 |
| -8328 | 07/07/2021 | Bias and racial profiling | *** None *** | ✓ | P | | 02:00 |
| -8326 | 06/09/2021 | Child Molestation/Rape/Human Trafficking | *** None *** | ✓ | P | | 02:00 |
| -8106 | 05/14/2021 | Patrol Rifle Instructor | *** None *** | ✓ | P | | 40:00 |
| -8151 | 05/05/2021 | Tactical Firearms | *** None *** | ✓ | P | | 04:00 |
| -8125 | 04/14/2021 | Arrest and Control - Psp | *** None *** | ✓ | P | | 05:00 |
| -8699 | 04/14/2021 | WELLNESS PRESENTATION | *** None *** | ✓ | P | | 02:00 |
| -8687 | 03/03/2021 | CET/MHET UPDATE | *** None *** | ✓ | P | | 02:00 |
| -8074 | 02/03/2021 | Elder abuse | *** None *** | ✓ | P | | 02:00 |
| -8729 | 02/03/2021 | WELLNESS PRESENTATION | *** None *** | ✓ | P | | 02:00 |

Person: Wenger, Devon C.          (Continued)

Scheduled Training In: 2021          (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -8236 | 01/18/2021 | Policy 306 Review | *** None *** | ✓ | P | | 00:30 |
| -8077 | 01/06/2021 | Less Lethal | *** None *** | ✓ | P | | 02:00 |

Totals For Training Completed in: 2021    Completed 22 of 22 Modules          153:30

Scheduled Training In: 2020

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -8265 | 09/11/2020 | Lexipol policies 326.2 &601.4(b) | *** None *** | ✓ | P | | 00:30 |
| -8292 | 08/13/2020 | Taser Update | *** None *** | ✓ | P | | 04:00 |
| -8006 | 08/05/2020 | Driving (PSP) | *** None *** | ✓ | P | | 04:00 |
| -8238 | 08/05/2020 | Policy 306 Review | *** None *** | ✓ | P | | 00:30 |
| -8251 | 07/30/2020 | K9 Briefing Training | *** None *** | ✓ | P | | 00:30 |
| -8177 | 07/29/2020 | Crisis Intervention Training | *** None *** | ✓ | P | | 04:00 |
| -8175 | 07/29/2020 | Bias and racial profiling | *** None *** | ✓ | P | | 02:00 |
| -8176 | 07/29/2020 | Mental Health Update | *** None *** | ✓ | P | | 02:00 |
| -8083 | 06/11/2020 | ECW download/update | *** None *** | ✓ | P | | 01:00 |
| -7942 | 06/03/2020 | Arrest and Control - Psp | *** None *** | ✓ | P | | 06:00 |
| -7941 | 06/03/2020 | AB 392 Use of Force Update | *** None *** | ✓ | P | | 02:00 |
| -7932 | 05/22/2020 | Crew shoot - tactical firearms | *** None *** | ✓ | P | | 00:30 |
| -8555 | 05/21/2020 | pistol & shotgun qualification | *** None *** | ✓ | P | | 04:00 |
| -7952 | 05/15/2020 | Hate Crimes: Identification & Investigation | *** None *** | ✓ | P | | 02:00 |
| -7746 | 03/11/2020 | Gang Awareness Update | *** None *** | ✓ | P | | 04:00 |
| -7755 | 03/11/2020 | CoCo LEAD Plus Diversion Program | *** None *** | ✓ | P | | 02:00 |
| -7757 | 03/11/2020 | Courtroom Expert Testimony | *** None *** | ✓ | P | | 02:00 |
| -7753 | 03/11/2020 | Public Defender Presentation | *** None *** | ✓ | P | | 00:30 |
| -7975 | 03/08/2020 | Homelessness and Policing, a collaborative Approach | *** None *** | ✓ | P | | 02:00 |
| -7724 | 02/26/2020 | ICAT and Tactical Communications | *** None *** | ✓ | P | | 05:00 |
| -7846 | 02/12/2020 | Hazardous Materials Response/ First Responder Awareness Refresher Training | *** None *** | ✓ | P | | 04:00 |
| -7726 | 02/12/2020 | Tactical Communications | *** None *** | ✓ | P | | 02:00 |
| -7844 | 02/12/2020 | Child Molestation/Rape/Human Trafficking | *** None *** | ✓ | P | | 02:00 |
| -7851 | 02/12/2020 | Murder Case Study | *** None *** | ✓ | P | | 02:00 |
| -7853 | 02/12/2020 | Cordico | *** None *** | ✓ | P | | 00:30 |
| -7751 | 01/29/2020 | Less lethal 40mm training and Qualification | *** None *** | ✓ | P | | 04:00 |
| -7842 | 01/29/2020 | Traffic Collision Investigation | *** None *** | ✓ | P | | 04:00 |

**Person:** Wenger, Devon C. (Continued)

**Scheduled Training In: 2020** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -7838 | 01/29/2020 | Pretext stops/wall stops/4th amendment | *** None *** | ✓ | P | | 01:00 |
| - -7840 | 01/29/2020 | Family Justice Center services | *** None *** | ✓ | P | | 01:00 |
| - -7828 | 01/23/2020 | K9 Patrol Operations | *** None *** | ✓ | P | | 00:30 |
| - -7831 | 01/03/2020 | PC 859.7 (Photo Lineup) | *** None *** | ✓ | P | | 00:30 |
| - -7794 | 01/02/2020 | Monthly Crew Shoot | *** None *** | ✓ | P | | 00:30 |

**Totals For Training Completed in: 2020    Completed 32 of 32 Modules    70:30**

**Scheduled Training In: 2019**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -7741 | 11/06/2019 | Court and Temporary Holding Facilities/Jail Ops | *** None *** | ✓ | P | | 08:00 |
| - -7743 | 11/06/2019 | First Aid/CPR/AED/Narcan | *** None *** | ✓ | P | | 04:00 |
| - -7800 | 11/06/2019 | Drones/UAV | *** None *** | ✓ | P | | 02:00 |
| - -7663 | 10/20/2019 | CNT Forms training | *** None *** | ✓ | P | | 00:30 |
| - -7835 | 10/09/2019 | Interview and Interrogation | *** None *** | ✓ | P | | 04:00 |
| - -7836 | 10/09/2019 | Officer Involved Shootings | *** None *** | ✓ | P | | 04:00 |
| - -7667 | 10/06/2019 | Monthly Crew Shoot | *** None *** | ✓ | P | | 00:30 |
| - -7630 | 07/11/2019 | Remedial detac trainnig | *** None *** | ✓ | P | | 02:00 |
| - -7501 | 07/03/2019 | Policy 207-Electronic Mail | *** None *** | ✓ | P | | 00:30 |
| - -7558 | 06/30/2019 | K9 Case Law Update | *** None *** | ✓ | P | | 01:00 |
| - -7485 | 05/08/2019 | Tactical Firearms | *** None *** | ✓ | P | | 04:00 |
| - -7488 | 05/08/2019 | Firearms Qualification | *** None *** | ✓ | P | | 04:00 |
| - -7509 | 05/05/2019 | Pursuit Policy | *** None *** | ✓ | P | | 00:30 |
| - -7510 | 04/21/2019 | Modified Service Guidelines Policy Update | *** None *** | ✓ | P | | 01:00 |
| - -7465 | 04/10/2019 | Defensive Tactics | *** None *** | ✓ | P | | 08:00 |
| - -7547 | 03/29/2019 | Firearms | *** None *** | ✓ | P | | 00:30 |
| - -7381 | 03/13/2019 | Workplace Harassment | *** None *** | ✓ | P | | 04:00 |
| - -7537 | 03/13/2019 | MHET | *** None *** | ✓ | P | | 02:00 |
| - -7532 | 03/13/2019 | Trace program- Target Responsibility for Alcohol Connected Emergencies | *** None *** | ✓ | P | | 01:00 |
| - -7535 | 03/13/2019 | BART-Roadway Safety | *** None *** | ✓ | P | | 01:00 |
| - -7539 | 03/13/2019 | class on closing class/dispo for events and contacts with juveniles | *** None *** | ✓ | P | | 01:00 |
| - -7384 | 03/01/2019 | Vehicle Searches | *** None *** | ✓ | P | | 00:30 |
| - -7374 | 02/27/2019 | Monthly Crew Shoot | *** None *** | ✓ | P | | 00:30 |
| - -7514 | 02/24/2019 | CA VC | *** None *** | ✓ | P | | 00:20 |
| - -7388 | 02/14/2019 | K9 Deployment Training | *** None *** | ✓ | P | | 01:00 |

| Person: | Wenger, Devon C. | | | (Continued) |

**Scheduled Training In: 2019** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -7529 | 02/13/2019 | Critical Incident Response | *** None *** | ✓ | P | | 08:00 |
| - -7519 | 01/09/2019 | Marijuana Drug Law Update | *** None *** | ✓ | P | | 08:00 |
| - -7521 | 01/09/2019 | California Council on Problem gambling presentation | *** None *** | ✓ | P | | 08:00 |
| - -7671 | 01/09/2019 | Use of Force Update | *** None *** | ✓ | P | | 08:00 |
| - -7515 | 01/09/2019 | Asset Forfeiture | *** None *** | ✓ | P | | 04:00 |

**Totals For Training Completed in: 2019**   Completed 30 of 30 Modules   91:50

**Scheduled Training In: 2018**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -7392 | 10/31/2018 | Outlaw Motorcycle Gangs | *** None *** | ✓ | P | | 04:00 |
| - -7418 | 10/31/2018 | Domestic Violence Investigation and Prosecution | *** None *** | ✓ | P | | 04:00 |
| - -7423 | 10/03/2018 | Rains Lucia Stern Presentation | *** None *** | ✓ | P | | 04:00 |
| - -7560 | 10/03/2018 | CoCo LEAD Plus Diversion Program | *** None *** | ✓ | P | | 02:00 |
| - -7578 | 10/03/2018 | Less Lethal | *** None *** | ✓ | P | | 02:00 |
| - -7544 | 09/26/2018 | Hazmat | *** None *** | ✓ | P | | 04:00 |
| - -7748 | 09/26/2018 | Crisis Intervention Training | *** None *** | ✓ | P | | 04:00 |
| - -7422 | 09/26/2018 | Alive at 25 | *** None *** | ✓ | P | | 00:30 |
| - -7176 | 08/01/2018 | Gang Awareness Update | *** None *** | ✓ | P | | 04:00 |
| - -7172 | 07/31/2018 | Detac | *** None *** | ✓ | P | | 05:00 |
| - -7204 | 07/30/2018 | Firearms Qualification | *** None *** | ✓ | P | | 04:00 |
| - -7177 | 06/13/2018 | First Aid/CPR | *** None *** | ✓ | P | | 08:00 |

**Totals For Training Completed in: 2018**   Completed 12 of 12 Modules   45:30

**Totals For: Wenger, Devon C.**   Completed 97 of 97 Modules   441:20