# EXHIBIT 12

| | | | |
|---|---|---|---|
| Subject: Less Lethal | ANTIOCH POLICE DEPARTMENT TRAINING ATTENDANCE *Sworn* | Location: APD | |
| Date: 1/6/2021  8077 | | Instructors: Corporal Colley and ~~Officer Magana~~ Cpl EVANS, MAGANA SUMMERS & T. SMITH | |
| Date: 1/13/2021  8078 | | | |

| Employee's Name | Emp. No. | Signature | Date |
|---|---|---|---|
| Adams, Jonathan | 5429 | [signature] | 1·6·21 |
| Aguilar, Saul | 6131 | [signature] #6131 | 1-13-21 |
| Aiello, Steve | 2335 | [signature] #2335 | 1/6/21 |
| Allen, Ashley | 5719 | [signature] 5719 | 1/13/21 |
| Allendorph, Matthew | 5324 | | |
| Amiri, Morteza | 5839 | | |
| Angelini, Ricardo | 5938 | Angel- #5938 | 1/13/21 |
| Barrera, Denny | 5945 | | |
| Becerra, Arturo | 5844 | [signature] #5844 | 1/6/21 |
| Bedgood, James | 4306 | [signature] 4306 | 1/6/21 |
| Bledsoe, Loren | 4055 | [signature] #4055 | 1/13/21 |
| Blumberg, Frederick | 5444 | [signature] #5444 | 1/13/21 |
| Borg, Thomas | 6070 | [signature] #6070 | 01/13/21 |
| Brogdon, Casey | 5334 | [signature] #5334 | 1/13/21 |
| Bushby, Brandon | 5961 | BB [signature] #5961 | 1/13/21 |
| Carpenter, Ryan | 6014 | [signature] #6014 | 01/13/21 |
| Chandler, Joseph | 6151 | CHANDLER #6151 | 01-13-21 |
| Chang, Theodore | 4362 | [signature] 4362 | 1/6/21 |
| Chavez, Erick | 6173 | E. CHAVEZ #6173 | 1/13/21 |
| Cole, Shane | 5851 | [signature] #5851 | 1/13/21 |
| Colley, James | 4705 | [signature] #4705 | 1-6-21 |
| Contreras, Matthew | 6142 | [signature] | 1·6·21 |
| Cox, John | 5705 | | |
| Crandell, Ashley | 5963 | [signature] 5963 | 1/13/21 |
| Crites, Brittney | 3657 | | |
| Davis, Matthew | 5569 | | |

US-ANT-000188

EX 012-001

| Name | ID | Signature | Date |
|---|---|---|---|
| Dibble, Dustin | 6119 | | |
| Downie, Jonathan | 5557 | [signature] #5557 | 1/13/21 |
| Duff, Ryan | 5730 | R. Duff #5730 | 1-6-21 |
| Duffy, Adam | 5609 | [signature] #5609 | 1/6/21 |
| Duggar, Scott | 5330 | [signature] #5330 | 1/13/21 |
| Egan, Joshua | 6169 | [signature] 6169 | 1/6/21 |
| Erickson, Jason | 5566 | Erickson 5566 | 1/6/21 |
| Evans, Joshua | 5257 | [signature] #5257 | 1/6/2021 |
| Ewart, Jacob | 5443 | [signature] #5443 | 01/12/2021 |
| Fachner, Daniel | 5228 | [signature] #5228 | 1/6/21 |
| Geis, Ryan | 3651 | [signature] #3651 | 1/6/21 |
| Gerber, Robert | 5473 | | |
| Gonzalez, Adrian | 4336 | [signature] #4336 | 1-13-2021 |
| Gragg, Randall | 5430 | Randy Gragg | 1/13/2021 |
| Green, Robert | 3639 | [signature] 3639 | 1/13/21 |
| Hamilton, Justin | 5561 | | |
| Harger, Matthew | 3305 | [signature] #3305 | 1-13-21 |
| Harris, Daniel | 5556 | | |
| Hill, Kyle | 5897 | K. Hill #5897 | 1/13/2021 |
| Hoffman, Rick | 4515 | [signature] 4515 | 1/13/2021 |
| Hopwood, Daniel | 5235 | D #5235 | 1/13/2021 |
| Hughes, Aaron | 5455 | [signature] 5455 | 1/13/21 |
| Hulleman, John Paul | 5322 | [signature] #5322 | 1/13/21 |
| Hynes, Marty | 4164 | | |
| Ibanez, Robert | 5707 | [signature] 5707 | 1/13/21 |
| Inabnett, Kelly | 5565 | | |
| Jeong, Jiseok | 3992 | Jeong #3992 | 1/13/21 |
| Johnsen, Eric | 4265 | EJ 4265 | 1/6/2021 |
| Kathain, Riley | 5825 | | |
| Kendall, Price | 5853 | [signature] #5853 | 1/6/2021 |
| Keo-Vann, Trak | 5323 | [signature] 5323 | 1/6/21 |
| Kidd, Christopher | 4470 | | |

| Name | ID | Signature | Date |
|---|---|---|---|
| Kint, Kristopher | 3652 | [signature] #3652 | 1/6/21 |
| Koch, Matthew | 3018 | [signature] #3018 | 1/6/21 |
| Krein, Kenneth | 5428 | K. KREIN #5428 | 1/6/21 |
| Lassas, Brendan | 6139 | [signature] #6139 | 1-6-21 |
| Lenderman, Thomas | 3361 | T. Lenderman #3361 | 1-13-21 |
| Lowther, Gary | 4032 | Gary Lowther 4032 | 1-6-21 |
| Magana, Joseph | 4695 | [signature] 4695 | 1/13/21 |
| Manly, Timothy | 6102 | T. Manly #6102 | 1/13/21 |
| Marcotte, Brock | 5678 | B. [signature] #5678 | 1/13/21 |
| Martin, Richard | 3343 | [signature] 3343 | 1/6/21 |
| Matis, Zechariah | 5214 | [signature] 5214 | 1/6/21 |
| Mayer, Patrick | 5436 | [signature] 5436 | 1/6/21 |
| McDonald, Ryan | 4578 | [signature] #4578 | 01/06/21 |
| McElroy, Steve | 2500 | [signature] #2500 | 1/6/21 |
| McManus, Eric | 4270 | E A McManus 4270 | 01/06/21 |
| Meals, Clinton | 4308 | | |
| Mellone, Michael | 4323 | [signature] | 1/13/21 |
| Miller, Steven | 6174 | S. Miller #6174 | 1/13/21 |
| Milner, Brayton | 5896 | | |
| Morris, Geoffrey | 6133 | [signature] 6133 | 1/13/21 |
| Mulholland, Matthew | 6166 | [signature] | 1/13/21 |
| Murphy, Quamaine | 5568 | [signature] #5568 | 1/13/21 |
| Navarrette, Daniel | 6180 | [signature] | 1/6/2021 |
| Nilsen, Erik | 5846 | [signature] 5846 | 1/13/2021 |
| Novello, Nathanael | 6135 | [signature] 6135 | 1/6/21 |
| Nutt, Matthew | 6012 | [signature] #6012 | 1/6/21 |
| Odom, Kody | 6116 | | |
| Padilla, Ben | 5319 | B. Padilla 5319 | 01/06/21 |
| Pedreira, Nicco | 6157 | N. Pedreira 6157 | 1-06-21 |
| Perkinson, James | 3398 | | |
| Pfeiffer, Dean | 3707 | [signature] #3707 | 1/13/21 |
| Prieto, Calvin | 5936 | [signature] | 1/06/21 |

| Name | ID | Signature | Date |
|---|---|---|---|
| Ramirez, John | 5236 | | |
| Rodriguez, Andrea | 5949 | [signature] 5949 | 1/6/21 |
| Rombough, Eric | 5570 / 5572 | [signature] | 1/13/21 |
| Rose, Brian | 4309 | | |
| Saffold, Darryl | 6136 | [signature] | 1/06/21 |
| Shaffer, Cole | 5537 | [signature] | 1-6-21 |
| Shipilov, Nicholas | 5855 | | |
| Smith, Kyle | 5317 | [signature] #5317 | 1/6/21 |
| Smith, Richard | 2310 | [signature] 2310 | 1/6/21 |
| Smith, Thomas | 5376 | [signature] #5376 | 1/6/21 |
| Solari, Robert | 2372 | [signature] #2372 | 1/6/21 |
| Stenger, James | 3604 | [signature] 3604 | 1/6/21 |
| Summers, Matthew | 3799 | [signature] #3799 | 1/6/21 |
| Tanguma, Caesar | 5937 | [signature] #5937 | 1/13/21 |
| Tjahjadi, Kevin | 5540 | [signature] 5540 | 1/6/21 |
| Torres, Marcos | 5320 | [signature] #5320 | 1/6/2021 |
| Vanderpool, Jason | 3626 | [signature] 362~ | 1/12/2021 |
| Wenger, Devon | 5898 | D. Wenger 5898 | 1/6/2021 |
| Whitaker, William | 6155 | [signature] #6155 | 01/06/2021 |
| Wisecarver, James Jr. | 2363 | [signature] 2363 | 1/6/21 |
| DONLEAVY, JOE | 6011 | [signature] | 1/13/21 |

Class Length _____ (Hours)   Total Man Hours _____
(Revised: 1/6/21)