# EXHIBIT 14



# Antioch Police Department
# Less Lethal 40 MM Launcher Written Test

Name: Devon Wenger            Graded by: KATHAIN
Date: 1/29/20                 Score: 10/10

1. Non-Lethal and Less-Lethal are the same thing.

    True
    
    (False)

2. What is the recommended minimum safe range and maximum safe range for the 40MM Direct Impact round (Blue Tip)?

    a) There is no minimum or maximum safe range distance.
    (b) Five (5) feet minimum and 120 feet maximum.
    c) 10 yards minimum and 50 yards maximum.
    d) Three (3) feet minimum and 60 feet maximum.

3. Less Lethal munitions are recommended for subduing out-of-control children.

    True
    
    (False)

4. The command prior to deploying (when applicable) a munition and after deployment is _____.

    a) "Get some!"
    (b) "Less lethal, Less lethal."
    c) "Fire in the hole."
    d) "Shots fired!"

5. Which of the following can the 40MM launcher (deployment of munitions) be used for:

    a) Mentally challenged subjects/" Suicide by Cop."
    b) Animal Control.
    c) Non-compliant subjects who pose a reasonable threat.
    d) Riot/Crowd Control.
    (e) All of the above.

6. Per APD Policy 302.9.1, Officers SHALL use this 40MM launcher ("Approved munition") prior to/In lieu of utilizing other force options.

    **(True)**

    False

7. Before discharging the 40MM munition, officers must consider such factors as:
    a) Distance and Angle to the target.
    b) Type and thickness of subject's clothing.
    c) The subject's proximity to others.
    d) The location of the subject.
    e) Whether the subject's actions dictate the need for an immediate response and the use of control devices appears appropriate.
    **(f) All of the above.**

8. The 40MM Direct Impact Round is a _____.
    a) "Kentucky Windage," type of shot.
    **(b) "Point-of-aim, Point-of-impact," direct fire round.**
    c) "Black powder," munition.
    d) "CS Chemical agent," munition.

9. A verbal warning of the intended use of the device (40MM munition) should precede its application, unless _____.
    a) The subject is a two-strike felon.
    b) The subject failed to register on time for PC 290
    c) The subject is high on methamphetamine
    **(d) It would otherwise endanger the safety of officers or when it is not practicable due to the circumstances.**

10. The 40MM launcher is a Less Lethal device, therefore its use does not need to be documented in a police report nor do you have to report its use to a supervisor.

    True

    **(False)**

US-ANT-000814

EX 014-002

# ANTIOCH POLICE DEPARTMENT

*Tammany Brooks III, Chief of Police*



# 40 MM TRAINING AND QUALIFICATION - APD

## 1. APD POLICIES

Students will be briefed and updated on APD Polices and Procedures regarding the proper use and deployment of the 40MM Launcher.

### A. APD Policies
   i. Policy 300 – Use of Force
   ii. Policy 302 – Control Techniques
   iii. Policy 302.9 –
   iv. Policy 302.9.1

## 2. 40 MM APPLICATION AND USE

Students will be briefed and updated on proper application of the launcher, in high and low stress situations.

## 3. NOMENCLATURE AND MUNITION(S)

Students will be briefed and updated on the nomenclature of the Penn Arms launcher and the munitions used, specifically Defense Technology, focusing on distance, standoff and kinetic force.

## 4. RECOMMENDED TARGET AREAS

Students will be briefed and updated on the recommended target areas when deploying munitions.

# ANTIOCH POLICE DEPARTMENT

*Tammany Brooks III, Chief of Police*



## 5. ANNOUNCEMENTS AND DOCUMENTATION

Students will be briefed and updated on announcements and appropriate documentation after deploying less lethal munition(s).

## 6. WRITTEN TEST AND QUALIFICATION

Students will take a pass/fail written examination and participate in a pass/fail qualification course of the launcher.