# EXHIBIT 20



| POST PROFILE NAME: | | CALIFORNIA COMMISSION ON POST |
|---|---|---|
| WENGER, DEVON CHRISTOPHER | | Certification Status: **Temporary Suspension** |

AKA: N/A

DATE: 10/22/2024

### PERSONAL IDENTIFICATION

| POST I.D. | Agency | Birth Date | Gender | Race/Ethnicity |
|---|---|---|---|---|
| C60-V45 | | ███ | ███ | ███ |

### CERTIFICATES AWARDED

| Cert No. | Type | Awarded | Education | T | T+ | Comments |
|---|---|---|---|---|---|---|
| 190359 | B | 03/21/2018 | | 40.00 | 0.00 | Invalid |

Total Number of Certificates: 1

### EMPLOYMENT

| Hired From | To | R* | Rank | Rank Date | Agency | Agency Name | F/P | P/U | Seas |
|---|---|---|---|---|---|---|---|---|---|
| 03/21/2017 | 07/27/2018 | 1 | DPTY | 03/21/2017 | 49000 | SONOMA CO SHERIFF'S OFFICE | F | P | |
| 07/30/2018 | 06/06/2023 | 1 | PO | 07/30/2018 | 07010 | ANTIOCH PD | F | P | |

*Reason for Separation: 1 = Resigned

### POST CERTIFIED TRAINING

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/09/2016 | A | 2980-00100-16-001 | 800 | | Y | 60020 | SCJCTC | | BASIC COURSE-INTENSIVE |
| 04/01/2017 | K | 5380-21155-16-026 | 18 | | Y | 49000 | SONOMA SO | * | DRIVER TRAINING (EVOC) UPDATE |
| 04/19/2017 | K | 5380-29506-16-016 | 8 | | Y | 49000 | SONOMA SO | * | ARSTCTL/FIREARM(PSP) |
| 05/10/2017 | K | 5380-21798-16-001 | 8 | X | Y | 49000 | SONOMA SO | | FIRST AID/CPR UPDATE |
| 05/10/2017 | K | 5380-29000-16-260 | 2 | X | Y | 49000 | SONOMA SO | | BIAS BASED POLICING: REMAINING FAIR & IMPARTIAL |
| 05/16/2017 | K | 9180-25560-16-320 | 1 | X | Y | 49000 | POST | | OFFICER SAFETY: HOT OR NOT (WEB) |
| 05/16/2017 | K | 9180-25577-16-320 | 2 | X | Y | 49000 | POST | | OFFICER SAFETY: MAKE THE RIGHT CHOICE (WEB) |
| 05/16/2017 | K | 9180-25585-16-320 | 2 | X | Y | 49000 | POST | * | TACTICAL COMMUNICATION (WEB) |
| 09/22/2017 | K | 5380-32075-17-001 | 19 | X | Y | 49000 | SONOMA SO | | FIREARMS/TACTICAL RIFLE |
| 01/22/2018 | K | 9180-25585-17-206 | 2 | X | Y | 49000 | POST | * | TACTICAL COMMUNICATION (WEB) |
| 04/19/2018 | K | 5380-32343-17-001 | 2 | X | Y | 49000 | SONOMA SO | | DOMESTIC VIOLENCE UPDATE |
| 04/26/2018 | K | 5380-20801-17-001 | 32 | X | Y | 49000 | SONOMA SO | * | CRISIS INTERVENTION |
| 07/31/2018 | K | 2690-29503-18-001 | 5 | X | Y | 07010 | APD | * | ARSTCTL(PSP) |
| 08/01/2018 | K | 2690-23215-18-002 | 4 | X | Y | 07010 | APD | | GANG AWARENESS UPDATE |
| 08/05/2018 | K | 9180-25586-18-036 | 8 | X | Y | 07010 | POST | | FIRST AID/CPR/AED (WEB) |
| 04/10/2019 | K | 2690-29503-18-008 | 5 | X | Y | 07010 | APD | * | ARSTCTL(PSP) |
| 05/08/2019 | K | 2690-29501-18-008 | 4 | X | Y | 07010 | APD | * | FIREARM(PSP) |
| 11/06/2019 | K | 9180-25586-19-129 | 8 | X | Y | 07010 | POST | | FIRST AID/CPR/AED (WEB) |
| 11/06/2019 | K | 2690-30780-19-001 | 8 | X | Y | 07010 | APD | | COURT & TEMPORARY HOLDING FACL |
| 01/09/2020 | K | 8790-21185-19-003 | 8 | | Y | 07010 | CNOA | | USE OF FORCE UPDATE |
| 02/12/2020 | K | 2690-29504-19-005 | 2 | | Y | 07010 | APD | * | TACCOM(PSP) |
| 02/26/2020 | K | 2690-29504-19-004 | 2 | | Y | 07010 | APD | * | TACCOM(PSP) |
| 03/08/2020 | K | 2690-29000-19-264 | 2 | X | Y | 07010 | APD | | HOMELESSNESS AND POLICING: A COLLABORATIVE APPROAC |
| 03/11/2020 | K | 2690-23215-19-004 | 4 | | Y | 07010 | APD | | GANG AWARENESS UPDATE |
| 05/15/2020 | K | 2690-29000-19-278 | 2 | X | Y | 07010 | APD | | HATE CRIMES: IDENTIFICATION AND INVESTIGATION |
| 06/03/2020 | K | 2690-29503-19-006 | 6 | | Y | 07010 | APD | * | ARSTCTL(PSP) |
| 06/03/2020 | K | 2690-33888-19-003 | 2 | | Y | 07010 | APD | | AB 392 USE OF FORCE UPDATE |
| 07/29/2020 | K | 2690-29000-20-255 | 2 | X | Y | 07010 | APD | | MENTAL HEALTH UPDATE |
| 07/29/2020 | K | 2690-29000-20-288 | 2 | X | Y | 07010 | APD | | BIAS AND RACIAL PROFILING |
| 08/05/2020 | K | 2690-29502-20-001 | 4 | | Y | 07010 | APD | * | DRIVING(PSP) |

**CALIFORNIA DEPARTMENT OF JUSTICE · COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING**
860 STILLWATER ROAD, SUITE 100 · WEST SACRAMENTO, CA 95605-1630 · 916 227-3891 · FAX 916 227-3895 · WWW.POST.CA.GOV

US-UOF-006037

EX 020-001



**POST PROFILE NAME:**

# WENGER, DEVON CHRISTOPHER

**CALIFORNIA COMMISSION ON POST**
**Certification Status:** Temporary Suspension

**AKA:** N/A

**DATE:** 10/22/2024

Page 2 of 2

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 08/12/2020 | K | 3240-49110-20-001 | 8 | X | Y | 07010 | CHABOT C | | CONFLICT RESOLUTION AND DE-ESCALATION (IGP) |
| 08/26/2020 | K | 2690-29000-20-289 | 2 | X | Y | 07010 | APD | | DE-ESCALATION |
| 04/14/2021 | K | 2690-29503-20-005 | 5 | | Y | 07010 | APD | * | ARSTCTL(PSP) |
| 05/05/2021 | K | 2690-29501-20-001 | 4 | | Y | 07010 | APD | * | FIREARM(PSP) |
| 05/14/2021 | K | 2540-32112-20-001 | 40 | | Y | 07010 | SOBAYRTC | | FIREARMS/TACTICAL RIFLE INSTR. |
| 07/07/2021 | K | 2690-29000-21-288 | 2 | X | Y | 07010 | APD | | BIAS AND RACIAL PROFILING |
| 07/07/2021 | K | 2690-29540-21-002 | 2 | | Y | 07010 | APD | * | STRATEGIC COMMUNICATIONS (PSP) |
| 08/13/2021 | K | 2540-21640-21-002 | 80 | R | Y | 07010 | SOBAYRTC | * | FIREARMS INSTRUCTOR |
| 10/22/2021 | K | 2540-21705-21-001 | 40 | R | Y | 07010 | SOBAYRTC | | ACADEMY INSTRUCTOR CERTIFICATION COURSE (AICC) |

*Meets Perishable Skills

**FOOTNOTES**
NO FOOTNOTE ON FILE.

**PLEASE REFER TO THE ENCLOSED EXPLANATION SHEET FOR ADDITIONAL INFORMATION.**

# COMMISSION ON POST – PROFILE REPORT

The Profile Report contains confidential information.

**EXPLANATION SHEET**

## PERSONAL IDENTIFICATION: Subject's personal information as indicated in POST database (EDI system)

| Field | Description |
|---|---|
| POST ID: | Unique identification number assigned to subject by POST. |
| Agency: | Indicates the agency (or one of the agencies) where subject is currently employed. An "*" indicates that the subject is employed in more than one position within the same agency. |
| Birth Date/Gender: | Self-explanatory. |
| Race/Ethnicity: | A = Asian   B = African American (Black)   N = Native American   S = Spanish/Hispanic   W = White   O = Other |

## CERTIFICATES AWARDED

| Field | Description |
|---|---|
| Cert: | Certificate serial number. |
| Type: | B = Basic   I = Intermediate   A = Advanced   S = Supervisory   M = Management   E = Executive   R = Reserve   D = Public Safety Dispatcher   SX= Specialized X (example: SA = Specialized Advanced) |
| Awarded: | Date certificate was issued. |
| Education: | Educational points or degree used for earning a certificate. |
| T: | Training points used for awarding the certificate. |
| T+: | Additional training points. |
| Comments: | Comments regarding training or institute(s) where subject received education. |
| Total Number of Certificates: | Number of certificates awarded to subject as indicated in POST database. |

## EMPLOYMENT: Subject's employment history as indicated in POST database

| Field | Description |
|---|---|
| Hired From: | Date subject was hired or sworn into the agency. |
| To: | Date subject left agency (if applicable). |
| R*: | Reason for separation as indicated by number in the Report description. |
| Rank / Rank Date: | Indicates rank as translated by POST database and date subject made rank. |
| Agency / Agency Name: | Agency code number and name where subject is currently working or previously worked. |
| F/P: | Time base:   F = Full time   P = Part time |
| P/U: | Wage status:   P = Paid   U = Unpaid |
| Seas: | Provisional or seasonal employment. |

## POST TRAINING: Courses attended or completed as indicated in POST database

| Field | Description |
|---|---|
| Comp Date: | Date course ended. |
| Cat: | General course category (for POST use only). |
| CCN: | Course Control Number. |
| Hrs: | Hours completed in course. |
| Rmb: | Reimbursement indicator:   R = Reimbursed *(before FY 83/84 reimbursable agency not necessarily reimbursed)*   J = Job specific   * = Job specific, SALARY NOT PAID   Blank = None or no data available |
| Cmp: | Completion indicator:   Blank or Y = Course completed   N = Course not completed   ? = Prior to 1979 |
| Agency: | Agency where subject was employed at time of course enrollment. |
| School: | Training institute offering the course. |
| Course Name: | Course name as shown in POST database. |

## NON-CERTIFIED COURSES
This section will only appear if applicable.

## FOOTNOTES
This section reserved for additional information.

Revised 11/2014

US-UOF-006039

EX 020-003