# EXHIBIT 21
# PGS 9-15

**RECEIVED JUN 22 2020 HUMAN RESOURCES**

# CITY OF ANTIOCH
# PERSONNEL ACTION FORM



**EMPLOYEE ID:** E5898

## I

| NAME | TITLE | DEPARTMENT | EFFECTIVE DATE |
|---|---|---|---|
| (Last, First) Wenger, Devon | Police Officer | Police | 04/30/20 |

**Service Status:** ☒ F/T  ☐ P/T  ☒ Regular  ☐ Probationary  ☐ Hourly  ☐ Seasonal  ☐ At-Will Management  ☐ Elected

## II — APPOINTMENT

| Title | Salary | Step | Charge Account |
|---|---|---|---|
|  |  |  |  |

| Bargaining Unit | CalPERS Appt. ID | CalPERS ID | Sr. Officer Date | FLSA | |
|---|---|---|---|---|---|
|  |  |  |  | ☐ Exempt  ☐ Non-Exempt | ☐ PERS  ☐ PARS  Classic PERS Member: ☐ Y ☐ N  SDI: ☐ Y ☐ N |

## III — CHANGE IN SALARY/STATUS

| | FROM | TO |
|---|---|---|
| Title | | |
| Department | | |
| Wage/Salary | | |
| Salary Step | | |
| Incentive Pay | | |
| Home Charge Account | | |
| Reason for Change | | |

## IV — LEAVE OF ABSENCE

☐ FMLA/CFRA  ☐ Medical  ☐ Military  ☐ PDL  ☐ Personal  ☐ Workers' Compensation

First Day of Absence:  Expected Return Date:  Paid: ☐ Y ☐ N

## V — SEPARATION OF EMPLOYMENT

☐ Resignation  ☐ Retirement  ☐ Dismissal  ☐ Deceased  ☐ Layoff  ☐ End of Temporary Assignment

Last Day Worked:  Eligible for Rehire: (Optional) ☐ Y ☐ N  Insurance Termination Dates: Health ___ All Others ___  ☐ N/A

☐ Pay all eligible accrued and unused balances on the final paycheck (i.e., vacation, floating holiday, compensatory time, administrative leave, and sick leave).

## VI — REMARKS

Completion of extended probationary period.

---

| Nikki Ausk | 06/16/20 | ☒ Approved  ☐ Denied  Brooks 2502  6-22-2020 |
|---|---|---|
| Prepared By | Date | Department Head Signature / Date |

| Reviewed: Nicha Mosby | 6/22/2020 | ☒ Approved  ☐ Denied  [signature]  6/22/2020 |
|---|---|---|
| Human Resources Signature | Date | City Manager Signature / Date |

DISTRIBUTION:  HR (Original) • Payroll • Department • Employee

REV. 08/12/13

DCW-APD-001208

EX 021-009



# CITY OF ANTIOCH
# PERSONNEL ACTION FORM

RECEIVED JUN 22 2020 HUMAN RESOURCES

**EMPLOYEE ID:** E5898

## I. NAME / TITLE / DEPARTMENT / EFFECTIVE DATE

| NAME (Last, First) | TITLE | DEPARTMENT | EFFECTIVE DATE |
|---|---|---|---|
| Wenger, Devon | Police Officer | Police | 01/30/20 |

**Service Status:** ☒ F/T ☐ P/T ☐ Regular ☒ Probationary ☐ Hourly ☐ Seasonal ☐ At-Will Management ☐ Elected

## II. APPOINTMENT

| Title | Salary | Step | Charge Account |
|---|---|---|---|
| | | | |

| Bargaining Unit | CalPERS Appt. ID | CalPERS ID | Sr. Officer Date | FLSA | PERS / PARS |
|---|---|---|---|---|---|
| | | | | ☐ Exempt ☐ Non-Exempt | ☐ PERS ☐ PARS — Classic PERS Member: ☐ Y ☐ N — SDI: ☐ Y ☐ N |

## III. CHANGE IN SALARY/STATUS

| | FROM | TO |
|---|---|---|
| Title | | |
| Department | | |
| Wage/Salary | ~~$8,273~~ $8,687 | ~~$8,687~~ $9,121 |
| Salary Step | ~~A~~ B | ~~B~~ C |
| Incentive Pay | | |
| Home Charge Account | | |
| Reason for Change | Merit Increase | |

## IV. LEAVE OF ABSENCE

☐ FMLA/CFRA ☐ Medical ☐ Military ☐ PDL ☐ Personal ☐ Workers' Compensation

First Day of Absence:    Expected Return Date:    Paid: ☐ Y ☐ N

## V. SEPARATION OF EMPLOYMENT

☐ Resignation ☐ Retirement ☐ Dismissal ☐ Deceased ☐ Layoff ☐ End of Temporary Assignment

Last Day Worked:    Eligible for Rehire: (Optional) ☐ Y ☐ N    Insurance Termination Dates: Health / All Others    ☐ N/A

☐ Pay all eligible accrued and unused balances on the final paycheck (i.e., vacation, floating holiday, compensatory time, administrative leave, and sick leave).

## VI. REMARKS

Eligible for advancement to the next step.

---

| Prepared By: Nikki Ausk | Date: 06/16/20 | ☒ Approved ☐ Denied — Department Head Signature: Brooks | Date: 6-22-2020 |
|---|---|---|---|
| Reviewed: Human Resources Signature | Date: 6/22/2020 | ☒ Approved ☐ Denied — City Manager Signature | Date: 6/23/2020 |

DISTRIBUTION: HR (Original) • Payroll • Department • Employee    REV. 08/12/13

DCW-APD-001209

EX 021-010

# CITY OF ANTIOCH
# PERSONNEL ACTION FORM



NOV 06 2019

**EMPLOYEE ID:** E5898

## I
| NAME (Last, First) | TITLE | DEPARTMENT | EFFECTIVE DATE |
|---|---|---|---|
| Wenger, Devon | Police Officer | Police | 01/30/2020 |

**Service Status:** ☒ F/T  ☐ P/T  ☐ Regular  ☒ Probationary  ☐ Hourly  ☐ Seasonal  ☐ At-Will Management  ☐ Elected

## II APPOINTMENT

| Title | Salary | Step | Charge Account |
|---|---|---|---|
| | | | |

| Bargaining Unit | CalPERS Appt. ID | CalPERS ID | Sr. Officer Date | FLSA | PERS / PARS |
|---|---|---|---|---|---|
| | | | | ☐ Exempt  ☐ Non-Exempt | ☐ PERS  ☐ PARS  Classic PERS Member: ☐ Y ☐ N  SDI: ☐ Y ☐ N |

## III CHANGE IN SALARY/STATUS

| | FROM | TO |
|---|---|---|
| Title | | |
| Department | | |
| Wage/Salary | | |
| Salary Step | | |
| Incentive Pay | | |
| Home Charge Account | | |
| Reason for Change | | |

## IV LEAVE OF ABSENCE

☐ FMLA/CFRA  ☐ Medical  ☐ Military  ☐ PDL  ☐ Personal  ☐ Workers' Compensation

First Day of Absence:  Expected Return Date:  Paid: ☐ Y ☐ N

## V SEPARATION OF EMPLOYMENT

☐ Resignation  ☐ Retirement  ☐ Dismissal  ☐ Deceased  ☐ Layoff  ☐ End of Temporary Assignment

Last Day Worked:  Eligible for Rehire: (Optional) ☐ Y ☐ N  Insurance Termination Dates: Health ___ All Others ___ ☐ N/A

☐ Pay all *eligible* accrued and unused balances on the final paycheck (i.e., vacation, floating holiday, compensatory time, administrative leave, and sick leave).

## VI REMARKS

Probationary period extended for three months to 04/30/2020.

---

| Ana Cortez | 11/04/19 | ☒ Approved ☐ Denied  Brooks 2202 | 11-5-19 |
|---|---|---|---|
| **Prepared By** | **Date** | **Department Head Signature** | **Date** |
| Reviewed: *[signature]* | 11/8/19 | ☒ Approved ☐ Denied *[signature] for Ron Bernal* | 11/8/19 |
| **Human Resources Signature** | **Date** | **City Manager Signature** | **Date** |

DISTRIBUTION:  HR (Original)  •  Payroll  •  Department  •  Employee

REV. 08/12/13

DCW-APD-001210

EX 021-011

# CITY OF ANTIOCH
# PERSONNEL ACTION FORM

NOV 06 2019

**EMPLOYEE ID**
E5898

## I
| NAME | TITLE | DEPARTMENT | EFFECTIVE DATE |
|---|---|---|---|
| (Last, First) Wenger, Devon | Police Officer | Police | 01/30/2020 |

Service Status: ☒ F/T  ☐ P/T  ☒ Regular  ☐ Probationary  ☐ Hourly  ☐ Seasonal  ☐ At-Will Management  ☐ Elected

## II APPOINTMENT

| Title | Salary | Step | Charge Account |
|---|---|---|---|
| | | | |

| Bargaining Unit | CalPERS Appt. ID | CalPERS ID | Sr. Officer Date | FLSA ☐ Exempt ☐ Non-Exempt | ☐ PERS ☐ PARS Classic PERS Member: ☐ Y ☐ N SDI: ☐ Y ☐ N |

## III CHANGE IN SALARY/STATUS

| | FROM | TO |
|---|---|---|
| Title | | |
| Department | | |
| Wage/Salary | | |
| Salary Step | | |
| Incentive Pay | | |
| Home Charge Account | | |
| Reason for Change | | |

## IV LEAVE OF ABSENCE

☐ FMLA/CFRA  ☐ Medical  ☐ Military  ☐ PDL  ☐ Personal  ☐ Workers' Compensation

First Day of Absence: _____  Expected Return Date: _____  Paid: ☐ Y ☐ N

## V SEPARATION OF EMPLOYMENT

☐ Resignation  ☐ Retirement  ☐ Dismissal  ☐ Deceased  ☐ Layoff  ☐ End of Temporary Assignment

Last Day Worked: _____  Eligible for Rehire: (Optional) ☐ Y ☐ N  Insurance Termination Dates: Health _____ All Others _____ ☐ N/A

☐ Pay all _eligible_ accrued and unused balances on the final paycheck (i.e., vacation, floating holiday, compensatory time, administrative leave, and sick leave).

## VI REMARKS

**End of Probation.**

---

☐ Approved  ☒ Denied

| Ana Cortez | 11/04/19 | Brooks 2502 | 11-5-19 |
|---|---|---|---|
| Prepared By | Date | Department Head Signature | Date |

Reviewed:

☒ Approved  ☐ Denied

| [signature] | 11/8/19 | Nicka Mosby for Ron Bernal | 11/8/19 |
|---|---|---|---|
| Human Resources Signature | Date | City Manager Signature | Date |

DISTRIBUTION: HR (Original) • Payroll • Department • Employee

REV. 08/12/13

DCW-APD-001211

EX 021-012

# CITY OF ANTIOCH
# PERSONNEL ACTION FORM

RECEIVED FEB 22 2019 HUMAN RESOURCES

**EMPLOYEE ID:** E5898

## I

| NAME | TITLE | DEPARTMENT | EFFECTIVE DATE |
|---|---|---|---|
| (Last, First) Wenger, Devon | Police Officer | Police | 01/30/19 |

Service Status: ☒ F/T ☐ P/T ☐ Regular ☒ Probationary ☐ Hourly ☐ Seasonal ☐ At-Will Management ☐ Elected

## II — APPOINTMENT

| Title | Salary | Step | Charge Account |
|---|---|---|---|
|  |  |  |  |

| Bargaining Unit | CalPERS Appt. ID | CalPERS ID | Sr. Officer Date | FLSA ☐ Exempt ☐ Non-Exempt | ☐ PERS ☐ PARS  Classic PERS Member: ☐ Y ☐ N  SDI: ☐ Y ☐ N |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## III — CHANGE IN SALARY/STATUS

|  | FROM | TO |
|---|---|---|
| Title |  |  |
| Department |  |  |
| Wage/Salary | $8,071 | $8,475 |
| Salary Step | A | B |
| Incentive Pay |  |  |
| Home Charge Account |  |  |
| Reason for Change | Merit Increase |  |

## IV — LEAVE OF ABSENCE

☐ FMLA/CFRA ☐ Medical ☐ Military ☐ PDL ☐ Personal ☐ Workers' Compensation

First Day of Absence: ___ Expected Return Date: ___ Paid: ☐ Y ☐ N

## V — SEPARATION OF EMPLOYMENT

☐ Resignation ☐ Retirement ☐ Dismissal ☐ Deceased ☐ Layoff ☐ End of Temporary Assignment

Last Day Worked: ___ Eligible for Rehire: (Optional) ☐ Y ☐ N Insurance Termination Dates: Health ___ All Others ___ ☐ N/A

☐ Pay all underlined accrued and unused balances on the final paycheck (i.e., vacation, floating holiday, compensatory time, administrative leave, and sick leave).

## VI — REMARKS

Eligible for advancement to the next step.

| Prepared By: Nikki Ausk | Date: 01/15/19 | ☒ Approved ☐ Denied  Department Head Signature: Brooks 2502 | Date: 2-20-19 |
|---|---|---|---|
| Reviewed: Human Resources Signature | Date: 2/20/19 | ☒ Approved ☐ Denied  City Manager Signature | Date: 2/27/19 |

DISTRIBUTION: HR (Original) • Payroll • Department • Employee

REV. 08/12/13

DCW-APD-001212

EX 021-013

# CITY OF ANTIOCH
# PERSONNEL ACTION FORM

## EMPLOYEE

| ID# | LAST | FIRS | DEPARTMEN |
|---|---|---|---|
| E5898 | WENGER | DEVON | POLICE |

**POSITION:**

POLICE OFFICER

## ACTION

**ACTION:** Salary Change    **REASON:** See Below

## SALARY

| FROM | | | TO | | | |
|---|---|---|---|---|---|---|
| SALARY | TOP STEP | STEP | SALARY | TOP STEP | STEP | EFFECTIVE DATE |
| 8,475 | 9,811 | B | 8,687 | 10,056 | B | 09/01/2019 |

## REMARKS

2.5% SALARY ADJUSTMENT IN ACCORDANCE WITH THE APOA MOU DATED 9/1/2016 – 8/31/2021, USING THE EXISTING FOUR-CITY FORMULA. (EFFECTIVE 9/1/2019)

THIS ACTION FORM SHOWS THE CHANGE TO YOUR BASE SALARY ONLY.
ANY ADDITIONAL PAYS YOU ARE CURRENTLY RECEIVING (i.e. Certificate Pay) WILL CONTINUE

## APPROVAL

[ X ] Reviewed                                [ X ] Approved

Nickie Mastay    09/16/2019           Ron Bernal       09/16/2019
Administrative Services Director   Date     City Manager     Date

**DISTRIBUTION:** Human Resources (Original)    Payroll    Department    Employee

DCW-APD-001213

EX 021-014

# CITY OF ANTIOCH
# PERSONNEL ACTION FORM

**EMPLOYEE ID:** E5898

## I

| NAME | TITLE | DEPARTMENT | EFFECTIVE DATE |
|---|---|---|---|
| (Last, First) Wenger, Devon | Police Officer | Police | 07/30/2018 |

**Service Status:** ☒ F/T ☐ P/T ☐ Regular ☒ Probationary ☐ Hourly ☐ Seasonal ☐ At-Will Management ☐ Elected

## II APPOINTMENT

| Title | Salary | Step | Charge Account |
|---|---|---|---|
| Police Officer | $7,875 | A | 100-3150-61010 |

| Bargaining Unit | CalPERS Appt. ID | CalPERS ID | Sr. Officer Date | FLSA | PERS/PARS |
|---|---|---|---|---|---|
| APOA | 92663705 | 1726475479 | 3/21/2017 | ☐ Exempt ☒ Non-Exempt | ☒ PERS ☐ PARS / Classic PERS Member: ☐ Y ☒ N / SDI: ☐ Y ☒ N |

## III CHANGE IN SALARY/STATUS

| | FROM | TO |
|---|---|---|
| Title | | |
| Department | | |
| Wage/Salary | | |
| Salary Step | | |
| Incentive Pay | | |
| Home Charge Account | | |
| Reason for Change | | |

## IV LEAVE OF ABSENCE

☐ FMLA/CFRA ☐ Medical ☐ Military ☐ PDL ☐ Personal ☐ Workers' Compensation

First Day of Absence: ___ Expected Return Date: ___ Paid: ☐ Y ☐ N

## V SEPARATION OF EMPLOYMENT

☐ Resignation ☐ Retirement ☐ Dismissal ☐ Deceased ☐ Layoff ☐ End of Temporary Assignment

Last Day Worked: ___ Eligible for Rehire: (Optional) ☐ Y ☐ N Insurance Termination Dates: Health ___ All Others ___ ☐ N/A

☐ Pay all <u>eligible</u> accrued and unused balances on the final paycheck (i.e., vacation, floating holiday, compensatory time, administrative leave, and sick leave).

## VI REMARKS

Lateral Police Officer Hired 7/30/2018. Employee subject to an 18-month probationary period.

Employee does not meet requirements for the bonus/incentives as outlined in the Recruitment Signing Bonus/Incentive for Lateral Police Officers. (Resolution No. 2017/131)

---

Prepared By: Morgan Himes — Date: 07/31/2018

Reviewed: Human Resources Signature — Date: 8/1/18

☒ Approved ☐ Denied — Department Head Signature — Date: 8-1-18

☒ Approved ☐ Denied — City Manager Signature — Date: 8/3/18

DISTRIBUTION: HR (Original) • Payroll • Department • Employee    REV. 08/12/13

DCW-APD-001214

EX 021-015