# EXHIBIT 31

