# EXHIBIT 32



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
23-cr-00269-JSW-3
Exhibit No 32
Admitted: 9/15/2025
Nicole Hall
Nicole Hall, Deputy Clerk