1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALETHEA M. SARGENT (CABN 288222)
   ALEXANDRA SHEPARD (CABN 205143)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      Alethea.Sargent@usdoj.gov
       Alexandra.Shepard@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00269 JSW-3 |
| Plaintiff, | |
| v. | MANUAL FILING NOTIFICATION |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

MANUAL FILING NOTIFICATION

Regarding:   EXHIBITS 302, 511, 512, 513, 515, 657, and 669 to the JOINT CERTIFICATION OF ADMITTED TRIAL EXHIBITS

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons(s):

| | | |
|---|---|---|
| 1 | ___ Voluminous Document (PDF file size larger than e-filing system allowances) | |
| 2 | ___ Unable to Scan Documents | |
| 3 | ___ Physical Object (description) | |
| 4 | _X_ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media | |
| 5 | ___ Item Under Seal | |
| 6 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53). | |
| 7 | ___ Other (description) | |

DATED: September 29, 2025

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

_____/s/_____
ALEXANDRA SHEPARD
Assistant United States Attorney