# EXHIBIT 651
# PGS 1-15 & 23

| Combined Case Report<br>Antioch Police Department<br>CA0070100 - 300 L Street (925)779-6900 ||||| CASE NO: | 19009655 |
|---|---|---|---|---|---|---|
| ||||| EVENT NO: | 19077793 |
| Classification: | PC 245(C) (ADW NOT F/ARM:PO/FIRE:GBI) - FELONY |||||||
| Officer ID: | WENGER #5898 |||||||
| Location Name: | RITE AID DEER VALLEY ||| Occurred | Date | Time | Day |
| Location: | 3353 DEER VALLEY RD ANTIOCH ||| On/From | 10/20/2019 | 16:31 | Sun |
| XStreet: | HILLCREST AV ||| To | 10/20/2019 | 20:53 | Sun |
| 2nd XStreet: | | | Beat: 6 | Received | 10/20/2019 | 16:31 | Sun |

Printed 04/30/2020 11:03     Data911 - Version 8.17.9929     Page 1 of 37

# Combined Case Report
## Antioch Police Department
CA0070100 - 300 L Street (925)779-6900

| | |
|---|---|
| CASE NO: | 19009655 |
| EVENT NO: | 19077793 |

REPORT - 1 Primary Case Report

Officer ID: WENGER #5898
Supervisor: HARGER #3305

**ARR   ARRESTED**          **YOUNG, CHINA NICOLE**

| | | | | | |
|---|---|---|---|---|---|
| Race: Black | Sex: F | DOB: [redacted]/2000 | Age: 19 | | Type: PERSON |
| Height: 502 | Weight: 117 | Hair: Black | Eyes: Brown | | |

### ADDRESS INFORMATION

| | |
|---|---|
| Address Type: PERSONAL/HOME | Phone: [redacted]-6721 / [redacted]-6271 |
| Address: [redacted] ANTIOCH CA 94531 | Time at Address: |
| Comments: EMAIL: [redacted]@ICLOUD.COM | |

| | | | |
|---|---|---|---|
| School: | | Grade #: | Occupation: |
| Employer: | | How long: | Work Hrs: |
| Language: ENGLISH | | Clothing: | |
| Crime Type: | | | |
| Suspect Status: | | | |
| Additional Info: | | | |
| Comments: | | | |

### IDENTIFICATION NUMBERS

| Identification: | Issued By: | ID No: |
|---|---|---|
| CDL | STATE OF CALIFORNIA | [redacted]4116 |

### ASSOCIATES

| Relationship: | Name: |
|---|---|
| SIBLING | YOUNG, CLAUDJANAE TASOSHA |

### ARREST INFORMATION

| | | | |
|---|---|---|---|
| Arrest Number: 1902921 | Arrest Date: 10/20/2019 17:48 | | |
| Location: 3353 DEER VALLEY RD ANTIOCH | | | |
| Arrest Officer: WENGER #5898 | | Booked By: | WENGER #5898 |
| Arrest Lvl: FELONY | | Book Date: | 10/20/2019 19:43 |
| Transport Officer: | | Booking No. | 261902921 |
| XStreet: HILLCREST AV | | Cite No.: | |
| Blood Alcohol: | | Appear Court: | |
| Attitude: | | Test Perfomance: | Book |
| Dispo: FELONY - MDF | | | |

### CHARGE INFORMATION

| | |
|---|---|
| Charge: | PC 212.5 (ROBBERY) - FELONY |
| Counts: 1 | Bail:          Warrant No: |
| Description: | ROBBERY |
| Charge: | PC 245(C) (ADW NOT F/ARM:PO/FIRE:GBI) - FELONY |
| Counts: 1 | Bail: 75000    Warrant No: |
| Description: | ADW NOT F/ARM:PO/FIRE:GBI |
| Charge: | PC 182(A)(1) (CONSPIRACY:COMMIT CRIME) - FELONY |
| Counts: 1 | Bail:          Warrant No: |
| Description: | CONSPIRACY:COMMIT CRIME |

Printed 04/30/2020 11:03      Data911 - Version 8.17.9929      Page 2 of 37

| Combined Case Report<br>Antioch Police Department<br>CA0070100 - 300 L Street (925)779-6900 | | CASE NO: | 19009655 |
|---|---|---|---|
| | | EVENT NO: | 19077793 |

| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898 |
|---|---|
| | Supervisor: HARGER #3305 |

YOUNG, CHINA NICOLE    (Cont'd)

### PROBABLE CAUSE DECLARATION

| Declarant Officer: | | PCD Date: | 10/22/2019 17:48 |
|---|---|---|---|
| Facts: | | | |
| PCD Inds: | | | |

### PROSECUTION LIAISON INFORMATION

| DA Date: | 04/30/2020 09:27 | DA No.: | |
|---|---|---|---|
| DA Name: | KNOXX | | |
| Charges Reqst'd | PC 212.5, PC 69, PC 245(C) | Charges Filed: | |
| Lvl Requested: | F | Lvl Filed: | |
| | | Status: | FEL FILE |
| Court Date: | | Court No.: | |
| Comments: | 4/30/2020 9:28:34 AM: RAP/ R1-7/ Thumbdrives/ Copy of APD 20-1010, 20-2037/ 6137 | | |
| Detective ID: | SMITH #5376 | Det Assignment: | |
| | | NCF Code: | |
| Inv Unit: | | Strike No: | |

### ARR  ARRESTED — YOUNG, CLAUDJANAE TASOSHA

| Race: Black | Sex: F | DOB: ▓/1998 | Age: 20 | Type: PERSON |
|---|---|---|---|---|
| Height: 505 | Weight: 220 | Hair: Black | Eyes: Brown | |

### ADDRESS INFORMATION

| Address Type: | PERSONAL/HOME | Phone: ▓-6928 | |
|---|---|---|---|
| Address: | ▓ ANTIOCH CA 94531 | | Time at Address: |
| Comments: | EMAIL ▓@ICLOUD.COM | | |

| School: | | Grade #: | Occupation: |
|---|---|---|---|
| Employer: | | How long: | Work Hrs: |
| Language: | | Clothing: | |
| Crime Type: | | | |
| Suspect Status: | | | |
| Additional Info: | | | |
| Comments: | | | |

### IDENTIFICATION NUMBERS

| Identification: | Issued By: | ID No: |
|---|---|---|
| Drivers License | STATE OF CALIFORNIA | ▓1845 |

### ASSOCIATES

| Relationship: | Name: |
|---|---|
| SIBLING | YOUNG, CHINA NICOLE |

### ARREST INFORMATION

| Arrest Number: | 1902922 | Arrest Date: | 10/20/2019 17:43 |
|---|---|---|---|

| Printed 04/30/2020 11:03 | Data911 - Version 8.17.9929 | Page 3 of 37 |
|---|---|---|

| **Combined Case Report**<br>**Antioch Police Department**<br>CA0070100 - 300 L Street (925)779-6900 | | **CASE NO:** | **19009655** |
|---|---|---|---|
| | | **EVENT NO:** | **19077793** |

| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898 |
|---|---|
| | Supervisor: HARGER #3305 |

YOUNG, CLAUDJANAE TASOSHA (Cont'd) (Cont'd)

### ARREST INFORMATION
| | | | |
|---|---|---|---|
| Location: | 3353 DEER VALLEY RD ANTIOCH | | |
| Arrest Officer: | WENGER #5898 | Booked By: | WENGER #5898 |
| Arrest Lvl: | FELONY | Book Date: | 10/20/2019 20:49 |
| Transport Officer: | | Booking No.: | 261902922 |
| XStreet: | HILLCREST AV | Cite No.: | |
| Blood Alcohol: | | Appear Court: | |
| Attitude: | | Test Perfomance: | Book |
| Dispo: | FELONY - MDF | | |

### CHARGE INFORMATION
Charge: PC 212.5 (ROBBERY) - FELONY
Counts: 1   Bail:    Warrant No:
Description: ROBBERY

Charge: PC 182(A)(1) (CONSPIRACY:COMMIT CRIME) - FELONY
Counts: 1   Bail:    Warrant No:
Description: CONSPIRACY:COMMIT CRIME

Charge: PC 148(A)(1) (OBSTRUCT/ETC PUB OFCR/ETC) - MISDEMEANOR
Counts: 1   Bail:    Warrant No:
Description: OBSTRUCT/ETC PUB OFCR/ETC

### PROBABLE CAUSE DECLARATION
Declarant Officer:    PCD Date: 10/22/2019 17:43
Facts:
PCD Inds:

### PROSECUTION LIAISON INFORMATION
| | | | |
|---|---|---|---|
| DA Date: | | DA No.: | |
| DA Name: | KNOXX | | |
| Charges Reqst'd: | PC 212.5, PC 148(A)(1), PC 591.5 | Charges Filed: | |
| Lvl Requested: | F | Lvl Filed: | |
| | | Status: | FEL FILE |
| Court Date: | | Court No.: | |
| Comments: | 4/30/2020 9:28:34 AM: RAP/ R1-7/ Thumbdrives/ Copy of APD 20-1010, 20-2037/ 6137 | | |
| Detective ID: | SMITH #5376 | Det Assignment: | |
| | | NCF Code: | |
| Inv Unit: | | Strike No: | |

### VIC  VICTIM     MACFARLAND, JEFFERY WAYNE
| Race: White | Sex: M | DOB: ▮▮/1976 | Age: 43 | Type: PERSON |
|---|---|---|---|---|
| Height: 508 | Weight: 190 | Hair: Bald | Eyes: Brown | |

### ADDRESS INFORMATION

# Combined Case Report
# Antioch Police Department
CA0070100 - 300 L Street (925)779-6900

| | |
|---|---|
| CASE NO: | 19009655 |
| EVENT NO: | 19077793 |

**REPORT - 1 Primary Case Report**

Officer ID: WENGER #5898
Supervisor: HARGER #3305

MACFARLAND, JEFFERY WAYNE   (Cont'd)   (Cont'd)

## ADDRESS INFORMATION

| Address Type: | PERSONAL/HOME | Phone: | -1601 | |
|---|---|---|---|---|
| Address: | | ANTIOCH CA 94509 | | Time at Address: |
| Comments: | | | | |
| Address Type: | PERSONAL/HOME | Phone: | -2383 | |
| Address: | | ANTIOCH CA 94509 | | Time at Address: |
| Comments: | | | | |

| | | | |
|---|---|---|---|
| School: | | Grade #: | Occupation: SECURITY |
| Employer: | SPIRIT HALLOWEEN | How long: | Work Hrs: |
| Language: | | Clothing: | |
| Crime Type: | | | |
| Suspect Status: | | | |
| Additional Info: | | | |
| Comments: | | | |

## IDENTIFICATION NUMBERS

| Identification: | Issued By: | ID No: |
|---|---|---|
| Drivers License | STATE OF CALIFORNIA | 0652 |

## ASSOCIATES

| Relationship: | Name: |
|---|---|
| EMPLOYER | SPIRIT HALLOWEEN |

---

**VIC   VICTIM**     **SPIRIT HALLOWEEN,**     Type: BUSINESS

| Race: | Sex: | DOB: | Age: | |
|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | |

## ADDRESS INFORMATION

| Address Type: | BUSINESS | Phone: | / 925-757-3390 | |
|---|---|---|---|---|
| Address: | 3353 DEER VALLEY RD ANTIOCH CA 94509 | | | Time at Address: |
| Comments: | | | | |

| | | | |
|---|---|---|---|
| School: | | Grade #: | Occupation: |
| Employer: | | How long: | Work Hrs: |
| Language: | | Clothing: | |
| Crime Type: | | | |
| Suspect Status: | | | |
| Additional Info: | | | |
| Comments: | | | |

## ASSOCIATES

| Relationship: | Name: |
|---|---|
| EMPLOYEE | MACFARLAND, JEFFERY WAYNE |

---

| Combined Case Report<br>Antioch Police Department<br>CA0070100 - 300 L Street (925)779-6900 | CASE NO: | 19009655 |
|---|---|---|
| | EVENT NO: | 19077793 |

REPORT - 1 Primary Case Report          Officer ID: WENGER #5898
                                        Supervisor: HARGER #3305

**OWN** VEHICLE OR PROPERTY OWNER (registered, buyer, or legal)        YOUNG, CARA ARMONNI

| Race: Black | Sex: F | DOB: | Age: | Type: PERSON |
|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | |

ADDRESS INFORMATION

Address Type: PERSONAL/HOME         Phone:
Address:                             ANTIOCH CA 94531          Time at Address:
Comments: UNKNOWN DOB / 21

School:                  Grade #:        Occupation:
Employer:                How long:       Work Hrs:
Language:                Clothing:
Crime Type:
Suspect Status:
Additional Info:
Comments:

**VEH** Responsible Vehicle                         License: 8LPM079

State: CALIFORNIA     LIC Year: 2020    LIC Type: Passenger car
Color: Black          Year: 2019        Make/Model: NISSAN /
Body: SPORT UTILITY VEHICLES            VIN: 3N1CP5CU8KL525627
Vehicle Type:                            Sticker/Decal:

Other Oddities:                          Modified Paint:
Condition:                               Value: 1500
Legal Owner:                             Officer ID: WENGER #5898
Recovered at:                            Recovered by:
Store at:                                Inv Date: 10/20/2019 16:31
Storage Authority:                       Veh Dispo: Released to Owner
Release Location:                        Location of Keys:
Description:

PARTIES ASSOCIATED WITH THIS VEHICLE

Association:              Full Name:
Driver                    YOUNG, CLAUDJANAE TASOSHA

**PROP** Evidence CELLPHONE                         ITEM#: 1

DCW-000291
EX 651-006

## Combined Case Report
## Antioch Police Department
CA0070100 - 300 L Street (925)779-6900

**CASE NO:** 19009655
**EVENT NO:** 19077793

REPORT - 1 Primary Case Report

Officer ID: WENGER #5898
Supervisor: HARGER #3305

Evidence 1 (Cont'd)

Quantity: 1     Category: Cell Phones/Electronic Equipment
Article: CELLPHONE           Brand: APPLE
Model: IPHONE                Value: 100.00           Color: White
Serial #:           Owner Applied #:                 Size:
Special Marks:
Officer ID: WENGER #5898                             Inv Date: 10/20/2019 23:06
Obliterated Restored:
Obliterated Removal Code:
Obliterated Drill Size:
Comments: CELLPHONE TAKEN AS EVIDENCE FROM ARR

**RELATED PERSONS**
Person: YOUNG, CLAUDJANAE TASOSHA       Relation: OWN

### PROP Evidence PHOTOS                             ITEM#: 2

Quantity: 9     Category: Photos Digital/Film/Polaroids etc
Article: PHOTOS              Brand:
Model:                       Value:                  Color:
Serial #:           Owner Applied #:                 Size:
Special Marks:
Officer ID: WENGER #5898                             Inv Date: 10/22/2019 03:12
Obliterated Restored:
Obliterated Removal Code:
Obliterated Drill Size:
Comments: PHOTOS OF VICTIM.

### PROP Evidence AUDIO                              ITEM#: 3

Quantity: 1     Category: Photos Digital/Film/Polaroids etc
Article: AUDIO               Brand: STATEMENT
Model:                       Value:                  Color:
Serial #:           Owner Applied #:                 Size:
Special Marks:
Officer ID: WENGER #5898                             Inv Date: 10/22/2019 03:12
Obliterated Restored:
Obliterated Removal Code:
Obliterated Drill Size:
Comments: VICTIM STATEMENT.

Total Evidence: $100

DCW-000292
EX 651-007

| **Combined Case Report** | **CASE NO:** | 19009655 |
|---|---|---|
| **Antioch Police Department** | **EVENT NO:** | 19077793 |
| CA0070100 - 300 L Street (925)779-6900 | | |

REPORT - 1 Primary Case Report

Officer ID: WENGER #5898
Supervisor: HARGER #3305

Stolen 1 (Cont'd)

**PROP** Stolen COSTUMES      ITEM#: 1

Quantity: 13  Category: Items/Clothing/Accessories
Article: COSTUMES  Brand: SPIRIT
Model:  Value: 1,300.00  Color:
Serial #:  Owner Applied #:  Size:
Special Marks:
Officer ID: WENGER #5898  Inv Date: 10/20/2019 22:56
Obliterated Restored:
Obliterated Removal Code:
Obliterated Drill Size:
Comments:

RELATED PERSONS
Person:  Relation:
SPIRIT HALLOWEEN  VICTIM

Total Stolen: $1300

**NARRATIVE**

On 10/20/2019 at approx. 1631 HRS, I was conducting patrol duties as callsign Y6, in fully marked APD BDUs and operating a fully marked APD patrol vehicle. I was dispatched to Spirit Halloween Store located at 3353 Deer Valley Road in Antioch to investigate a report of a strong-arm robbery that occurred within 10 minutes of the time of call. APD Dispatch advised me of the following:

"OCRD 10 MINS AGO...RP TRIED TO STOP SUBJS WHO WERE STEALING FROM STORE. THEY ASSAULTED RP AND RUINED HIS PHONE....THERE WERE 8 TO 10 SUBJS WHO LEFT IN 3 DIFF VEHS, A GRY SUV, SMALL BLK SEDAN LIC 8LTM079, AND A WHI VEH. SUBJS WERE MOSTLY BFS WITH SMALL KIDS"

**Initial victim contact and statement:**

Upon arrival, I contacted RP/VIC- Jeffery Macfarland who advised me of the following:

Jeffery was an employee for Spirit Halloween as a security guard. Jeffery had been employed with Spirit Halloween for no more than a few days. There had been multiple thefts in the previous days and his job duties included loss prevention and store security.

Jeffery observed approx. 8-10 black female adults and small children with the adults enter the store. Jeffery was advised by another employee that a short thin black female adult wearing a white top was concealing merchandise.

Jeffery described the accomplice to the thin BFA as a heavy set black female adult with her hair slicked back into a tight bun wearing a black top and black pants. Jeffery described the child as a small statured black male

| Combined Case Report<br>Antioch Police Department<br>CA0070100 - 300 L Street (925)779-6900 | CASE NO: 19009655<br>EVENT NO: 19077793 |
|---|---|
| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898<br>Supervisor: HARGER #3305 |

**NARRATIVE** (Cont'd)

juvenile wearing all black.

Jeffery immediately recognized the suspects as the same suspects that had committed thefts in recent incidents, specifically in the previous days.

Jeffery observed the suspects walking towards the front exit of the store while still in possession of the unpaid concealed and unconcealed items. The subjects were described as possessing "arms full" of unpaid merchandise.

Jeffery, in direct performance of his employed duties, attempted to stop the subjects in order to prevent theft of the unpaid concealed and unconcealed items. Jeffery did this by approaching the suspects and telling them the store cameras 'do work' (Jeffery advised me that the cameras do not work, he was just conducting a ruse) and they've been watching the suspects the merchandise. Jeffery told the suspects if they return the unpaid merchandise to him nothing will happen.

The suspects became unruly with Jeffery. Jeffery started recording one of the suspects (the thin BFA in a white top) with his cellular phone. Jeffery told the suspect he would stop recording her once she returned the items.

The other suspect (heavy set BFA with slicked back hair) -later identified as ARR- Claudjanae Young- started yelling at Jeffery that the suspects "ain't no thiefs" and denied stealing or concealing any unpaid items.

Claudjanae became upset that Jeffery was recording her accomplice and attempted to slap Jeffery's phone out of his hand, however she was unsuccessful. Jeffery continued to record with his phone. Claudjanae then grabbed the phone and either punched or struck Jeffery with the phone or her fist on the right side of his face. Jeffery then picked up the phone and continued to record because he wasn't going to backdown. Claudjanae slapped the phone out of Jeffery's hand once more and the phone fell onto the ground.

At this point the entire group of suspects surrounded Jeffery and started to yell at him. Jeffery picked up his phone from the ground and attempted to dial 911. Claudjanae forcefully grabbed the phone out of Jeffery`s hand, walkedout of thestore, and threw Jeffery's phone as hard as she could against the exterior wall of the store. Claudejanae completely destroyed Jeffery's phone, which prevented him from calling 911, and rendered the phone completely useless.

Claudjanae, the thin BFA suspect (later identified as ARR- China Young), and the group including the small children enter multiple vehicles. One of the suspects start yelling out of the vehicle "HAHA NIGGA, I GOT YOU NIGGA", "THAT"S WHAT YOU GET NIGGA", and other vulgar statements. Jeffery was able to get a license plate for one of the vehicles. Two vehicles sped out of the parking lot at a high rate of speed and ran red lights going northbound on Deer Valley Road.

Jeffery advised there was an additional white vehicle he believed may have been related but he was not sure.

Jeffery described the vehicles as one grey SUV and the second he had a plate for, however he could not recall

| Combined Case Report<br>Antioch Police Department<br>CA0070100 - 300 L Street (925)779-6900 | CASE NO: | 19009655 |
|---|---|---|
| | EVENT NO: | 19077793 |

| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898<br>Supervisor: HARGER #3305 |
|---|---|

## NARRATIVE (Cont'd)

the description. Jeffery told me one of his co-workers stated the vehicle was black in color. The LIC plate number Jeffery provided to me was 8LPM079.

Jeffery advised he was in fear during the incident. Jeffery denied any medical treatment and only suffered minor bumps, scrapes, and bruises as a result of the incident.

Jeffery and one of the other employees told me one thing that stood out to them was a small BMJ taking a "ninja costume" or "POWER RANGERS" costume that was one of the children associated with the group of suspects.

Jeffery stated he would recognize the suspects again if he saw them. The estimated total loss was approx. 13 costumes and merchandise for a total approximate value of $1,300.

**End of Statement.**

I later uploaded both Jeffery's statement and photos of his injuries to the online case file.

Officer E. Nilsen interviewed witnessing employees (see Officer Nilsen's supplemental report for further detail).

**Investigation/Follow-up:**

I attempted to check Safeway to inquire about any surveillance footage they may have captured any vehicle involved in the incident. The LP manager advised there were no exterior video cameras. The LP manager provided me with a name and number for the property manager 'Ann' that has access to the cameras located throughout the parking lot.

I conducted a records check of the license plate provided by Jeffery (LIC# 8LPM079). The return was as follows:

LIC#:8LPM079 YRMD:19 MAKE:NISS BTM :4H VIN :3N1CP5CU8KL525627
R/O :YOUNG CARA ARMONNI, 4617 APPLEGLEN ST CITY:ANTIOCH C.C.:07
ZIP#:94531

(SEE FULL RETURN ATTACHED BELOW FOR FURTHER DETAIL)

Officer Nilsen and I conducted follow-up investigative duties at 4617 Appleglen St in Antioch.

Upon arrival, I immediately noticed the garage door of the residence was completely open. Parked inside of the garage and in plain view from the public access city-owned sidewalk, I saw a black SUV with the LIC# 8LPM079 and it had multiple occupants inside it. I immediately recognized the plate as the responsible plate. Officer Nilsen and I approached the vehicle from the driveway. Spontaneously, a short-statured BMJ (who matched the description provided by the victim and witnesses) exited the rear passenger side seat of the

| Combined Case Report<br>Antioch Police Department<br>CA0070100 - 300 L Street (925)779-6900 | CASE NO: | 19009655 |
|---|---|---|
| | EVENT NO: | 19077793 |

| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898<br>Supervisor: HARGER #3305 |
|---|---|

**NARRATIVE** (Cont'd)

vehicle holding a 'POWER RANGERS' Spirit Halloween costume (an item which matched the description of the most notable stolen item). The child spontaneously stated, "Look what I got!"

I replied "Oh, Cool! Where did you get that buddy?"

The child pointed in the front driver's side area of the vehicle and stated, "My mom got it from Spirit just now!"

A BFA, later identified as ARR-Claudjanae Young, opened the front driver's side door of the vehicle as she was seated in the driver's seat. I immediately noticed Claudjanae was a heavyset black female adult with black hair slicked back into a bun. She was wearing a black shirt with black pants and she matched the description of the suspect who had destroyed Jeffery's phone and was seated in the driver's seat of the vehicle the suspects were seen entering and fleeing the scene in.

**Detention factors:**

At this point, I determined that Claudjanae was going to be placed in an investigative detention for the following reasons:

- She matched the description of the primary suspect who had committed the strong armed robbery.
- She was in the driver's seat of the responsible vehicle.
- The responsible vehicle that she was in was at the R/O's listed address and had a rear plate which read LIC# 8LPM079.
- There was a child who matched the description in the vehicle with suspected stolen property that was taken during the commission of this crime.

**Use of Force:**

As Claudjanae exited the vehicle I greeted her and identified myself as an Antioch Police Officer. Claudjanae did not seem to notice me. Claudjanae was advised that we (Officers) needed to speak with her regarding a robbery at the Spirit Halloween store. Claudjanae stated "About what?" I replied, "We just need to talk to you about a robbery".

Claudjanae stated she needed to get her mom first. She then started to walk towards an interior garage door that I believe lead inside of the residence.

I heard Officer Nilsen tell Claudjanae that she was "Detained and not free to leave." As I started to walk towards Claudjanae. Claudjanae yelled "I NEED TO GET MOM FIRST!" Claudjanae turned away from me and started to run towards the door leading into the residence. I grabbed Claudjanae's right arm and told her to put her hands behind her back. Claudjanae refused by pulling away from me and tensing her right arm. Claudjanae was rapidly flailing her arms, violently pulling away from me, thrashing her torso and trying to run while I had her right arm in my grasp. I told her to stop resisting. I determined I would be unable to secure Claudjanae in handcuffs unless I could place her in a position that was more ideal for handcuffing. The

| **Combined Case Report**<br>**Antioch Police Department**<br>CA0070100 - 300 L Street (925)779-6900 | **CASE NO:** 19009655<br>**EVENT NO:** 19077793 |
|---|---|
| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898<br>Supervisor: HARGER #3305 |

## NARRATIVE (Cont'd)

nearest and only available stable surface was the garage wall directly behind me. I was able to push her (Claudjanae) face first against the garage wall in an attempt to get her into a position in which I could handcuff her. I again told Claudjanae to stop resisting. I could feel Claudjanae still resisting and fighting with me by swinging her left arm, kicking her legs, and thrashing her torso.

I notified APD Dispatch "Y6, FIGHTING WITH ONE" or similar.

At this point, Claudjanae was still combative and actively resisting arrest. Claudjanae had not yet been searched and may have been in possession of a concealed weapon. Claudjanae was also attempting to flee inside of the residence where she may obtain access to other weapons, barricade herself inside the residence, or destroy any potential evidence of the crime. Claudjanae was approx. 5'05" 220lbs, so I placed my body weight against her in an attempt to control her movement, prevent her from violently thrashing her body, and to take her into custody. I continuted to tell Claudjanae to stop resisting. I was able to overpower Claudjanae's tense right arm and place it into a rear wrist lock for handcuffing. While I was conducting this control hold, I could feel Claudjanae still trying to pull her arm away from me. Claudjanae provided active tension and resistance in her right arm, enough so that I had to utilize the strength in both of my arms to overcome her tension and resistance to keep her arm behind her back.

**NOTE:**

-The rear wrist lock is a pain compliance and handcuffing technique utilized to gain controland overcome resistance of a subject with minimal force utilized by the Officer. The subject's wrist is bent and locked with minimal rearward pressure from the Officer. The subject's elbow of the arm controlled by the Officer is placed between the Officer's controlling arm and the Officer's torso in order to obtain full control of the subject's arm. This ideally causes the subject's wrist to lock and for compliance to be obtained through the pain created by joint manipulation. In order for the technique to be effective, the subject's arm should ideally be placed behind their own back by the person conducting the technique. -

Once I had Claudjanae's arm secured behind her back, I started to place gradual rearward pressure on Claudjanae's wrist while giving her verbal commands to stop resisting. Claudejanae continued to actively fight, resist, and thrash her body around. I maintained a secure control hold on Claudjanae's arm and started to reach for my handcuff pouch to in an attempt to remove my handcuffs and to place them on Claudjanae. While this was occurring, I felt Claudjanae suddenly and violently thrash her body weight in a downward manner towards the ground and away from me. While Claudjanae was doing this, I still had her arm secured in a rear wristlock.

As Claudjanae dropped herself to the ground I heard a loud 'POP' sound and felt a 'POP' come from her right arm. Claudjanae's right arm went completely limp and she subsequently stopped resisting. I was finally able to place Claudjanae in handcuffs. Claudjanae yelled "YOU BROKE MY ARM" or something similar.

Claudjanae started complaining of pain to her arm and requested an ambulance. Code 2 medical was requested to stage due to the growing hostility of the crowd, the scene was not secure for ConFire or AMR to enter to render aid so they were forced to stage.

DCW-000297

EX 651-012

| **Combined Case Report**<br>**Antioch Police Department**<br>CA0070100 - 300 L Street (925)779-6900 | **CASE NO:** 19009655<br>**EVENT NO:** 19077793 |
|---|---|
| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898<br>Supervisor: HARGER #3305 |

**NARRATIVE** (Cont'd)

A large group immediately surrounded us while we were in the garage and became hostile towards me and Officer Nilsen. We were still the only two Officers on scene at the time.

The group of subjects became increasingly hostile. The subjects yelled threats of physical violence and racial slurs, specifically calling Officer Nilsen and I "HONKEYS" and "CRACKERS". We moved Claudjanae out of the garage and had her sit on the curb in front of the residence where we could not be cornered or surrounded by the hostile crowd.

Some subjects of the group re-entered the residence via the same POE (point of entry) and exited. I did not know if they had gone inside the residence to grab weapons or other dangerous instruments. Other subjects followed Officer Nilsen and I while we escorted Claudjanae out of the garage. Multiple subjects required repeated verbal warnings to maintain distance between myself and Officer Nilsen. Some of the subjects refused to comply and had to be pushed back and out of the way by me and Officer Nilsen.

While attempting to obtain Claudjanae's name and identifying information, a BMA who I believed to be Claudjanae's boyfriend (who refused to provide his name to me), rapidly approached me yelling vulgarities. The BMA was a large man approx. 6'04" to 6'08" weighing approx. 280 to 310 pounds. The BMA moved well within one arms distance of me and put his cellphone right in my face to where it was almost touching my nose. I ordered him to back up but he refused, continued yelling at me, and was becoming more hostile towards me, all the while still holding the cellphone near my face.

With the BMA not complying with my verbal commands I pushed his cellphone out of my face and then pushed the BMA away from me. The push hadthe desired effect, the BMA complied and backed away from us. Immediately after, another unknown BMA approached us yelling racial slurs, threats to harm us, and was holding his hands down by his waistband area. I told the BMA to back away, which he did.

At this point the hostility of the crowd was escalating and we were attempting to keep the crowd at bay until additional units arrived on scene.

It was at this time when a short, thin, black female adult wearing a white top ran out from the crowd and directly at me. This female matched the description of the second suspect from the earlier robbery who was described by the victim and witnesses as stealing the most merchandise from the store. The thin female, who was later identified as ARR- China Young, approached us yelling racial slurs and vulgarities.

I walked towards China asking her "Hey, were you over at the Spirit Halloween store?" China did not answer me, I asked the question again. China started to turn and walk away from me as if she might be preparing to flee, so I decided to detain her in handcuffs.

As I attempted to grab a hold of China's right arm she immediately pulled away from me and attempted to run away. China only made it a few steps before I was able to grab her left arm with my left hand and the right-side base of her neck with my right hand. I attempted to overcome China's resistance and prevent her escape by trying to place her against a parked car so I could handcuff her.

| **Combined Case Report**<br>**Antioch Police Department**<br>CA0070100 - 300 L Street (925)779-6900 | **CASE NO:** 19009655<br>**EVENT NO:** 19077793 |
|---|---|
| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898<br>Supervisor: HARGER #3305 |

## NARRATIVE (Cont'd)

I could feel as I was attempting to place her against the parked car, China either tucked or collapsed her legs which caused her body to fall against the parked vehicle and then onto the ground. I maintained a hold on China's left arm, however China attempted to claw me in the face with her right-hand finger nails while she was collapsing herself to the ground. Once on the ground, China kicked at me with her left leg striking me in my right arm. China rolled onto her back so I positioned myself over China and attempted to obtain control of her free right arm which she had already used to hit me. Officer Nilsen was assisting me with China at this point. China again kicked me with her left leg and struck my right shoulder. China attempted to defeat my efforts of securing her arms by tucking her knees towards her chest and forcefully attempting to push me off of her. While doing this, she was still continuing to claw and pry my hand off of her left arm.

China was subsequently able to free her left arm from my grip while I was attempting to gain control of her legs. In China's left hand around her left wrist she possessed approx. 3-6 keys on a key ring attached to the end of a lanyard. China swung her left hand at me and struck me.

China made another powerful swing at me with with her left hand with the set of keys around it which caused a small laceration just above my left eye. The keys narrowly missed my left eye, striking just above my left eyebrow. China made another powerful swing with her left hand and the set of keys struck me on the upper left portion of my face. The keys impacted with enough blunt force to momentarily blur my vision in my left eye.

I moved my face away from China's striking zone. I could feel China swing the set of keys at my face again, however I could not tell if I was struck or not. I could then feel China using her left hand in an attempt to claw my eyes and face. China was unsuccessful in her attempt to claw my face.

I was able to secure China's left hand, by readjusting my upper torso upright and gripping her wrist. Once I did this, China was able to get her left leg free and she kicked me square in the face. My eyes watered and I subsequently released China's left arm. I was able to shift China's legs right then left and secure her legs out of the way.

China then concealed her left arm underneath her torso towards her waistband area. China had not been searched, and it was not known if she may be trying to access a concealed weapon. In order to overcome China's continued combative behavior, prevent her from potentially accessing any concealed weapons, and take her into custody, I conducted two closed fist strikes to China's right backside rib cage with my right hand. The second strike showed to be effective and China removed her left arm from concealment, however she continued to fight and resist. China was attempting to headbutt strike me, tense her arms, and make rapid movements with her torso. In order to obtain total body control and prevent her from escaping or resisting any further, I secured China's head by grabbing her hair and obtaining control of her head. I felt the hair pull hold have the desired effect on China, We were able to overcome China's resistance and she was subsequently placed in handcuffs.

Once I released the control hold on China's hair, she immediately attempted to kick me and started resisting again. I physically picked China up off of the concrete as I could feel her still trying to break free from me.

| **Combined Case Report** <br> **Antioch Police Department** <br> CA0070100 - 300 L Street (925)779-6900 | **CASE NO:** 19009655 <br> **EVENT NO:** 19077793 |
|---|---|
| REPORT - 1 Primary Case Report | Officer ID: WENGER #5898 <br> Supervisor: HARGER #3305 |

## NARRATIVE (Cont'd)

As I was escorting China to the nearest patrol vehicle, China planted her feet on the ground and attempted to stop our movement. I was forced to physically drag China to the patrol car while she continued to shift her body weight and pull away from me. China subsequently fell onto the side of the patrol vehicle as a direct result of her trying to pull away from me. China was eventually placed in the rear of the patrol vehicle.

Additional APD units began to arrive on scene and deal with the hostile crowd.

**Property Damage and Officer injuries:**

Once China was secure in the rear of the patrol vehicle, I walked up the driveway of the residence towards the responsible vehicle which was still parked in the garage. Immediately some of the subjects in the crowd start pointing and laughing at me. While they were pointing and laughing, they started yelling "THIS NIGGA LEAKIN HAAAHAAA" and "YOU LEAKIN' NIGGA HA". I felt blood coming from the small laceration above my left eye that was now sore and swollen. I could also feel pain in my head and could feel another sore and tender lump forming on my upper left forehead. These injuries were a direct result of China assaulting me with the lanyard key ring. The subjects in the crowd laughed and mocked my injuries.

I continued towards the garage and I attempted to enter the garage to recover the evidence initially seen (suspected stolen property) that the unknown BMJ was holding upon initial contact. Once I attempted to enter the garage, I heard one of the female residents yell "DON'T LET HIS BITCH ASS IN!" I saw a female wearing a pink shirt press and hold the garage door opener.

**NOTE:**

- It is important to note that on most garage doors, if you press and hold the open/close button, it will over ride the garage doors sensors which will subsequently cause the garage door to close even if a person, item, or animal are in the pathway of the door. If a person is in the pathway while a garage door is closing it is possible for the person in the pathway to obtain minor to severe injuries as a direct result of the garage door. -

I looked up and saw the garage door closing above my head. I grabbed the bottom of the garage door and felt the door continue to close on-to me. In order to prevent the garage door from closing on me and to prevent the subjects from concealing evidence of the crime and from concealing the active crime scene, I pushed the garage door in and upward to prevent it from closing. The garage door appeared to be subsequently damaged and appeared to be rendered inoperable.

Additional APD units continued arriving on scene and the crowd eventually calmed down.

Myself and Officer Nilsen were directed to conduct in-field show ups with the victim and witness.

**Victim In-Field show-up:**

At approximately 1801 hours, I returned to the Spirit Halloween Store and re-contacted Jeffery. I asked

| Combined Case Report<br>Antioch Police Department<br>CA0070100 - 300 L Street (925)779-6900 | CASE NO: | 19009655 |
|---|---|---|
| | EVENT NO: | 19077793 |

| REPORT - 4 SUPPLEMENT | Officer ID: COLE #5851<br>Supervisor: HARGER #3305 |
|---|---|

### WIT  WITNESS — EDMONDSON, CORREY ARTHER

| Race: Black | Sex: M | DOB: ▮▮/1999 | Age: 20 | Type: PERSON |
|---|---|---|---|---|
| Height: 600 | Weight: 270 | Hair: Black | Eyes: Brown | |

**ADDRESS INFORMATION**

| Address Type: | PERSONAL/HOME | Phone: ▮▮▮4827 | |
|---|---|---|---|
| Address: | ▮▮▮ | VALLEJO CA 94589 | Time at Address: |
| Comments: | | | |

| School: | | Grade #: | Occupation: |
|---|---|---|---|
| Employer: | | How long: | Work Hrs: |
| Language: | ENGLISH | Clothing: | |
| Crime Type: | | | |
| Suspect Status: | | | |
| Additional Info: | | | |
| Comments: | | | |

**IDENTIFICATION NUMBERS**

| Identification: | Issued By: | ID No: |
|---|---|---|
| Drivers License | STATE OF CALIFORNIA | ▮5829 |

### PROP  Evidence AUDIO RECORDING — ITEM#: 1

| Quantity: | 1 | Category: Audio/Visual Equip, Cameras/VCRs/Camcorders etc. | |
|---|---|---|---|
| Article: | AUDIO RECORDING | Brand: | |
| Model: | | Value: | Color: |
| Serial #: | | Owner Applied #: | Size: |
| Special Marks: | | | |
| Officer ID: | COLE #5851 | | Inv Date: 10/20/2019 21:35 |
| Obliterated Restored: | | | |
| Obliterated Removal Code: | | | |
| Obliterated Drill Size: | | | |
| Comments: | 1 DIGITAL RECORDING | | |

### PROP  Evidence DIGITAL VIDEOS — ITEM#: 2

| Quantity: | 5 | Category: Audio/Visual Equip, Cameras/VCRs/Camcorders etc. | |
|---|---|---|---|
| Article: | DIGITAL VIDEOS | Brand: | |
| Model: | | Value: | Color: |
| Serial #: | | Owner Applied #: | Size: |
| Special Marks: | | | |