Kasey A. Castillo, Esq. [SBN 236690]
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA  92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

Michael D. Schwartz, Esq. [SBN 166556]
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

*Attorneys for Defendant.*
DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>  Respondent. | Case No.: 4:23-CR-00269-JSW<br>Judge Presiding: Hon. Jeffrey S. White<br><br>**DEFENDANT DEVON CHRISTOPHER WENGER'S MOTION TO RENOTICE HEARING DATE OF RULE 29 MOTION** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Comes the Defendant, Devon Christopher Wenger, by and through undersigned counsel, and Pursuant to this Court's Order, entered October 2, 2025, Docket No. 611, and Re-notices Docket No. 210 Defendant Devon Christopher Wenger's Motion for Judgment of Acquittal Pursuant to Rule 29 for a hearing date consistent with this Court's Standing Order.

As a request, undersigned counsel submits two dates that he is available, November 11, 2025, November 18, 2025.

1

**DEFENDANT DEVON CHRISTOPHER WENGER'S MOTION TO RENOTICE HEARING DATE OF RULE 29 MOTION**

Respectfully submitted,

_____/s/_____
Kasey A. Castillo, Esq.
CA State Bar Number: 236690
**KC LAW GROUP**
31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA 92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

_____/s/_____
Michael D. Schwartz, Esq.
CA State Bar Number: 166556
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER

**DEFENDANT DEVON CHRISTOPHER WENGER'S MOTION TO RENOTICE HEARING DATE OF RULE 29 MOTION**