1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,                Case No. 23-cr-00268-JSW-2

8              Plaintiff,                      **ORDER GRANTING MOTIONS TO
                                               SEAL AND ORDER SETTING**
9          v.                                  **BRIEFING SCHEDULE AND
                                               HEARING RE NOTICE OF**
10  DEVON CHRISTOPHER WENGER,                  **PROTECTIVE ORDER VIOLATIONS**

11             Defendant.                      Re: Dkt. Nos. 239-240

12

13  UNITED STATES OF AMERICA,                 Case No.  23-cr-00269-JSW-3

              Plaintiff,                       Re: Dkt. Nos. 620-621
14

15         v.

16

17  DEVON CHRISTOPHER WENGER,

              Defendant.

18

19

20        These matters come before the Court upon consideration of the Government's notices

21  raising allegations that the Protective Orders in these cases have been violated, and its motions to

22  seal the exhibits to those notices.  The Court finds good cause to GRANT the motions to seal the

23  exhibits.  However, the Government shall re-file the administrative motions and the declarations in

24  support of the motions to seal in the public record.  Those documents do not contain sealable

    information.
25

26        The Court FURTHER ORDERS Defendant to file a response to the Government's notice

27  by no later than November 7, 2025.  At this time, the Court will not require Defendant or his

28  counsel to address the specific questions raised on page 2 of the Government's notice.  If

1    Defendant chooses to respond to those questions, and if he believes any responses should be

2    sealed, he may file a motion to seal.  Finally, Defendant's current counsel in these cases shall

3    consult with all previous counsel when preparing the responses to this Order.  The Government

4    may reply by November 14, 2025.

5         It is FURTHER ORDERED that the parties shall appear in each of these cases on

6    November 25, 2025, at 1:00 p.m. to address the issues raised by the Government's notice.

7         **IT IS SO ORDERED**.

8    Dated: October 23, 2025

9    _____

10   JEFFREY S. WHITE
     United States District Judge

11

12

United States District Court
Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2