Kasey A. Castillo, Esq. [SBN 236690]
**KC LAW GROUP**
Mail: 31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA  92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

Michael D. Schwartz, Esq. [SBN 166556]
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

*Attorneys for Defendant.*
DEVON CHRISTOPHER WENGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEVON CHRISTOPHER WENGER, <br><br> Defendant. | Case No.: 4:23-CR-00269-JSW <br> Judge Presiding: Hon. Jeffrey S. White <br><br> **DEFENDANT DEVON CHRISTOPHER WENGER'S REQUEST FOR CONTINUANCE** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Defendant Devon Wenger, through undersigned counsel, respectfully moves this Court for a 21-day continuance in order to adequately prepare for the sentencing hearing currently scheduled for December 2, 2025. This request is made pursuant to the Court's

1

inherent authority to control its calendar and ensure the fair administration of justice. The Government has been notified of this request.

## GROUNDS FOR CONTINUANCE

1. Two Related Cases Are Being Coordinated for Sentencing Purposes 4:23-CR-00268-JSW and 4:23-CR-00269-JSW.

Defendant is also a party to *United States v. Wenger* Case No. 4:23-CR-00268-JSW, presently pending before this Court. Sentencing in that matter is being prepared by separate counsel. The defense intends to seek coordinated sentencing consideration across both cases due to overlapping factual circumstances and shared sentencing-related issues. The Presentence Investigation Report ("Report") was sent to undersigned counsel on October 28, 2025. Upon review of the Report, Defense position is that there are inconsistencies between government's position and statements, the facts of more than several "incidents" being utilized by the government to elevate Defendant's potential Guideline range, and those associated elevated levels. There are also questions of law intertwined with the above issues. Therefore, due to significant objections, additional time is needed to consult counsel of record in 4:23-CR-00268-JSW, research the intertwining legal issues of the incidents being utilized by the prosecution and the Guideline range, and researching within the record those factual inconsistencies, which include factual omissions, in the government's statements of fact regarding the incidents it is utilizing to submit a Guideline range for Defendant's sentencing.

2. Counsel Scheduling Conflicts Require Additional Time to Confer.

Lead counsel in both matters must jointly confer to ensure aligned mitigation submissions. Due to existing professional obligations, court appearances, and trial schedules, counsel has been unable to complete the necessary joint review, strategy discussions, and document exchanges in time to meet current deadlines.

**DEFENDANT DEVON CHRISTOPHER WENGER'S REQUEST FOR CONTINUANCE**

3. Conflicting Scheduling on December 9, 2025.

Undersigned counsel has a Court appearance on December 9, 2025, specifically a Pre-hearing Settlement Conference in *People v. Juan Pesina*, FESW2501665, Superior Court, County of Riverside, where undersigned counsel is the sole counsel representing Defendant Pesina for the conference.

4. Conflicting Scheduling on December 16, 2025.

Undersigned counsel has a scheduling conflict due to religious observance of the Jewish Holiday of Chanuka. Undersigned counsel lives in Los Angeles and, based on a late afternoon or early evening plane flight as well as the availability of flights, would miss candle lighting with his family.

5. The Government's Position Requires Additional Research and Response.

The Government's current sentencing position appears to rely on certain factual assertions that defense contends were not proven at trial, some of which were actually rebutted through evidence and testimony and involve conduct not directly tied to the offenses of conviction. Defense counsel must conduct targeted legal research, review the record, and prepare sentencing objections and evidentiary clarifications responsive to those points to adequately represent Defendant.

6. Additional Time Will Assist the Court.

A short continuance will allow the Court to receive complete, well-supported, and coordinated sentencing briefing, which will materially assist in resolution of contested issues under 18 U.S.C. § 3553(a) and avoid inconsistent sentencing recommendations across related proceedings. This short continuance will not prejudice the Government or this Court, Defendant is incarcerated.

II. REQUESTED RELIEF

Defendant respectfully requests that the Court continue the sentencing hearing for 21 days, or to a date convenient for the Court, in order to permit: (1) Joint defense

3

**DEFENDANT DEVON CHRISTOPHER WENGER'S REQUEST FOR CONTINUANCE**

consultation between counsel in both cases; (2) Completion of legal research and preparation of objections to Government sentencing positions; and (3) Consolidation and organization of relevant records and mitigation submissions.

III. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court grant a 21-day continuance of the sentencing hearing and adjust related briefing deadlines accordingly.

Respectfully submitted,

DATED: November 05, 2025

/s/
Kasey A. Castillo, Esq.
CA State Bar Number: 236690
**KC LAW GROUP**
31566 Railroad Canyon Road
Suite 2, PMB 1123
Canyon Lake, CA 92587
Telephone: (951) 364-3070
Email: kasey@kc-lawgroup.com

DATED: November 05, 2025

/s/
Michael D. Schwartz, Esq.
CA State Bar Number: 166556
**THE MICHAEL SCHWARTZ FIRM**
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010
Telephone: (323)793-6735
Email: mds@themichaelschwartzfirm.com

*Attorneys for Defendant,*
DEVON CHRISTOPHER WENGER

**DEFENDANT DEVON CHRISTOPHER WENGER'S REQUEST FOR CONTINUANCE**