1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   ALETHEA M. SARGENT (CABN 288222)
5  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorneys
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
8       FAX: (415) 436-7234
        Eric.Cheng@usdoj.gov
9       Alethea.Sargent@usdoj.gov
        Alexandra.Shepard@usdoj.gov
10
   Attorneys for United States of America
11
                         UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                                OAKLAND DIVISION
14

15  UNITED STATES OF AMERICA,            )   Case No.        4:23-CR-00268 JSW-2
                                         )
16         Plaintiff,                    )   **RESPONSE TO DEFENDANT DEVON
                                         )   WENGER'S REQUEST FOR CONTINUANCE**
17     v.                                )
                                         )   Re: Dkt. No. 244
18  DEVON CHRISTOPHER WENGER,            )
                                         )
19         Defendant.                    )
                                         )
20  _____  )   Case No.        4:23-CR-00269 JSW-3
                                         )
21  UNITED STATES OF AMERICA,            )   **RESPONSE TO DEFENDANT DEVON
                                         )   WENGER'S REQUEST FOR CONTINUANCE**
22         Plaintiff,                    )
                                         )   Re: Dkt. No. 628
23     v.                                )
                                         )
24  DEVON CHRISTOPHER WENGER,            )
                                         )
25         Defendant.                    )
                                         )
26  _____  )

27

28

RESPONSE                                  1
4:23-CR-00268 JSW-2; 4:23-CR-00269 JSW-3

1    The United States respectfully opposes Defendant Devon Christopher Wenger's request for a

2    continuance of his consolidated sentencing proceedings in these matters, currently set for December 2,

3    2025.  Reaching finality with a prompt disposition of these matters will further the interests of the

4    public, including with respect to victims.  *See also, e.g.*, Fed. R. Crim. P. 50 advisory committee's note

5    ("It has long been said that it is the certain and prompt imposition of a criminal sanction rather than its

6    severity that has a significant deterring effect upon potential criminal conduct.").  Should the sentencing

7    proceedings be continued from the current date, it appears that the Court may not have a criminal

8    calendar available given the holidays until about 1.5 months later, on January 13, 2026.

9    The government understands that the defense seeks additional time to formulate its responses

10   and objections to U.S. Probation's presentence investigation report (PSR), which are currently due on

11   November 11, in advance of sentencing.  The government has since confirmed with U.S. Probation that

12   so long as such responses and objections can be provided by the parties before November 17—nearly a

13   week of extra time—Probation will still be able to prepare the final PSR in time for sentencing on

14   December 2.

15

16   DATED: November 9, 2025                          Respectfully submitted,

17                                                    CRAIG H. MISSAKIAN
                                                      United States Attorney
18

19
                                                         /s/
20                                                    ERIC CHENG
                                                      ALETHEA SARGENT
21                                                    ALEXANDRA SHEPARD
                                                      Assistant United States Attorneys
22

23

24

25

26

27

28