UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case Nos.  23-cr-00268-JSW-2, 23-cr-00269-JSW-3<br><br>**ORDER DENYING MOTION TO CONTINUE SENTENCING AND EXTENDING DEADLINES**<br><br>Re: Dkt. Nos. 244 (-268) and 628 (-269) |

The Court has received and considered Defendant's motion to continue the sentencing in these cases by 21 days.  The Court is not available for sentencing before January 2026, and it concludes Defendant has not shown good cause for a lengthy continuance.  However, to permit the parties to submit their objections to the presentence investigation report, the Court *sua sponte* extends the deadline to submit those objections to 5:00 p.m. on November 18, 2025.  The Probation Officer shall file the final PSR by November 19, 2025.  The parties shall file their sentencing memoranda by November 26, 2025.

**IT IS SO ORDERED**.

Dated: November 17, 2025

_____
JEFFREY S. WHITE
United States District Judge