UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>**ORDER VACATING HEARING ON POST-TRIAL MOTIONS**<br><br>Re: Dkt. Nos. 610, 614 |

This matter is scheduled for a hearing on November 25, 2025, to consider Defendant's renewed motion for judgment of acquittal and his motion for a new trial. The Court concludes the motions are suitable for disposition without oral argument and VACATES the hearing date. The Court will issue written orders on the motion in advance of the sentencing hearing scheduled for December 2, 2025.

**IT IS SO ORDERED**.

Dated: November 21, 2025

JEFFREY S. WHITE
United States District Judge