UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEVON CHRISTOPHER WENGER,<br>Defendant. | Case Nos. 23-cr-00268-JSW-2<br><br>**NOTICE OF QUESTIONS FOR HEARING ON RESTITUTION** |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEVON CHRISTOPHER WENGER,<br>Defendant. | Case No. 23-cr-00269-JSW-3 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, the Court hereby poses the following questions for the hearing on restitution, scheduled for January 27, 2026, at 1:00 p.m. The parties shall not file written responses to these questions. If they have any additional authorities, they shall file them by no later than 6:00 p.m. on January 26, 2026. The Court will permit an exception for authorities decided after that deadline.

1. Do the parties agree that restitution is not an issue in case 23-cr-268?

2. Does either party have any additional authority to support an argument about whether 18 U.S.C. section 3663 or whether 18 U.S.C. section 3663A applies?

3. How does Defendant respond to the Government's argument about why the tuition

expenses are recoverable?

      **IT IS SO ORDERED**.

Dated: January 26, 2026

_____
JEFFREY S. WHITE
United States District Judge