UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ORDER REGARDING PROVISION OF SEALED DOCUMENTS TO APPELLATE COUNSEL**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEVON CHRISTOPHER WENGER,<br>Defendant. | Case No. 23-cr-00268-JSW-2<br><br>Re: Dkt. Nos. 298-299 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEVON CHRISTOPHER WENGER,<br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>Re: Dkt. Nos. 686-687 |

The Court HEREBY MODIFIES the Order issued on March 3, 2026, which granted permission for appellate counsel to obtain sealed documents. The Court issues this Order to modify the method by which appellate counsel may obtain those documents. Appellate Counsel shall contact the Clerk's Office with the document numbers they need including, but not limited to:

In Case No. 268, ECF Nos. 131, 138-2, 240; and

In Case No. 269, ECF Nos. 126, 137, 158, 162, 164, 165, 189, 190, 193, 214, 229, 247, 411, 542 & 621, as well as the transcripts filed at ECF Nos. 360, 361, 362, 263, and 382.

The Clerk's office will provide appellate counsel with the necessary copies.

As set forth in the parties' stipulation, the foregoing materials should be unsealed only for the limited purpose of providing them to appellate counsel and solely for counsel's use in preparing the above-captioned direct appeals, that these materials remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals must be made under seal or in accordance with the notice provision in Ninth Circuit Rule 27-13(f).

**IT IS SO ORDERED**.

Dated:  March 5, 2026

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California