ETHAN A. BALOGH, No. 172224
BALOGH & CO., APC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@balcolaw.com

Attorneys for Defendant/Appellant
DEVON WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/ Appellee, <br><br> v. <br><br> DEVON WENGER, <br><br> Defendant/ Appellant. | Case No. 23 Cr. 269 JSW <br> USCA No. 25-7704 <br><br> MOTION FOR NEW TRIAL AND INDICATIVE RULING <br><br> Before the Hon. Jeffrey S. White <br> Senior United States District Judge |

PLEASE TAKE NOTICE THAT defendant Devon Wenger, by and through his counsel, now moves for a new trial pursuant to Federal Rule of Criminal Procedure 33, and all other applicable statutory and case law. He further moves for the issuance of an indicative ruling pursuant to Fed. R. Crim. P. 37 in support of a limited remand to address his motion.

Mr. Wenger bases his motion on newly discovered evidence and is thus timely. *See* Fed. R. Crim. P. 33(b)(1). The newly discovered evidence was presented to this Court on March 12, 2026, and may be found at ECF 692-1,[1] which has now been sealed from the public. *See* ECF 696. Mr. Wenger further bases his motion on the instant Notice of Motion, the Memorandum of Points and Authorities and Declaration of Ethan A. Balogh filed herewith, the files and records of this case, and such further arguments and memoranda as may later be presented.

In addition, Mr. Wenger files herewith a motion to seal provisionally the memorandum supporting his motion for a new trial based on its discussion of the contents of sealed materials (he submits a redacted version of his memorandum as well), and to return defendant Eric Rombough's publicly filed sentencing memorandum to the public docket. *See* ECF 692.

DATED:  July 31, 2026                      BALOGH & CO., APC

                                                       */s/  E A Balogh*
                                           BY: ETHAN A. BALOGH
                                           100 Pine Street, Suite 1250
                                           San Francisco, CA 94111
                                           Telephone: 415.391.0440
                                           Facsimile: 415.373.3901

                                           Attorneys for Defendant
                                           DEVON WENGER

---

[1] ECF 692-1 is "A comprehensive psychiatric evaluation . . . performed by Vladimir Bokarius, M.D., Ph.D., QME, on March 11, 2024, following an in-person clinical interview and extensive psychological testing." ECF 692 at 6:9-14 (Rombough Sentencing Memorandum).

1